UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| JOHN ANTONY, | Case No. 2:18-cv-205-DLB-CJS |
| | Judge David L. Bunning |
| Plaintiff, | Magistrate Candace J. Smith |
| | |
| v. | |
| | **SECOND AMENDED COMPLAINT** |
| BUENA VISTA BOOKS, INC., | |
| | **(JURY TRIAL DEMANDED)** |
| Defendant. | |

The plaintiff, John Antony, by and through his undersigned counsel, and for his causes of action against the Defendant, Buena Vista Books, Inc., as successor to Disney Book Group, LLC ("Buena Vista"), states as follows:

## INTRODUCTION

1. This is an action for copyright infringement and conspiracy arising out of Buena Vista's intentional, unauthorized, and unlawful infringement of copyrighted literary works created, authored, and owned by Mr. Antony: a screenplay titled *Zodiac Regiment Twelve* ("*Zodiac Regiment 12*" or the "*Screenplay*") and accompanying *Zodiac Regiment-12 Character Bios* ("*Character Bios*") (collectively, "*Zodiac Kids*").

2. Mr. Antony's *Zodiac Kids* Screenplay and Character Bios focused on a team of twelve youths who are each individually aligned with one of the twelve zodiac symbols. Each character has a super power(s) corresponding to the zodiac symbol with which he or she is aligned.

3. In 2006, Mr. Antony provided a copyedited, typed hardcopy of the Screenplay and Character Bios for *Zodiac Kids* to Buena Vista at a "Pitchfest." Buena Vista said that it would review *Zodiac Kids* and contact Mr. Antony if Buena Vista had interest in a

deal. Mr. Antony never heard anything further from Buena Vista.

4. In early 2016, Mr. Antony discovered that Buena Vista had published illustrated novels comprising *The Zodiac Legacy* series, which not only copies the exact concept of *Zodiac Kids*, but also expresses the majority of that storyline in key elements of *Zodiac Kids'* character devices, plot, and story arc, cover to cover.

5. Buena Vista lists Stan Lee and Stuart Moore as the authors of each book in *The Zodiac Legacy*, and Disney Enterprises, Inc., holds the copyright registrations for *The Zodiac Legacy* books.

6. The audience for Buena Vista's *The Zodiac Legacy* series, brand, and franchise is young adult.

7. There are now at least five published books in *The Zodiac Legacy* series, including two preceding character biographies, *Vanguard Archives* and *Zodiac Archives*, with other ancillary works and potential spin-offs in the works.

8. Mr. Antony has obtained copyright registrations for *Zodiac Kids* as follows:

   a. October 3, 2018, U.S. Copyright TXu 2-105-083, for *Zodiac Regiment Twelve*, which he completed in 2005; and

   b. October 3, 2018, U.S. Copyright TXu 2-105-084, for *Zodiac Regiment-12 Character Bios*, which he completed in 2005.

   True and correct copies of these registrations are attached collectively as **Exhibit A.**

9. Stan Lee has publicly represented and alleged that work started on *The Zodiac Legacy* series with Buena Vista around 2012.

## THE PARTIES

10. Mr. Antony is an individual, and a citizen of Campbell County in the Commonwealth of Kentucky.

11. Buena Vista is a California corporation with its principal place of business located at 500 S. Buena Vista St., Burbank, CA, 91521. Buena Vista is engaged in the business of producing, acquiring, licensing, and distributing novels, motion pictures, and works. In this case, Buena Vista produced and/or provided certain production facilities for *The Zodiac Legacy*.

12. Upon information and belief, Buena Vista knew and intended that *The Zodiac Legacy* books would be advertised, exhibited, distributed, and otherwise commercially exploited in every judicial district in the United States, including the Eastern District of Kentucky.

13. Buena Vista has sold and continues to sell, on a large scale, *The Zodiac Legacy* books and materials in stores in Kentucky, such as and among others: Barnes & Noble stores in Newport and Florence, Kentucky; the Target store in Florence, Kentucky; Half Price Books in Florence, Kentucky; Joseph Beth Booksellers in Crestview Hills, Kentucky; and Comic Book World in Florence, Kentucky. *The Zodiac Legacy* series has also been sold at local institutions such as school book fairs.

14. Further, Buena Vista sells paper copies of *The Zodiac Legacy* books directly through its www.shopdisney.com Web site, marketing for direct sales all over the United States, including Kentucky.

## JURISDICTION AND VENUE

15. This is a civil action seeking monetary, declaratory, and other equitable relief (including, but not limited to, injunctive relief and an accounting) for copyright infringement under the Copyright Act of 1976, 17 U.S.C, §§ 101, *et seq.*

16. The Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338.

17. The Court has personal jurisdiction over Buena Vista under Kentucky's long-arm statute, KRS §454.210(2)(a)(3) & (2)(a)(4), and the exercise of that jurisdiction is consistent with Buena Vista's due process rights under the United States Constitution.

18. Venue of this action in the United States District Court for the Eastern District of Kentucky is proper pursuant to 28 U.S.C. § 1400(a), as Buena Vista is subject to personal jurisdiction under Kentucky's long-arm statute, and thus may be found in this judicial district for purposes of 28 U.S.C. § 1400(a).

## FACTUAL BACKGROUND

### PLAINTIFF'S CREATION OF *ZODIAC KIDS*

19. Mr. Antony drafted the 91-page Screenplay and Character Bios, which he came to refer to as *Zodiac Kids*.

20. *Zodiac Kids* is the story of the formation of the modern cosmic Delta Force known as the Zodiac Regiment 12 ("ZR-12"). The story centers on every age of Earth having had the need for Order to battle Chaos, and 12 amulets passed down from generation to generation that give the amulets' owners the powers of an animal in the Chinese Zodiac.

21. While battling their opposites in the Chinese Zodiac, each hero must also confront their inner fears and the normal conflicts associated with growing up. The task of training ZR-12 to fight as a team is given to Lee Ching. He is an otherworldly being who serves Order. Although he appears as a normal elderly man, he is thousands of years old. With his disciple Steve Fin, they must stop Lin Ching (the Lee Ching's cousin and eternal nemesis) from resurrecting ZR-12's opposing team, the Scions of Chaos, and dragging the world into a horrific nightmare where Chaos reigns and Order ceases to exist.

22. The characters and their associated super powers in *Zodiac Kids* are:

- **Tommy Hoto, Jr.** (age 17), code name "**Dragon**." Tommy has a Palladium skateboard he controls with his mind. His skateboard is indestructible, and he is a supreme martial artist and the son of a strict Japanese-American business executive;

- **Randy Daniels** (age 16), code name "**Palomino**." Randy has extremely strong legs and the speed and endurance of a wild horse. She is the daughter of a Montana rancher. Her mother disappeared at age 3;

- **Spencer Wicke VI**, code name "**Rooster**." Spencer has a sonic weapon, and can create high-tech gadgets quickly and with very few materials. He is the son of a wealthy British family;

- **Eleah Sandfoss**, code name "**Conda**." She has the power to contort her body like a snake, is an expert jungle fighter, and has power over snakes. She is the daughter of a South African businessman and an African Queen descendent from the Queen of Sheba;

- **Sandy O'Halleran**, code name "**K-9**." He has the power to move earth, a powerful sense of smell, and is the son of a poor Irish family. His cousins are involved with the IRA;

- **Juanita Maria Diego**, code name "**Rabbit**." She is confined to a wheelchair, has the power of luck, and is naturally skilled with technology and computers. Her parents live in Mexico;

- **Princess Odira Patel**, code name **"Fe Lion."** She has a tiger's power and can paralyze victims by staring at them. She's an Indian Princess from a prominent and powerful family. She's currently betrothed in an arranged marriage she does not desire;

- **François Descartes**, code name **"Rat Tail."** He's an explosives expert and has the ability to hide in unusual places. He was raised by his grandparents who were underground fighters during World War II;

- **Braxton Blake**, code name **"Razorback."** He has exceptional battle skills and is almost impossible to hit because he reacts so quickly. He has twin forearm palladium fan blades that can spin in any direction and can be fired like buzz saws. He is the Canadian son of a lumberjack turned businessman;

- **Guthrie Hammond**, code name **"Ox."** He is extremely strong and also has the power to shift the tipping point of any object, which allows him to move almost anything. He trained in Austria to be a professional concert pianist;

- **Patacka Patua**, code name **"Tang."** He has the power to control various waves in the electromagnetic spectrum. His family is from the

5

Amazon basin in Brazil; and

- **Virginia Janatoba**, code name "**Sheep**." She has the power to change the coefficient of friction on any surface making it slippery or sticky. Her large family lives in New Zealand.

23. Not only did Buena Vista copy the Screenplay itself, but also copied the expression and form of the Character Bios via the *Vanguard Archives* and *Zodiac Archives*, two "teaser" publications that listed and described each bad and good Zodiac character, respectively, including his or her powers and country of origin.

24. Each of the *Archives* books was released shortly before the first *Zodiac Legacy* novel, *Convergence*, and each included a "sneak peek" at the first six chapters of *Convergence*.

## MR. ANTONY'S EFFORTS TO MARKET ZODIAC KIDS AND BUENA VISTA'S ACCESS

25. Authors typically do not write, illustrate, publish, and copyright their stories purely for their own enjoyment. Rather, authors generally, as is the case with Mr. Antony, write, illustrate, publish, and copyright their works for the purpose of expressing ideas to others and preserving their right to commercially exploit the work on an exclusive basis.

26. For undiscovered authors, such as Mr. Antony, getting one's story read by someone in the entertainment industry who has the authority to hire the author to serve as a screenwriter, to purchase or license the work, and/or to get the work produced into an actual movie is a tremendously burdensome undertaking.

27. Recognizing this reality, Mr. Antony traveled to Los Angeles, California, to promote *Zodiac Kids* at a pitchfest called Screenwriting Expo 5 ("Expo") which took place from October 19 to 22, 2006. Buena Vista was represented via the Walt Disney Company, its parent company (collectively, "Disney").

28. At the 2006 Expo, Mr. Antony had a one-on-one scheduled pitch meeting with a representative of Disney, whose name he believes to have been Kathie Fong Yoneda.

6

During the meeting, he gave her a paper copy of the *Zodiac Kids* works.

29. The specific copy of *Zodiac Kids* he provided her was a typed, copyedited, and generally cleaned up version of the registered Screenplay and Character Bios. The revised versions were wholly derivative of the registered Screenplay and Character Bios.

30. The representative said she would review the screenplay and that Mr. Antony would be contacted if her principal had interest in his screenplay. Mr. Antony never heard anything further from her, Buena Vista, or the Walt Disney Company.

### MR. ANTONY DISCOVERS BUENA VISTA'S *THE ZODIAC LEGACY* AND COPYRIGHTS *ZODIAC KIDS*

31. In early 2016, Mr. Antony discovered that Buena Vista published *The Zodiac Legacy*, and that the series had been purportedly authored by Messrs. Stan Lee, Stuart Moore, and Andie Tong. After purchasing a copy of *The Zodiac Legacy: Convergence*, and reading it, he discovered and that Buena Vista had copied his work.

32. As detailed below, *The Zodiac Legacy* series not only copies the concept of *Zodiac Kids*, but it also employs a majority of the same key plot elements, character devices, and story arc, cover to cover. The audience for both works is young adult. There are now at least five books and three graphic novels in Buena Vista's *The Zodiac Legacy* franchise, with other potential print and film spin-offs.

33. Based on Buena Vista's copying of Mr. Antony's *Zodiac Kids* work, Buena Vista has to date created a multi-part young adult novel series (which includes the books *Zodiac Convergence*, *The Dragon's Return*, and *Balance of Power*), as well as *Tiger Island*, *Power Lines*, and *The Age of Bronze* publications, which appear to be building as a long-term Buena Vista franchise.

7

## BUENA VISTA'S ZODIAC LEGACY'S SUBSTANTIAL SIMILARITY TO MR. ANTONY'S ZODIAC KIDS

34.  There is a substantial and high degree of similarity between *Zodiac Kids* and Buena Vista's *The Zodiac Legacy* series of books. Buena Vista copied Mr. Antony's *Zodiac Kids* story for Buena Vista's own financial gain.

35.  Mr. Antony's *Zodiac Kids* is about 12 teenagers from different countries that acquire the powers of the Chinese Zodiac and come together to form a rag-tag team of superheroes to fight against a team comprised of deadly, more experienced, adult characters with opposing powers in the Chinese Zodiac. This major storyline is not only identical to Buena Vista's storyline in *The Zodiac Legacy* series, but there are numerous, repeated consistencies between the characters and overall plot that establish that Buena Vista not only copied Plaintiff's idea, but copied his expression of that idea.

36.  An obvious similarity between *Zodiac Kids* and *The Zodiac Legacy* includes an Asian-American teenage protagonist. Mr. Antony's story begins with two characters, Steve Finn and Lee Ching. The protagonist in Buena Vista's story is Steve Lee (the combination of the first names of Mr. Antony's protagonists).

37.  These characters from the separate works have similar personalities/ backgrounds:

- each gets a round talisman;
- each gets this talisman from their grandfather;
- each has cold, distant executive parents;
- each is very close to his grandfather;
- in each the respective grandfather knows the protagonist's destiny is to get Zodiac Power;
- in each the respective grandfather shares his "heritage" about this power and the fact that this has been passed down for generations; and
- in both works, this opens the door for multiple spin-off derivative works, based on other ancestors and super hero teams who came before and had the Zodiac power.

38. There are obvious next level character similarities as well, including but not limited to:

- The Irish characters are both rowdy, poor, and tied to Northern Ireland;
- Each of the works has a female horse character, and an Ox character with Germanic ties;
- Each of the works feature a tension between characters from countries with historic rivalries; and
- Each work revolves around not only the 12 Zodiac characters, but also that this iteration is the 12th cycle of the characters.

39. In Buena Vista's *The Zodiac Legacy*, the Zodiac characters are from the same countries as characters recruited in *Zodiac Kids*:

| Country of Origin | *Zodiac Kids* | *The Zodiac Legacy* |
|---|---|---|
| **Ireland** | Sandy | Liam |
| **South Africa** | Eleah | Duane |
| **Brazil** | Patacka | Thiago |
| **USA** | Tommy | Steven |
| | Randy | Kim |
| | Steve Fin | Vincent |
| | | Malik |
| **France** | Francois | Roxanne |
| **England** | Spencer | Nicky |
| **Mexico** | Juanita | Carlos |
| **China** | Lee Ching | Jasmine |
| | | Maxwell |
| **Oceania** | Virginia (New Zealand) | Josie (Australia) |

40. The powers and characteristics of the characters in both works are substantially similar:

- both Rooster characters have "sonic field" blasts;
- both have evil Snake characters that have the power to hypnotize people;
- both have "techie" characters with unusual powers over computers;
- both works have evil Ram characters that are invulnerable;
- both works have protagonists that are exceptional martial artists;
- both works have Rat characters that are traitors;
- both works use wild boar imagery for their pig characters;
- both works have Horse characters that are super-fast and strong; and
- both works have Ox characters that are super strong.

9

41. *Zodiac Kids* and *The Zodiac Legacy* also begin and end in in same way. Both stories begin with a tour guide in a museum and end with good characters trying to survive while a cavern ceiling collapses on them.

42. In both the *Zodiac Kids* and *The Zodiac Legacy*:

- there exists a similar recruiting process for characters;
- both prominently employ and feature laser beams and worldwide calamities;
- water towers are featured;
- "reverse polarity" causing "crustal displacement" is a device that appears in both works;
- teams form that have a special team plane (both employ specifically a "jetcopter" and "stealth mode") and headquarters;
- round disc talismans are used to draw the Zodiac Power;
- good characters fight an evil team that also has the powers of each of the 12 animals in the Chinese Zodiac—both invoke the idea of chaos vs. order;
- an "evil" team is older, more experienced, and deadly;
- military and mercenary imagery is used extensively;
- defense contractors appear in both;
- "pools" and "caves" are featured prominently;
- teleportation is used as a device;
- high tech gadgets as well as super powers are used; and
- there is allusion to heritage and the ancient backstory of the Zodiac power.

43. Some additional and more general substantial similarities between the *Zodiac Kids* and *The Zodiac Legacy* series include: same age groups for the good Zodiac and evil Zodiac, respectively; the same character number in each group; the characters are from the same countries of origin; there is the same concept of ages of Zodiac teams in ancient past; there is the same concept of a grandfather handing down the power of the protagonist; each grandfather hands his Asian-American grandson protagonist a disc attached to Zodiac Power; there are the same super powers; there are the same personalities, banter, and dialogue among team members; and there is the same recruitment process for the good Zodiac team.

10

44. Both feature a "12th team" that is special. With respect to Mr. Antony's *Zodiac Kids* works, that "12th cycle" was intended to open the door to related stories and spin-offs for Mr. Antony had his works not been infringed.

45. In sum, Buena Vista has infringed Mr. Antony's copyrights in the *Zodiac Kids* works. Buena Vista directly copied Mr. Antony's concept, as well as the expression of that concept, as evidenced by the substantial similarity between *Zodiac Kids* and *The Zodiac Legacy*.

46. The plotlines and characters of the two works contain similarities that are entirely unlikely to be coincidental. While Buena Vista has attempted to make subtle changes to some parts of the story, those modifications are ancillary to the heart of the story and designed simply to conceal Buena Vista's unlawful copying.

47. The storyline and plot devices in the works are so similar that they overcome the "hero trope genre" defense and general superhero clichés defense.

48. Buena Vista's copying is not just of stereotypes, it is of specificities of Mr. Antony's work as well as the overall pace, feel, and writing style of the story.

49. Publicly, Buena Vista's purported authors of *The Zodiac Legacy* have been very vague when discussing how they came up with the concept for *The Zodiac Legacy*.

## CLAIM FOR RELIEF

### COUNT ONE - COPYRIGHT INFRINGEMENT

50. The allegations of the above and foregoing paragraphs of this Complaint are re-alleged and incorporated herein by reference.

51. The *Zodiac Kids* Screenplay and Character Bios are an original work of authorship, copyrightable and copyrighted subject matter under the laws of the United States.

52. At all times relevant hereto, Plaintiff has been and still is the owner of all copyright rights in and to the *Zodiac Kids* Screenplay and Character Bios, and he has not ever assigned, licensed, or otherwise transferred his copyrights to anyone.

53. Buena Vista and its representatives had access to Mr. Antony's *Zodiac Kids* Screenplay and Character Bios at least as early as 2006.

54. In 2015, Buena Vista began distributing *The Zodiac Legacy* for a young adult audience throughout the United States in print formats. Thereafter, Buena Vista began distributing an additional two books in the series.

55. In 2016, Mr. Antony discovered that Buena Vista had copied his works.

56. *The Zodiac Legacy* series is filled with substantial similarities to *Zodiac Kids*, as written and copyrighted by Mr. Antony, including instances of identical characters and plots at comparable key plot points, as well as other substantially similar aspects to the story. Buena Vista not only copied Plaintiff's concept, but his expression of that concept, in violation of Plaintiff's protected copyrights in *Zodiac Kids.*

57. In addition, upon information and belief, Buena Vista has exploited *Zodiac Kids* in other ways, including, but not limited to, through Buena Vista's licensing and merchandising divisions.

58. Buena Vista, in writing, producing, creating marketing and/or distributing *The Zodiac Legacy* series of books has infringed Mr. Antony's copyrights by copying significant portions of the copyrighted material contained in the *Zodiac Kids* works. Indeed, when viewed as a whole, *The Zodiac Legacy*, and all works spun off therefrom, constitutes a nearly wholesale and unauthorized reproduction of the main plot threads of the *Zodiac Kids* works as written by Mr. Antony.

59. For each work published, distributed, and/or spun off from *The Zodiac Legacy* series, Buena Vista has committed separate acts of copyright infringement.

60. Buena Vista has engaged in such conduct willfully, intentionally, and without the consent, permission, license, or approval of Mr. Antony.

61. By its conduct described herein, Buena Vista has infringed and actively induced others to infringe Mr. Antony's by wrongfully copying it without license to do so, and by benefiting from the use and copying of Mr. Antony's copyrighted work, *Zodiac Kids*, in conjunction with third parties, as the basis for *The Zodiac Legacy*.

62. Buena Vista's knowing and willful copying of *Zodiac Kids* generates profits for Buena Vista, which profits are directly attributable to the copying and use of the *Zodiac Kids* copyrighted material.

63. As a proximate result of Buena Vista conduct, Mr. Antony has suffered and will continue to suffer actual damages and lost profits.

64. The injury to Mr. Antony is ongoing and irreparable. An award of monetary damages alone cannot fully compensate Mr. Antony for his injuries, which include the loss of his properties and his ability to exploit his property, and he thus lacks an adequate remedy at law to fully compensate him for the injury suffered.

65. Mr. Antony is entitled to a permanent injunction restraining Buena Vista and its licensees, distributors, and affiliates, their officers, agents and employees, and all persons acting in concert with them, from engaging in further acts of infringement in violation of the copyright laws of the United States.

66. Mr. Antony is also entitled to all other remedies available under the Copyright Act, including, but not limited to, the impounding and disposition of the infringing articles; compensatory damages; disgorgement of profits; and costs, pursuant to

17 U.S.C. §§ 503 to 505.

**WHEREFORE**, Plaintiff Mr. Antony respectfully requests that this Court:

A. Pursuant to 17 U.S.C. § 502, temporarily and permanently enjoin Buena Vista, and its officers, partners, agents, subcontractors, licensees, distributors, servants, employees, subsidiaries, affiliates, and related entities, and all others acting in concert with them or with actual notice of such Order, from:

  1. Directly or indirectly copying or distributing copies, reproductions, versions, editions, spin-off works, derivative works, audio books, digital materials and e-books, and all other works, products, or goods in or stemming from *The Zodiac Legacy* series; and

  2. Continuing to promote, advertise, or market *The Zodiac Legacy* and all reproductions, versions, editions, spin-off works, derivative works, audio books, digital materials and e-books, and all other works, products, or goods in or stemming from *The Zodiac Legacy*.

B. Order the impounding and disposition of all copies, reproductions, versions, editions, spin-off works, derivative works, audio books, digital materials and e-books, and all other works, products, or goods in or stemming from *The Zodiac Legacy* series, to the full extent provided by 17 U.S.C. § 503.

C. Award Mr. Antony his actual damages and the disgorgement of Buena Vista's profits to the full extent provided by 17 U.S.C. § 504, in an amount to be determined at trial;

D. Award Mr. Antony's costs to the full extent provided by 17 U.S.C. § 505;

E. Grant such other relief as this Court deems equitable and just.

| | |
|---|---|
| *Of Counsel:* | Respectfully submitted, |
| | /s/ *Stacy A. Cole* |
| GRAYDON HEAD & RITCHEY LLP | **Stacy A. Cole** (94181) |
| 312 Walnut Street, Suite 1800 | *Trial Counsel for Plaintiff* |
| Cincinnati, OH  45202 | GRAYDON HEAD & RITCHEY LLP |
| Phone:   (513) 621-6464 | 2400 Chamber Center Dr., Suite 300 |
| Fax:       (513) 651-3836 | Ft. Mitchell, KY 41017 |
| | Phone:   (513) 629-2838 |
| | Fax:       (513) 333-4358 |
| | E-mail:   scole@graydon.law |

## JURY DEMAND

Mr. Antony hereby demands a trial by jury on all issues of fact raised herein.

/s/ *Stacy A. Cole*
**Stacy A. Cole** (94181)

10350914.1