IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| JOHN ANTONY, | ) : | Case No: 2:18-cv-00205-DLB-CJS |
| Plaintiff, | ) : | Judge David L. Bunning |
| vs. | ) : | Magistrate Judge Candace J. Smith |
| BUENA VISTA BOOKS, INC. | ) : | |
| Defendant. | ) | |

**DECLARATION OF USHA C. VANCE IN SUPPORT OF MOTIONS OF DEFENDANT BUENA VISTA BOOKS, INC. FOR SUMMARY JUDGMENT AND TO EXCLUDE TESTIMONY OF PROFFERED EXPERT CEDAR BOSCHAN**

I, Usha C. Vance, declare as follows:

1. I am an attorney at the law firm of Munger, Tolles & Olson LLP, counsel of record for Defendant Buena Vista Books, Inc. ("Buena Vista") in the above-captioned proceeding.

2. The facts set forth in this declaration are based on my personal knowledge. If called as a witness, I could and would competently testify to the facts contained herein. I submit this declaration in support of Buena Vista's Motion for Summary Judgment and its Motion to Exclude Testimony of Proffered Expert Cedar Boschan.

3. The discovery period in this proceeding was approximately 18 months in length and was extended for a total of approximately seven months at Plaintiff John Antony's ("Plaintiff") request.

4. In response to Plaintiff's document requests, Buena Vista produced to Plaintiff 17,234 pages of documents.

5. In response to subpoenas served by Buena Vista and/or Plaintiff, the following third parties collectively produced 90,706 pages of documents: *The Zodiac Legacy* author Stuart

-1-

Moore (9,486 pages); *The Zodiac Legacy* author Stan Lee's company, POW! Entertainment, Inc. (7,496 pages); William Donovan; Kathie Fong Yoneda; Erik Bauer; Walt Disney Pictures; Susan Antani; Parnak Kochyan; and Creative Artists Agency.

6. During the discovery period, the parties also conducted seven fact witness depositions and two expert witness depositions.

7. The following documents were designated "Confidential," in whole or in part, under the Protective Order entered by the Court in this proceeding (R. 80) by Buena Vista, Plaintiff, or a third party, and are filed concurrently with this Declaration under seal:[1]

- **Exhibit I:** A true and correct copy of excerpts from the Transcript of the Deposition of Stuart Moore in this matter, taken on September 22, 2022.

- **Exhibit J:** A true and correct copy of excerpts from the Transcript of the Deposition of Nachie Marsham in this matter, taken on October 7, 2022.

- **Exhibit K:** A true and correct copy of excerpts from the Transcript of the Deposition of Stephen John Voccola, Jr. in this matter, taken on October 21, 2022.

- **Exhibit L:** A true and correct copy of excerpts from the Transcript of the Deposition of Kim Luperi in this matter, taken on November 15, 2022.

- **Exhibit M:** A true and correct copy of excerpts from the Transcript of the Deposition of Gill Champion in this matter, taken on November 28, 2022.

- **Exhibit N:** A true and correct copy of excerpts from the Transcript of the Deposition of Professor David Hull in this matter, taken on September 5, 2023.

- **Exhibit O:** A true and correct copy of excerpts from the Transcript of the Deposition of Cedar Boschan in this matter, taken on September 5, 2023.

- **Exhibit P:** A true and correct copy of the Excel spreadsheet bearing the Bates number BV-00016644 and designated confidential, produced in discovery by Buena Vista in this matter on September 27, 2022. Buena Vista identified this document in response to an interrogatory propounded

---

[1] **Exhibits A through G**, cited in Buena Vista's summary judgment motion, are appended to its concurrently filed Request for Judicial Notice.

by Plaintiff. Specifically, in Buena Vista's Amended Responses and Objections to Plaintiff's First Set of Interrogatories (designated as Ex. 208 in the deposition of Cedar Boschan, and attached hereto), Buena Vista responded to Interrogatory Nos. 19 and 20 (which asked for "revenues received, expenses incurred, and profits realized in connection with" Defendant's Work and *The Zodiac Legacy: Convergence*, respectively) by stating in relevant part: "Buena Vista directs Plaintiff to BV-00016644, which is a document showing the revenues received, and costs and expenses incurred (excluding overhead costs), in connection with" Defendant's Work and *The Zodiac Legacy: Convergence*, respectively. The production slip sheet bearing the Bates number and confidentiality designation has been appended.

- **Exhibit 27:** Exhibit 27 to the deposition of John Antony, a document bearing handwritten notes produced in discovery by Plaintiff in this matter bearing Bates number ANT000750, and designated confidential.

- **Exhibit 40:** Exhibit 40 to the deposition of Stuart Moore, a deck dated March 6, 2013 reflecting Nachie Marsham's proposal for a series of three illustrated novels, at the time tentatively titled "THE ZODIAC." This document was produced in discovery by Mr. Moore, a non-party, in this matter bearing Bates numbers SM00003733 through SM00003772, and designated confidential.

- **Exhibit 41:** Exhibit 41 to the deposition of Stuart Moore, a proposal by Nachie Marsham for a series of three illustrated novels, at the time tentatively titled "THE ZODIAC." This document was produced in discovery by Mr. Moore, a non-party, in this matter bearing Bates numbers SM00003656 through SM00003659, and designated confidential.

- **Exhibit 42:** Exhibit 42 to the deposition of Stuart Moore, an email exchange between Mr. Moore and Nachie Marsham (then Nachie Castro) dated June 19, 2013. This document was produced in discovery by Mr. Moore, a non-party, in this matter bearing Bates numbers SM00004549 through SM00004564, and designated confidential.

- **Exhibit 44:** Exhibit 44 to the deposition of Stuart Moore, a document titled "New Zodiac Notes" and dated September 27, 2013 through October 14, 2013. This document was produced in discovery by Mr. Moore, a non-party, in this matter bearing Bates numbers SM00004171 through SM00004174, and designated confidential.

- **Exhibit 50:** Exhibit 50 to the deposition of Stuart Moore, a letter appending a fully executed agreement dated October 17, 2013 between Mr. Moore and Disney Press relating to the first book of *The Zodiac Legacy*, at the time tentatively titled "The Zodiac." This document was produced in discovery by Buena Vista in this matter bearing Bates

numbers BV-00014357 through BV-00014366, and designated confidential.

- **Exhibit 51:** Exhibit 51 to the deposition of Stuart Moore, a letter appending a fully executed agreement dated September 21, 2015 between Mr. Moore and Disney Press relating to *The Zodiac Legacy: The Dragon's Return*. This document was produced in discovery by Buena Vista in this matter bearing Bates numbers BV-00014436 through BV-00014450, and designated confidential.

- **Exhibit 52:** Exhibit 52 to the deposition of Stuart Moore, a fully executed agreement dated February 3, 2016 between Mr. Moore and Disney Press relating to *The Zodiac Legacy: Balance of Power*. This document was produced in discovery by Buena Vista in this matter bearing Bates numbers BV-00014409 through BV-00014421, and designated confidential.

- **Exhibit 53:** Exhibit 53 to the deposition of Stuart Moore, a letter appending a fully executed agreement dated March 6, 2014 between Mr. Moore and Disney Press relating to "THE ZODIAC: E-Book Preview 2." This document was produced in discovery by Buena Vista in this matter bearing Bates numbers BV-00014378 through BV-00014387, and designated confidential.

- **Exhibit 54:** Exhibit 54 to the deposition of Stuart Moore, a letter appending a fully executed agreement dated February 28, 2014 between Mr. Moore and Disney Press relating to "THE ZODIAC: E-Book Preview 1." This document was produced in discovery by Buena Vista in this matter bearing Bates numbers BV-00014368 through BV-00014377, and designated confidential.

- **Exhibit 75:** Exhibit 75 to the deposition of Stuart Moore, a deck dated June 26, 2013 reflecting Nachie Marsham's proposal for a series of three illustrated novels, at the time tentatively titled "THE ZODIAC." This document was produced in discovery by Mr. Moore, a non-party, in this matter bearing Bates numbers SM00003676 through SM00003731, and designated confidential.

- **Exhibit 76:** Exhibit 76 to the deposition of Nachie Marsham, an email exchange between Rich Thomas, Mr. Marsham, and others dated February 14, 2012, and appending a proposal from POW! Entertainment titled "THE ZODIAC." This document was produced in discovery by Buena Vista in this matter bearing Bates numbers BV-00015565 through BV-00015573, and designated confidential.

- **Exhibit 101:** Exhibit 101 to the deposition of Stephen J. Voccola, Jr., an email exchange produced in discovery by POW! Entertainment, Inc., a

non-party, in this matter bearing Bates number POW003746, and designated confidential.

- **Exhibit 106:** Exhibit 106 to the deposition of Stephen J. Voccola, Jr., an email exchange produced in discovery in this matter by POW! Entertainment, Inc., a non-party, bearing Bates numbers POW003769 through POW003774, and designated confidential.

- **Exhibit 128:** Exhibit 128 to the deposition of Kim Luperi, an email exchange produced in discovery in this matter by POW! Entertainment, Inc., a non-party, bearing Bates numbers POW000274 through POW000281, and designated confidential.

- **Exhibit 141:** Exhibit 141 to the deposition of Kim Luperi, an email exchange produced in discovery by POW! Entertainment, Inc., a non-party, in this matter bearing Bates numbers POW006338 through POW006343, and designated confidential.

- **Exhibit 142:** Exhibit 142 to the deposition of Kim Luperi, an email exchange produced in discovery by POW! Entertainment, Inc., a non-party, in this matter bearing Bates number POW004302, and designated confidential.

- **Exhibit 143:** Exhibit 143 to the deposition of Kim Luperi, an email exchange produced in discovery by POW! Entertainment, Inc., a non-party, in this matter bearing Bates number POW004296, and designated confidential.

- **Exhibit 144:** Exhibit 144 to the deposition of Kim Luperi, an email exchange produced in discovery by POW! Entertainment, Inc., a non-party, in this matter bearing Bates numbers POW000554 through POW000558, and designated confidential.

- **Exhibit 145:** Exhibit 145 to the deposition of Kim Luperi, an email exchange produced in discovery by POW! Entertainment, Inc., a non-party, in this matter bearing Bates numbers POW000672 through POW000673, and designated confidential.

- **Exhibit 146:** Exhibit 146 to the deposition of Kim Luperi, an email exchange produced in discovery by POW! Entertainment, Inc., a non-party, in this matter bearing Bates numbers POW000712 through POW000714, and designated confidential.

- **Exhibit 147:** Exhibit 147 to the deposition of Kim Luperi, an email exchange produced in discovery by POW! Entertainment, Inc., a non-party, in this matter bearing Bates number POW000731, and designated confidential.

- **Exhibit 148:** Exhibit 148 to the deposition of Kim Luperi, an email exchange produced in discovery by POW! Entertainment, Inc., a non-party, in this matter bearing Bates number POW004643, and designated confidential.

- **Exhibit 149:** Exhibit 149 to the deposition of Kim Luperi, an email exchange produced in discovery by POW! Entertainment, Inc., a non-party, in this matter bearing Bates numbers POW004782 through POW004786, and designated confidential.

- **Exhibit 150:** Exhibit 150 to the deposition of Kim Luperi, an email exchange produced in discovery by POW! Entertainment, Inc., a non-party, in this matter bearing Bates numbers POW004896 through POW004908, and designated confidential.

- **Exhibit 151:** Exhibit 151 to the deposition of Kim Luperi, an email exchange produced in discovery by POW! Entertainment, Inc., a non-party, in this matter bearing Bates numbers POW004999 through POW005023, and designated confidential.

- **Exhibit 152:** Exhibit 152 to the deposition of Kim Luperi, an email exchange produced in discovery by POW! Entertainment, Inc., a non-party, in this matter bearing Bates numbers POW002270 through POW002271, and designated confidential.

- **Exhibit 153:** Exhibit 153 to the deposition of Kim Luperi, an email exchange produced in discovery by POW! Entertainment, Inc., a non-party, in this matter bearing Bates number POW006106, and designated confidential.

- **Exhibit 154:** Exhibit 154 to the deposition of Kim Luperi, an email exchange produced in discovery by POW! Entertainment, Inc., a non-party, in this matter bearing Bates numbers POW003353 through POW003357, and designated confidential.

- **Exhibit 155:** Exhibit 155 to the deposition of Kim Luperi, an email exchange produced in discovery by POW! Entertainment, Inc., a non-party, in this matter bearing Bates numbers POW003737 through POW003738, and designated confidential.

- **Exhibit 203:** Exhibit 203 to the deposition of Cedar Boschan, the Expert Report of Cedar Boschan disclosed by Plaintiff on July 10, 2023, and designated confidential.

- **Exhibit 205:** Exhibit 205 to the deposition of Cedar Boschan, part of the schedules to the Expert Report of Cedar Boschan (Ex. B) disclosed by Plaintiff on July 10, 2023, and designated confidential.

- **Exhibit 210:** Exhibit 210 to the deposition of Cedar Boschan, printouts of a native Excel workbook. This document was produced in discovery by Buena Vista in this matter, with the Bates number BV-00015647 and confidentiality designation branded on the production slip sheet associated with the native file. That slip sheet has been appended to Exhibit 210.

8. The following documents are attached to this Declaration:

    - **Exhibit H:** A true and correct copy of excerpts from the Transcript of the Deposition of John Antony in this matter, taken on September 13, 2022.

    - **Exhibit 11:** Exhibit 11 to the deposition of John Antony, a typewritten and handwritten document containing versions of Plaintiff's "Character Bios" and "Treatment." This document was produced in discovery by Plaintiff in this matter bearing Bates numbers ANT000319 through ANT000331.

    - **Exhibit 14:** Exhibit 14 to the deposition of John Antony, a placemat titled "Chinese Zodiac." This document was produced in discovery by Plaintiff in this matter bearing Bates number ANT001290.

    - **Exhibit 25:** Exhibit 25 to the deposition of John Antony, a set of business cards. This document was produced in discovery by Plaintiff in this matter bearing Bates numbers ANT001277 through ANT001278.

    - **Exhibit 28:** Exhibit 28 to the deposition of John Antony, printouts of a native Excel workbook with the file name 2006.expo.antony.orders.xls produced by William Donovan, a non-party, in this matter bearing Bates number Donovan00000062.

    - **Exhibit 200:** Exhibit 200 to the deposition of David Hull, the Expert Report of Professor David Hull disclosed by Buena Vista on July 10, 2023.

    - **Exhibit 202:** Exhibit 202 to the deposition of Cedar Boschan, titled "Plaintiff's Designation of Expert and Disclosure of Expert Witness Testimony," served by Plaintiff on July 10, 2023.

    - **Exhibit 207:** Exhibit 207 to the deposition of Cedar Boschan, Ms. Boschan's curriculum vitae, appended as Ex. C to the Expert Report of Cedar Boschan.

    - **Exhibit 208:** Excerpts from Exhibit 208 to the deposition of Cedar Boschan, titled "Defendant's Amended Responses and Objections to Plaintiff's First Set of Interrogatories" and identifying BV-00016644 in response to Interrogatory Nos. 19 and 20, as described above in relation to Exhibit P.

- **Exhibit 209:** Exhibit 209 to the deposition of Cedar Boschan, a printout of the blog post by Mary Adkins titled "How Much Can an Author Expect to Make on Their Book?," which was listed as a document relied upon by Ms. Boschan in her expert report.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on this 28th day of September, 2023, at Alexandria, Virginia.

Usha C. Vance