# EXHIBIT H

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT

2          FOR THE EASTERN DISTRICT OF KENTUCKY

3            NORTHERN DISTRICT AT COVINGTON

4                      * * *

5

6    JOHN ANTONY,

7              Plaintiff,

8         vs.            CIVIL ACTION NO.
                         2:18-cv-00205-DLB-CJS

9    BUENA VISTA BOOKS, INC.,

10             Defendant.

                       * * *

11

12

13

14

15            Videotaped Deposition of

16   JOHN ANTONY, plaintiff herein, called by the

17   defendant for examination pursuant to the

18   Federal Rules of Civil Procedure, taken before

19   me, Patti Stachler, RMR, CRR, a Notary Public

20   within and for the State of Ohio, at the

21   Offices of Graydon, Head & Ritchey, LLP, 312

22   Walnut Street, Suite 1800, Cincinnati, Ohio, on

23   September 13, 2022, at 10:18 a.m.

24                      * * *

25

                                        Page 1

CONFIDENTIAL

```
 1                    MS. COX:  It's 12:40.  I believe
 2      that's around when you wanted to break for lunch.
 3                    MS. COLE:  Good time.
 4                    MS. COX:  Yep.
 5                    THE VIDEOGRAPHER:  We're off the
 6      record.
 7                    (Recess taken from 12:40 to 1:40.)
 8                    THE VIDEOGRAPHER:  We're on the
 9      record.
10      BY MS. COX:
11             Q.   Okay.  Mr. Antony, when did you
12      begin working on the concept for Zodiac Kids?
13             A.   Probably about the year 2000.
14             Q.   And in the year 2000, what was
15      your concept for Zodiac Kids?
16             A.   What was my concept?  I developed
17      an idea for a superhero team of 12 superpowers
18      by kids that received the superpowers from the
19      Chinese Zodiac.
20             Q.   Did you begin working on the
21      screenplay first or the character bios?
22             A.   Neither.
23             Q.   What did you begin working on
24      first?
25             A.   Notes.
```

Page 116

CONFIDENTIAL

1   China, I take it, what did that entail?

2       A.   So I was doing interviews of

3   companies that were doing business in China and

4   I would call up the person that was involved or

5   in charge of doing business in China, and I

6   would interview them and talk about where the

7   market was going and the problems that American

8   companies had doing business in China.

9       Q.   And how did you draw upon your

10   experience in doing that project for

11   Mr. Oestreicher in developing the idea for

12   Zodiac Kids?

13       A.   Well, it gave me some background.

14   Then I was in martial arts for years and years

15   and years.  And I followed Bruce Lee a lot, and

16   the story behind Bruce Lee is very interesting

17   because, as a Chinese, he was -- there was a

18   lot of prejudice against him.  And the story is

19   that he created the show Kung Fu and they

20   wouldn't allow him to star in it.  They had

21   David Carradine, who is a Caucasian.  And they

22   said American audiences will not look at a

23   Chinese actor.

24        And so I knew a lot of comic book

25   companies.  DC and Marvel were basically very,

Page 119

CONFIDENTIAL

```
1    concentration.  Yeah.  So illustrations, the
2    emails, and he was talking about the creative
3    marketing ideas for Jackie, so different names
4    that she could go under and how to start her
5    career and all those kind of things.
6          Q.   At the point that you were
7    interacting with Mr. Tait for the
8    illustrations, had you prepared the Zodiac Kids
9    character bios yet?
10         A.   Yeah.
11         Q.   Did you provide a copy of the
12   character bios to Mr. Tait?
13         A.   Don't recall.
14         Q.   How many versions of Zodiac Kids
15   did you end up writing?
16         A.   So I would say one with tweaks.  I
17   would say they're materially the same.  Okay?
18   I would say they're materially the same.  And
19   you could probably look at that if you see the
20   first version, handwritten, that I produced all
21   the way to what we called the final copy with
22   just -- you know, there's some changes, but
23   most of them would be formatting, most of them
24   would be grammatical.  You know, Justin made a
25   lot of grammatical mistakes.
```

Page 131

CONFIDENTIAL

1              Q.   So you're saying the graphic novel
2    that you sent to Mr. Tait is the same version
3    as the final version of the screenplay?
4              A.   My recollect --
5              MS. COLE:  Objection as to
6    characterization.
7              Go ahead.
8              THE WITNESS:  Sorry.
9              A.   My recollection is that they are
10   very similar, without the illustrations.
11   BY MS. COX:
12             Q.   When did you end up with your
13   final version of the Zodiac Kids screenplay?
14             A.   I apologize.  What?
15             Q.   When did you have your final
16   version of the Zodiac Kids screenplay?
17             A.   My final version?  Okay.  So
18   sometime after I met with Disney, there were a
19   couple of tweaks, but very few.
20             Q.   Do you have an idea about a year?
21             A.   It might have been -- because to
22   be honest, I was expecting somebody to get back
23   to me and I wanted to be prepared.  I also
24   developed a treatment afterwards because I
25   wanted to be ready because, you know, I thought

Page 132

CONFIDENTIAL

```
 1    for sure I'd be selling stuff.
 2          Q.   When you provided the character
 3    bios to Mr. Tait, were they handwritten or
 4    typewritten?
 5          A.   They would have been handwritten.
 6          Q.   At what point did you have a
 7    typewritten version of the character bios?
 8          A.   Before I went out and met with
 9    Disney.
10          Q.   Okay.  Can you give me a year,
11    please?
12          A.   Probably 2005.
13          Q.   At what point did you have a
14    typewritten version of the screenplay?
15          A.   Probably 2004, 2005.
16          MS. COX:  Handing the court reporter
17    a document to be marked as Exhibit 11.
18          (Exhibit 11 was marked for
19          identification.)
20    BY MS. COX:
21          Q.   So Exhibit 11 is a document that
22    you produced beginning ANT319 through 331.  The
23    first couple of pages you can see it's
24    typewritten.  It says Character Bios.
25          A.   Uh-huh.
```

Page 133

CONFIDENTIAL

1           Q.   But then there's handwriting in
2    whatever, blue pen on top of it.
3                Do you see that?
4           A.   I do.
5           Q.   And the handwriting on top of it
6    adds ages to each of these characters.
7                Do you see that?
8           A.   Right, I do.
9           Q.   What version -- what like year
10   would these first two pages come from where you
11   have a typewritten -- partially typewritten
12   version of the character bios, but then you've
13   just handwritten the ages?
14          A.   So -- sorry.  So, again,
15   everything's kind of a work in progress.  But I
16   had handwritten first.
17          Q.   I understand.  I'm asking, if we
18   look at the two pages that are ANT319 and
19   ANT320 --
20          A.   Okay.
21          Q.   -- the typewritten portion of this
22   does not have any ages written down.  The ages
23   are written down in handwriting with pen on
24   top?
25          A.   Uh-huh.

                                    Page 134

CONFIDENTIAL

```
 1              Q.   What year would these two pages
 2    have been created?
 3              A.   What year.  I mean, probably 2004,
 4    2005 with the screenplays.  So my Zyborg
 5    screenplay was contemporaneous with this, so
 6    that's -- that was all being developed at the
 7    same time.  So that's why I know it's 2004,
 8    2005.
 9              Q.   What is your Zyborg screenplay?
10              A.   So it's another screenplay that I
11    wrote.  It's similar to a Star Wars type of
12    screenplay.
13              Q.   Okay.  Has that -- have you sold
14    the Zyborg screenplay?
15              A.   No.  But I took it with me out to
16    LA.
17              Q.   Okay.  So why does your reference
18    to the Zyborg screenplay help you pin down when
19    you handwrote the ages onto this character bio
20    sheet?
21              A.   Because I know that was -- I've
22    got, you know, a date -- a dated screenplay
23    that says 2004 on that one.  And they were
24    contemporaneous.
25              Q.   And so if this was 2004, 2005, did
```

Page 135

CONFIDENTIAL

1    you ever revert back after -- like the

2    character bios were typed up, did you ever

3    revert back to a handwritten version?

4              A.   If they -- after they were typed

5    up?

6              Q.   How about this?  To the extent

7    that there is a version of the character bios

8    that's entirely handwritten --

9              A.   Correct.

10             Q.   -- because they're entirely

11   handwritten, would that mean that they were

12   before any typewritten version of the character

13   bios?

14             A.   Correct.  I always handwrote.  I

15   didn't type hardly at all.  I'm still a very

16   bad typist.  I'm trying to get better.  But --

17   so I always handwrote everything before and had

18   other people type.

19             Q.   Okay.  So at any point after 2004,

20   2005, the character bios would have been typed

21   up?

22             A.   Correct.  Before I went to Disney

23   for sure because I was cleaning everything up

24   to go to Disney -- go to LA.

25             Q.   When you say you were cleaning up

Page 136

CONFIDENTIAL

```
 1    to go to Disney, what do you mean?
 2            A.    Well, I knew I was going to go to
 3    that screenwriting conference at some point,
 4    and I wanted to make sure -- and I was gearing
 5    up to market this.  So I had to have something
 6    professional.  And handwriting wasn't going to
 7    get it.
 8            Q.    Okay.  If you turn to page --
 9    let's see -- ANT324.
10            A.    Uh-huh.
11            Q.    You can see that this is another
12    version of the character bios.  They've been
13    typed up.  The ages are typed up.  And there's
14    the editing on this and handwriting is just
15    changing the title --
16            A.    Uh-huh.
17            Q.    -- from Zodiac Regiment 12 Bios to
18    Character Bios.  What version is this from?
19            A.    So these are likely me all fixing
20    typos in Justin's work is what that likely is.
21    That's what it looks like to me.  I can't --
22            Q.    Okay.  So if you turn to ANT327.
23            A.    Or it might have been different
24    versions that I was -- like how do you
25    characterize it.  But it's all --
```

Page 137

CONFIDENTIAL

```
 1              Q.   If you turn to ANT327, it's a
 2    handwritten sheet.
 3              A.   Uh-huh.
 4              Q.   Let me know when you're there.
 5              A.   Uh-huh.
 6              Q.   Are you there?
 7              A.   Uh-huh.
 8              Q.   Yes?
 9              A.   Uh-huh.
10              MS. COLE:  Yes?  You have to answer
11    yes or no.
12              A.   Yes.
13    BY MS. COX:
14              Q.   So this says Zodiac Kids, dash,
15    Treatment.  It begins, Zodiac Kids is the X-Men
16    for the Yugio age.  It has the same potential
17    as Power Rangers and Teenage Mutant Ninja
18    Turtles.  With the Last Airbender coming out,
19    the timing is great.
20              Is this your handwriting?
21              A.   Yeah.
22              Q.   Okay.  The reference to the Last
23    Airbender, do you recall whether this was the
24    television series or the full feature film?
25              A.   I don't recall.
```

Page 138

CONFIDENTIAL

```
 1              Q.   Do you know what year these
 2   handwritten notes were made?
 3              A.   So, once again, I think I was
 4   working on treatments and I would tweak them.
 5   So I don't know.
 6              Q.   Would this have been before or
 7   after you went to the Screenwriting Expo in Los
 8   Angeles?
 9              A.   The final treatment, I believe,
10   was after.
11              Q.   I'm asking for the page that we
12   are looking at right now, the handwritten
13   notes, would this have been written before or
14   after you went to the Screenwriting Expo in Los
15   Angeles?
16              A.   I think this tweaked version was
17   probably after.
18              Q.   So this handwritten version didn't
19   exist at the time that you went to the
20   Screenwriting Expo in Los Angeles?
21              A.   Probably not.
22              Q.   So in the second paragraph of this
23   treatment summary, the last sentence says,
24   Every age of earth has had the need for order
25   to battle chaos and 12 amulets are passed down
```

Page 139

CONFIDENTIAL

```
 1    from age to age giving the recipient the powers
 2    of their respective animal in the Chinese
 3    Zodiac.
 4              A.    Uh-huh.
 5              Q.    When you refer to their respective
 6    animal, the powers of the respective animal,
 7    what does that mean?
 8              A.    There's 12 animals in the Chinese
 9    Zodiac.
10              Q.    And what are the powers of the
11    respective animals of the Chinese Zodiac?
12              A.    Well, the powers I gave them I
13    think is what I was referring to.
14              Q.    But are those tied to the
15    characteristics that those animals have in the
16    Chinese Zodiac?
17              A.    Are they tied to it?  Not
18    exclusively.
19              Q.    To some extent?
20              A.    I mean, sure.
21              Q.    In what ways did you diverge from
22    the traditional Chinese Zodiac in giving
23    certain animals characteristics?
24              A.    My unique expression would be
25    things like my Rabbitt character being in a
```

Page 140

CONFIDENTIAL

```
 1   wheelchair.  That would be my unique
 2   expression.
 3           Q.   Okay.  So the Rabbitt character in
 4   a wheelchair.  Anything else?
 5           A.   Uh-huh.  Yeah, lots of things.
 6   The Rooster character having a sonic weapon.
 7           Q.   Okay.  And what was the sonic
 8   weapon?
 9           A.   He had a device.  He had a bunch
10   of devices.  He was like MacGyver, James Bond
11   kind of guy.
12           Q.   And what specifically was the
13   sonic weapon?
14           A.   It was like a gun, but it could --
15   but it used sonics as opposed to bullets.
16           Q.   Okay.  What else?
17           A.   What else?
18           Q.   So --
19           A.   So --
20           Q.   -- we've got the Rabbitt character
21   was in a wheelchair, the Rooster character has
22   sonic weapons, like a sonic gun?
23           A.   Uh-huh.  And the lion character
24   could paralyze people by looking at them.  It
25   had other -- well, the tiger character, her
```

Page 141

CONFIDENTIAL

```
 1    code name was Fe Lion, but it was the tiger
 2    character could paralyze people by looking at
 3    them and then also had abilities of a tiger.
 4           Q.   Okay.  What else?
 5           A.   Dragon character was a martial
 6    artist.  He had a palladrium skateboard.
 7           Q.   What did you say before
 8    skateboard?
 9           A.   Palladrium.
10           Q.   What is that?
11           A.   It's a metal I made up.
12           Q.   Okay.  What else?
13           A.   So, I mean, Palomino was the
14    horse.  Okay.  Speed and endurance of a wild
15    horse, you know.  Conda was a --
16           Q.   Well, wait.  So the question I'm
17    asking is, in what ways were your giving powers
18    to the respective animals of a Chinese Zodiac
19    diverging from the traditional Chinese Zodiac?
20    And so I want to pause on your statement about
21    how the horse had the speed and endurance of a
22    horse.
23                Going back to the question of how
24    your giving the powers diverged from the
25    traditional Chinese Zodiac, do you have any
```

Page 142

CONFIDENTIAL

```
 1   example of that for the horse character?
 2           A.   Well, there's not traditional
 3   powers of a Chinese Zodiac that I know of.
 4           Q.   Well, would a horse be having the
 5   speed and endurance of a horse?
 6           A.   Well, a horse might have certain
 7   characteristics, but I don't know if that's
 8   traditionally associated with the Chinese
 9   Zodiac horse.
10           Q.   Okay.  So you're saying that your
11   unique expression for the horse character was
12   it had the speed and endurance of a horse?
13           A.   Yeah, she was from the Midwest and
14   she had, you know, extra strong legs
15   especially.
16           Q.   Okay.  Sorry.  Go ahead.  What
17   else?
18           A.   And so Conda was a fighter and she
19   was more of a jujitsu type of fighter that
20   could wrap herself around people and choke them
21   out.
22           Q.   And what animal was that based off
23   of?
24           A.   A snake.
25           Q.   So choke them out similar to the
```

Page 143

CONFIDENTIAL

```
 1   way a boa constrictor does?
 2           A.   Yes.
 3           Q.   Okay.  What else?
 4           A.   And the dog character had the
 5   power to move earth.
 6           Q.   How did the dog character do that?
 7           A.   And he had dog senses; ability to
 8   smell and sense like a dog.
 9           Q.   Okay.  So your unique expression
10   was that the dog character had dog senses?
11           A.   Uh-huh.
12                MS. COLE:  Objection to the
13   characterization of the testimony.
14   BY MS. COX:
15           Q.   Was that correct?
16                MS. COLE:  Same objection.
17           A.   He has the power to move earth,
18   was his main ability, and then other dog
19   senses, yeah.
20   BY MS. COX:
21           Q.   Okay.  But part of your unique
22   expression for the dog character is that he had
23   dog senses?
24                MS. COLE:  Same objection.
25           A.   And he had the ability to move
```

Page 144

CONFIDENTIAL

```
 1    earth.
 2    BY MS. COX:
 3           Q.    And also dog senses, correct?
 4           A.    That was one of the things.
 5           Q.    Okay.  What else?
 6           A.    The rat character, the ability
 7    to -- he was an explosives expert, ability to
 8    hide in unusual places.  He also ended up being
 9    a traitor.
10           Q.    Okay.  A traitor similar to the
11    way someone would be described as a rat?
12           A.    A traitor like a Benedict Arnold
13    type of person.
14           Q.    What else?
15           A.    Braxton Blake, he was Razorback,
16    so he had --
17           Q.    What animal was that based off of?
18           A.    The pig --
19           Q.    Okay.
20           A.    -- character.
21           Q.    And what was your unique
22    expression?
23           A.    He had saw blades on his arm.
24           Q.    Okay.  Any other unique expression
25    in association with the pig character?
```

Page 145

CONFIDENTIAL

```
 1              Q.   Do you know when you first engaged
 2    Mr. Rieckhoff to help you with the typing of
 3    the script?
 4              A.   Of this one?  My guess is 2004,
 5    2005.
 6              Q.   So Mr. Rieckhoff assisted with
 7    typing up versions of the screenplay from at
 8    least 2004 to 2010?
 9              A.   Probably.
10              Q.   And when did Mr. Rieckhoff live
11    with you?
12              A.   I can't guarantee he was the one
13    that did the final.  I had different people do
14    stuff for me.  My son Alex did work for me,
15    Justin did, my ex-wife.
16              Q.   When did Mr. Rieckhoff live with
17    you?
18              A.   I don't have those exact dates.
19              Q.   So this document where the file
20    name is Zodiac_Kids_final_copy.doc, is this the
21    finished copy of the Zodiac Kids?
22              A.   I haven't made any changes since
23    then, to my knowledge.
24              Q.   Okay.  So, to your knowledge, this
25    attachment that ends in ANT3156 is the most
```

Page 155

CONFIDENTIAL

1        Q.   So Exhibit 13, Bates number

2   ANT1282, produced by you, it looks to be about

3   half of a placemat from a Chinese restaurant?

4        A.   Uh-huh.

5        Q.   Can you tell me what this is?

6        A.   I don't know exactly what

7   restaurant this one is from, but it's the kind

8   of placemat that I originally got the idea from

9   the Zodiac Kids from.

10       Q.   And do you know when it got

11  ripped?

12       A.   No clue.

13       Q.   Was this located in your Zodiac

14  Kids research files?

15       A.   Research, I mean, no.  I have a

16  big box of stuff.

17       Q.   Do you recall why you kept this

18  half of the placemat?

19       A.   Why I kept it?  I don't know.  I

20  think I went back and -- some things I had

21  notes on.  I don't know if I had notes on this

22  one or not.  I can't see the other side.

23       Q.   Do you have another version of the

24  placemat that had notes on them?

25       A.   I think we produced everything I

Page 157

CONFIDENTIAL

```
 1   what I might have seen at the Chinese
 2   restaurant.
 3           Q.   Do you remember referencing the
 4   Chinese Zodiac placemats in drafting Zodiac
 5   Kids?
 6           A.   Do I remember referencing it?  I
 7   don't think so.
 8           Q.   Why would you have kept it?
 9           A.   Oh, I kept notes on various
10   things.  I kept a bunch of this stuff, yeah.
11           Q.   So this one doesn't have notes on
12   it.  Why would you have kept this?
13           A.   I don't know.
14           Q.   So other than serving as your
15   initial source of inspiration for developing
16   Zodiac Kids, you never looked back at Chinese
17   Zodiac placemats?
18               MS. COLE:  Objection to
19   characterization.
20               You can answer.
21           A.   No, I might have.  It has the
22   Chinese Zodiac on it.
23   BY MS. COX:
24           Q.   If you look in the center of the
25   placemat, it indicates that, The Chinese Zodiac
```

Page 159

CONFIDENTIAL

1    consists of a 12-year cycle, each year of which

2    was named after a different animal that imparts

3    distinct characteristics to its year.

4            Do you see that?

5        A.   Uh-huh.

6        Q.   Is that a yes?

7        A.   Yes.

8        Q.   Did you learn from a placemat such

9    as this that the Chinese Zodiac is regarded as

10   a cyclical phenomenon?

11       A.   I don't remember learning that

12   from the placemat.

13       Q.   How did you learn that?

14       A.   I don't know if I ever learned it.

15   I felt like that was -- I may have seen it or

16   heard about it on the Internet, but I don't

17   remember when I learned about it or if it was

18   something I learned from a specific place.

19       Q.   Did you consult any other sources

20   that describe the cyclical nature of the

21   Chinese Zodiac?

22       A.   I don't remember the cycle element

23   specifically standing out from a source that I

24   found.  I mean, I did look at sources, but not

25   much.

CONFIDENTIAL

1          Q.   But we have here a Chinese Zodiac

2     placemat from a Chinese restaurant, which

3     you've identified as your source of

4     inspiration.  And it notes that the Chinese

5     Zodiac consists of a 12-year cycle, correct?

6          A.   One that was like this.  I'm not

7     sure if this was the exact one, yeah.

8          Q.   Okay.  But we can agree that this

9     placemat describes the Chinese Zodiac as

10    consisting of a 12-year cycle, correct?

11         A.   Yeah.

12         Q.   Are you aware of any circumstances

13    in which the Chinese Zodiac is not regarded as

14    cyclical?

15         A.   I don't know one way or the other.

16         Q.   Are you aware of any circumstances

17    in which the Chinese Zodiac is not described as

18    involving 12 years?

19         A.   Well, there's a different year for

20    each character for sure.  So that would be 12

21    years because there's 12 animals, yes.

22         Q.   Are you aware of any circumstances

23    in which the Chinese Zodiac is not described as

24    involving 12 animals?

25         A.   I mean, the answer is, probably

Page 161

CONFIDENTIAL

```
 1            A.    It may.  It's really small.  Noble
 2    and chivalrous, your friends, loving and
 3    honest.  Yeah.  I mean, it does.  I didn't -- I
 4    didn't -- I don't remember doing any of those
 5    things.  I didn't use any of those
 6    characteristics for my characters.
 7            Q.    If we can look at the middle of
 8    the -- this is Exhibit 14, the middle of the
 9    placemat.  The second sentence says, Many
10    Chinese believe that the year of a person's
11    birth is the primary factor in determining that
12    person's personality traits, physical and
13    mental attributes, and degree of success and
14    happiness throughout his lifetime.
15            Do you see that?
16            A.    I see that.
17            Q.    Okay.  And so that is expressly
18    stated on the one-page placemat --
19            A.    Uh-huh.
20            Q.    -- which you did use as your
21    source of inspiration for the Zodiac Kids,
22    correct?
23            A.    Correct.
24            Q.    So separate from the Chinese
25    Zodiac and the characters, in drafting the
```

Page 170

CONFIDENTIAL

```
 1    you're referring to, and so that did get my

 2    attention, but I only watched a little piece of

 3    it once.

 4           Q.   In the episode that you watched,

 5    did you learn that the -- there were 12

 6    talismans which were magical charms and each

 7    represented an animal of the Chinese Zodiac?

 8           A.   No.

 9           Q.   From the episode that you watched,

10    did you learn about the centuries-long battle

11    between good and evil over those 12 talismans?

12           A.   No.

13           Q.   Did you learn any of the names of

14    the characters from watching that one episode?

15           A.   No.  I don't know if Jackie Chan's

16    a character or not, but I know his name.

17           Q.   Other than a character named

18    Jackie Chan, do you remember any other

19    character names?

20           A.   No.

21           Q.   Was there anything else that stuck

22    out to you in watching that one episode that

23    seemed similar to the structure or elements of

24    Zodiac Kids?

25           A.   It was a little annoying that some
```

Page 176

CONFIDENTIAL

```
 1   of the -- just the implications were a little
 2   bit similar to some of my ideas.  That was
 3   annoying to me.
 4           Q.   What do you mean by the
 5   implications?
 6           A.   And I don't recall exactly what
 7   they were, but it's like, crap, that's kind of
 8   like mine, but not -- not that close, but it
 9   seems like they might have some ideas that are
10   similar to mine.  That's always annoying.
11           Q.   What do you mean by the
12   implications of that, though?
13           A.   It's just annoying because you
14   want to have something original and I came up
15   with something original, and that's annoying.
16           Q.   Do you recall what it was that
17   you from that portion of the episode saw was
18   similar?
19           A.   No, not specifically.
20           Q.   Okay.
21           A.   I only watched a little bit of it.
22           Q.   Why did you not watch any other
23   episodes?
24           A.   Didn't interest me.
25           Q.   Why did it not interest you?
```

Page 177

CONFIDENTIAL

```
 1              Q.   Are you aware of that being
 2    something that other authors and creators of
 3    just comic book creators do as well?
 4                   MS. COLE:  Objection to
 5    characterization.
 6                   You can answer.
 7              A.   Well, like Thor, yeah, Thor's an
 8    example of that, probably, yeah.
 9    BY MS. COX:
10              Q.   Are you aware of a comic book
11    series with a group of super humans with their
12    powers based off of the Western Zodiac?
13              A.   To my knowledge, there is a
14    villain team that Marvel did based on the
15    Western Zodiac.  To my knowledge, that was --
16    that's the only thing that's out there.
17    There's been recently, I think, somebody that
18    has developed something similar to mine,
19    Knights of the Zodiac or something.
20              Q.   What do you recall of the Marvel
21    comic series where the villain team is based on
22    the Western Zodiac?
23              A.   Almost nothing.
24              Q.   As far as you recall, are the
25    powers of those super humans based on whatever
```

Page 182

CONFIDENTIAL

```
 1   to having that name just refer to the ordered
 2   team?
 3           A.   So even if you remember the
 4   document you showed me earlier, Jason wrote
 5   Zodiac Kids on the outside of it.  So I was
 6   always dealing with that.  And that.  So the
 7   document was specifically cleaned up and
 8   labeled to take to LA.  I know that for sure.
 9   It may have been incorporated before that,
10   but...
11           Q.   Here on the treatment you describe
12   it as the X-Men of the Yugio age.
13                What do you mean by that?
14           A.   This is so long.  I don't remember
15   that piece specifically.
16           Q.   Does referring to it as the X-Men
17   of the Yugio age mean anything to you?
18           A.   I mean, at the time, it did.  At
19   the time, it did.
20           Q.   So who are the X-Men?
21           A.   X-Men is a Marvel superhero group.
22           Q.   And what is Yugio?
23           A.   That's what I'm trying to --
24   again, things were moving in -- at some point
25   toward the Anamay, DragonVale, all that kind of
```

Page 206

CONFIDENTIAL

```
1    what the concept is that you're referring to?
2           A.   Okay.  This is the Zodiac Legacy,
3    which is a work developed by Stanley,
4    supposedly, and Stuart Moore and Andie Tong,
5    author.  Okay?  This is Zodiac Kids, which is
6    authored by me.  Okay?  The obvious initial
7    concept is exactly the same, which is about
8    teenage kids who get the powers of the Chinese
9    Zodiac and create a superhero team.  Okay?  So
10   the concept is obviously very much the same.
11          Q.   And are you saying that that is
12   original protected expression owned by you?
13          A.   That's --
14          MS. COLE:  Objection to the extent of
15   characterization of that.  It's a legal
16   conclusion.
17          You can continue.
18          A.   Okay.  I would say that that, in
19   the ongoing cumulative effect of everything
20   they took, is absolutely protectable, unique
21   expression.
22   BY MS. COX:
23          Q.   Okay.  I want to be more specific
24   with my question and bring you back to it.  Are
25   you saying that the concept of teenage kids
```

Page 215

CONFIDENTIAL

```
 1    something in that genre.
 2             Q.    Okay.
 3             A.    But I really don't -- I'm being --
 4             Q.    Okay.
 5             A.    -- as straightforward as I can.
 6             Q.    So you believe that teenage kids
 7    having the power of the Chinese Zodiac is
 8    original protected expression owned by you.
 9    What else?
10             A.    Okay.  So that's the beginning of
11    a cumulative effect of all these things.
12             Q.    I'm looking for specifics.
13             A.    I'm getting there.
14             MS. COLE:  He's getting there.  Let
15    him answer.
16    BY MS. COX:
17             Q.    I am going to have to be more
18    exacting on getting answers to the specific
19    questions being asked so that we can move
20    through the rest of this and we don't have to
21    go over time.
22             A.    I get it.  Okay.  So one of the
23    things -- specific things is the similar same
24    sequence of events.  Okay.
25    BY MS. COX:
```

Page 217

CONFIDENTIAL

```
 1              Q.    And can you lay out for me the
 2    sequence of events that you say are similar?
 3              A.    Getting there.  Okay.  All right.
 4    So the absolute opening of their work, okay,
 5    is -- and I marked this 1, and it's marked 1 on
 6    mine.  This is kind of gnarled and gross, but
 7    it's the way it is.  Specifically references in
 8    the beginning of their work a tour guide in a
 9    museum.  Okay?  The very beginning of my work
10    specifically references a museum and a tour
11    leader.
12              Q.    If I could stop you there.  What
13    page are you on on your screenplay?
14              A.    Okay.
15              Q.    Because I believe that your work
16    starts on a mountain.
17              A.    Correct.  It's page 2, I believe.
18              Q.    Okay.  So on page 1, what is the
19    first setting of yours?  Is it not on a
20    mountain?
21              A.    Page 1.  Give me a second.  So
22    page 1 does start on a mountain.  Page 2 --
23              Q.    Okay.  So the first scene of yours
24    starts on an extraordinary Himalayan mountain,
25    correct?
```

Page  218

CONFIDENTIAL

```
 1            A.    Page 1 starts there.

 2            Q.    Okay.

 3            A.    Page 2.

 4            Q.    Which is a different theme?

 5            MS. COLE:  Objection.  Let him answer

 6    your question.  You've interrupted him repeatedly.

 7    I know you're conscious of time, but you spent all

 8    morning on irrelevant material.  He needs to be

 9    able to answer your question.

10            A.    Okay.  Page 2 starts out with a

11    museum and a tour leader.  Okay?

12    BY MS. COX:

13            Q.    And what is the second setting in

14    the Zodiac Legacy?

15            A.    And the pages -- the pages of this

16    is not clearly demarcated.  So it looks like

17    it's page 3 of theirs, but the first page of

18    writing.  Okay.  There's illustrations prior to

19    that.  So is that page 3?  Is it page 4?  Is it

20    page 1?  I don't know.  But it's the beginning

21    of their work, the absolute beginning of their

22    work.

23            Q.    Okay.  And the absolute beginning

24    of yours, to be clear, is on a Himalayan

25    mountain, correct?
```

CONFIDENTIAL

```
 1              MS. COLE:  Objection.  Asked and
 2   answered.  And the documents speak for themselves.
 3         A.    Incorrect.
 4   BY MS. COX:
 5         Q.    So let's go to the first page of
 6   your screenplay.  I'm looking at Exhibit 12,
 7   ANT3065.  The screenplay begins, With a bird's
 8   eye view of an extraordinary Himalayan
 9   mountain, correct?
10         A.    Hold on.  Yes.
11         Q.    Okay.  What is the next sequence
12   in the sequence of events that you are saying
13   is similar?
14         A.    Okay.  And, once again, I'm not
15   sure how we're going to look at this or how
16   we're going to number it because this is a
17   novel, mine's a screenplay.
18         Q.    That's correct.
19         A.    But -- but I think most people
20   would say in the absolute very beginning of the
21   work, both start the exact same way because
22   this has -- it has illustrations and this is a
23   novel, and this is a screenplay.  So it's --
24         Q.    Okay.  So --
25         A.    It's not exactly the same, but I
```

Page 220

CONFIDENTIAL

```
 1   would say --
 2          Q.   -- moving on from the Himalayan
 3   mountain --
 4              MS. COLE:  He is still answering your
 5   question.  Let him finish.  You're talking over
 6   him.  The court reporter's not going to get that.
 7   BY MS. COX:
 8          Q.   Moving on to the Himalayan
 9   mountain where yours starts, what is the next
10   event that you say is similar in the sequence
11   of events?
12          A.   Okay.  Then -- okay.  So it starts
13   exactly the same, or very close to same.  Then
14   I've marked number 2, page 7 of your work.
15   Okay.  Again, this isn't comprehensive.  This
16   is a very, very ad hoc, very quick analysis.
17          Q.   Well, we have been in litigation
18   for four years, so I would hope it would be
19   more than ad hoc.
20          A.   Okay.  So they reference -- okay.
21   And they do jump around.  There are things that
22   jump around, so they'll take things and mix and
23   match.  But this they reference the
24   grandfather, okay, and, again, on page 2 a
25   little further back, on page 89, okay, they
```

Page 221

CONFIDENTIAL

```
1    reference the distant executive parents issue.
2              But in the scheme of things, with
3    a novel, which is much longer than my
4    screenplay, that would be at a plot point or a
5    beat point very similar to mine.  Mine's
6    condensed.  Remember, it's a screenplay.
7         Q.   So the fact that you have a
8    grandfather in yours is a similarity that
9    you're saying is original protected expression?
10        A.   It's -- and, again, it's the
11   cumulative effect of all this.  Remember that.
12        Q.   But the fact that there's a
13   grandfather is part of the cumulative effect
14   you're referring to?
15        A.   His grandfather, okay, who reveals
16   to him his heritage and/or destiny, who gives
17   to him a round disk that represents his Zodiac
18   power and the fact that the grandfather takes a
19   big role because the parents, coincidentally,
20   are both business executives and distant
21   people.
22              So the plot points start very, very
23   similarly toward the beginning of both.
24        Q.   And Zodiac Kids, does the
25   grandfather convey the Zodiac power to the
```

Page 222

CONFIDENTIAL

1  grandson?

2          A.    He gives him a round disk that

3  represents his heritage and is attached to the

4  Zodiac power.

5          Q.    Okay.  And in the Zodiac Legacy,

6  is whatever the grandfather gives to the

7  grandson, does it convey the Zodiac power?

8          A.    It does.

9          Q.    Can you point me to where in the

10 Zodiac Legacy the object that a grandfather

11 gives to a grandson conveys the Zodiac power?

12         A.    It -- I didn't say that.  It

13 doesn't -- I didn't say it does that.

14         Q.    Okay.  So it does not?

15         A.    It represents or is involved with

16 the Zodiac power and his Legacy both.

17         Q.    In Zodiac Kids it actually conveys

18 the power, whereas it does not in Zodiac

19 Legacy?

20         A.    Correct.  Correct.

21         Q.    What is the next --

22               (Overlapping speakers.)

23               (Clarification by the reporter.)

24               THE WITNESS:  Sorry.

25 BY MS. COX:

CONFIDENTIAL

1      Q.   What is the next element in the
2   sequence of events that you say is similar and
3   represents protected original expression?
4      A.   Okay.  And, again, each one -- so
5   from their book, he makes a statement -- the
6   grandfather makes a statement, it's your
7   heritage.  In mine, he says, your destiny,
8   Tommy, your destiny.  So the scenes are
9   analogous.  They are very, very, very similar
10   at the same point in the screenplay and they're
11   analogous, they're very similar.  So they serve
12   the same purpose for my specific expression.
13          Okay.  And then if we go to number 4,
14   which is further down the road -- again, I'm a
15   little bit jumbled on this.  That's okay.  There's
16   specific scenes besides the sequencing that occur.
17   So, for example, on page --
18      Q.   Are you just saying that jumping
19   around?
20      A.   Well --
21      Q.   I'm looking for a sequence of
22   events so that they are --
23      A.   Okay.
24      Q.   -- matched in sequence.
25      A.   Okay.  Well, that occurs, so I

Page 224

CONFIDENTIAL

```
1   gave you some sequence.  Now, these are exact
2   scenes that are extremely similar that I
3   believe cannot be coincidental at all.
4           Q.   Is it part of the sequence of
5   events, or is it different?
6           A.   It does, but it's not -- I
7   wouldn't say it matches up exactly, okay, but
8   it's part of the same.  In a novel, your
9   timing's different.  So does it serve the same
10  purpose in both works?  Absolutely.  Okay?
11  Absolutely.  Does it fit in the same plot point
12  if we worked it out over a period of time?  I
13  believe so.  Okay?  But both of them on page
14  234, she refers to a humvee.
15          Q.   Who is she?
16          A.   Okay.  Her name is -- I believe
17  it's Jasmine, you know.  And she led them
18  across the airfield to a battered rugged humvee
19  with oversized tires.  Kim and Liam climbed
20  into the back seat.  Okay.  And then I'll skip
21  just a little bit.  Okay.
22          Q.   And the Jasmine character that
23  you're referring to, this is the Dragon
24  character?
25          A.   Jasmine was sharing the Dragon
```

Page 225

CONFIDENTIAL

```
 1    power with Maxwell.
 2            Q.    Okay.
 3            A.    Okay.  But the scene that's very,
 4    very similar and serves the same purpose, okay,
 5    as mine, Jasmine steered the humvee straight
 6    toward the icy face of the plateau.  Then
 7    grinning she pressed down hard on the
 8    accelerator.  As the snowy rock wall drew
 9    closer, Steven gripped his seat in panic.  Just
10    in time, an opening appeared in the side of the
11    rock.  It swiveled upward like a garage door
12    forming an entrance big enough to drive a bus
13    through.  As they drove through the dark
14    entrance, the bottom of the garage door slid
15    up.  The roof of the humvee just made it
16    underneath the ceiling.  Steven flinched.
17                 Now I'll read you my version of
18    that.  Okay?  Where is he?  Sorry.  Right here.
19                 Okay.  In my version, on page 9,
20    Exterior San Francisco-Day.  Lee Ching and Steve
21    Fin are speeding through an older part of San
22    Francisco in a humvee.  Hummer is the normal
23    civilian term for that.  Okay.  My background's
24    military, so I used the term humvee.  They speed
25    toward an old water tower, which they use water
```

Page 226

CONFIDENTIAL

1   towers in their second book, that has billboards

2   covering the bottom of the tower on all sides.

3   Much to Steve Fin's chagrin, it appears that they

4   are on a collision course with the billboard.

5               Steve Fin:  Master, Watch out,

6   you're going to kill us.

7               Lee Ching:  It is not polite or

8   wise to disturb the driver of a vehicle, Steve.

9   Now sit back and hold on.

10              The humvee heads straight through

11  the billboard as Steve Fin closes his eyes and

12  screams.

13              Lee Ching:  We're here.  You can

14  open up your eyes, Steve.

15              Steve Fin:  Where's here?  We're

16  not in hell, are we?

17              Lee Ching:  Well, no more than

18  usual.  It's all relative anyway, is it not?

19  This is our new base of operations.  It's quite

20  sufficient for our needs.

21              Steve Fin opens his eyes and looks

22  around at the unbelievably large area.

23              I won't go into more detail.

24        Q.   So --

25        A.   But they both enter into the --

                                        Page  227

CONFIDENTIAL

1   they use a gag to scare their passenger in a

2   humvee, and they both end up in the

3   headquarters together.

4           Q.    So in the Zodiac Legacy, the

5   Jasmine character, she is a female with the

6   powers of the Dragon Zodiac.  You referenced in

7   Zodiac Kids Lee Ching -- this is the million

8   year old --

9           A.    Right.

10          Q.    -- ancient being, and Steve Fin,

11  who's the Caucasian 30-something-year-old male

12  without any Zodiac powers.  So who is the

13  analogous character to Jasmine in this -- in

14  these two scenes that you're saying?

15          A.    So what matters --

16          Q.    I'm sorry.  Let's go back to my

17  question.  Are you saying that there's a

18  character analogous to Jasmine in this scene

19  that you've identified?

20          A.    They're both driving the humvee.

21          Q.    Okay.  Who is the character that

22  you're saying is analogous to Jasmine --

23          A.    So --

24          Q.    -- in Zodiac Kids?

25          A.    So Lee Ching is driving the humvee

CONFIDENTIAL

1   in Zodiac Kids.

2          Q.   Okay.  So is Lee Ching the

3   character who's analogous to Jasmine?

4          A.   He is analogous in that he's

5   driving the vehicle.

6          Q.   Okay.  And then Jasmine drives

7   through a door, and then Lee Ching drives

8   through a billboard?

9               MS. COLE:  Objection --

10  BY MS. COX:

11         Q.   And that's the similarity?

12              MS. COLE:  -- to the recap of what

13  Jasmine drives through.

14         A.   So both of them are used for the

15  purposes of humor and to accomplish something

16  in the writing.  Okay.  So what you're trying

17  to do is you're trying to -- they're trying to

18  scare their passenger by driving into an

19  immovable object and then, surprise, they both

20  end up in headquarters.  Okay?

21  BY MS. COX:

22         Q.   Okay.

23         A.   So it's the exact same purpose.

24  It's the exact same scene with, once again, the

25  Volkswagen VIN number is the same.  You might

Page 229

CONFIDENTIAL

```
1    have changed the color a little bit from yellow
2    to red, but it's the same thing.
3             Q.   Okay.  Are there other ways in
4    which you say that Jasmine is the analogous
5    character to Lee Ching?
6             A.   That's not what I'm saying.
7             Q.   Okay.  So only in this one scene
8    you're saying that Jasmine is the analogous
9    character to Lee Ching?
10                 MS. COLE:  Objection.
11                 Go ahead.
12            A.   I'm not saying that.  But I'm
13   saying they're not -- Lee Ching is not a Dragon
14   in Zodiac.
15   BY MS. COX:
16            Q.   No, he's not.
17            A.   Correct.  But that's all -- that's
18   all veneer.  That's all the covering.
19            Q.   Well, the Dragon power is
20   Jasmine's Chinese Zodiac power, correct?
21            A.   Uh-huh.
22            Q.   Are you -- do you believe that
23   there is any character who is analogous to the
24   Jasmine character in the Zodiac Legacy?
25            A.   Analogous?  Well, she's the Dragon
```

Page 230

CONFIDENTIAL

```
 1    character.  So Tommy Hoto would have some
 2    analogies to her.
 3            Q.   Okay.
 4            A.   And the replicant, that I don't
 5    believe is ever brought out, would have some --
 6    in that specific context.
 7            Q.   Okay.  So do you believe that the
 8    Jasmine character was copied from Tommy Hoto or
 9    the replicant or from Lee Ching?
10            MS. COLE:  Objection to the
11    characterization.
12            A.   None of those.
13    BY MS. COX:
14            Q.   Okay.  What is the next event in
15    the sequence of events that you say is similar
16    and protected expression?
17            A.   Okay.  And, again, they do jump
18    around a little bit.  But, okay, number 5 on
19    yours, marked 5 for me is -- 322 is your page
20    number.  Okay.  To the beginning, Steve Fin is
21    talking to an Asian man who is levitating in
22    the air with his legs crossed lotus style.
23                 Here's yours.  In the exact center of
24    the garden, under a Juniper tree, Maxwell rocks
25    slowly on an old porch swing.  His eyes were
```

Page 231

CONFIDENTIAL

```
 1    closed and his legs were folded up in a lotus
 2    position.  So --
 3             Q.   Okay.  So on that one, Steve Fin
 4    is the Caucasian 30-something-year-old male
 5    without any Zodiac powers, Lee Ching is a
 6    millions-year-old ancient being without
 7    specific Zodiac powers, and you're saying that
 8    that is analogous to one of the Zodiac Legacy
 9    characters who has Zodiac powers?
10             MS. COLE:  Objection to the
11    characterization of the testimony.
12             A.   So your narrative isn't what my
13    narrative is.
14    BY MS. COX:
15             Q.   Okay.  So it's based on the fact
16    that there is a character who is levitating
17    versus sitting on a swing?
18             A.   With -- in the lotus position.
19             Q.   Okay.  In a lotus position.  So a
20    character, regardless of who that character is,
21    the similarity is that they are either
22    levitating or sitting on a swing in lotus
23    position?
24             A.   Uh-huh.
25             Q.   Okay.  What is the next similarity
```

Page 232

CONFIDENTIAL

1    in the sequence of events?

2           A.    And, again, Maxwell is the -- he's

3    the evil leader, and Lee Ching would be the

4    good, okay, leader.  Okay.  So --

5           Q.    What is the next event in the

6    sequence of events that you say is similar?

7           A.    Okay.  So then both teams go into

8    the recruitment process.  Once again, where

9    that occurs is important.  They start

10   recruiting characters from all over the world.

11   Okay?  And I won't go through every one of

12   them.

13          But Northern Ireland is K-9;

14   that's mine.  Liam is theirs.  South Africa is

15   Conda; that's mine.  Duane is theirs from South

16   Africa, again.  What's South Africa and

17   Northern Ireland have to do with the Chinese

18   Zodiac?  Absolutely nothing.  That's my --

19          Q.    If we can pause so I can catch up.

20                MS. COLE:  He's finishing his --

21          A.    That's my unique expression, and

22   the cumulative effect of this and the

23   coincidental possibility of that is nearly

24   zero.

25   BY MS. COX:

                                    Page 233

CONFIDENTIAL

```
 1   BY MS. COX:
 2         Q.    Okay.  So going back to the
 3   question, you were drawing the connection
 4   between characters that you say are from
 5   Northern Ireland.  Your Irish character is the
 6   dog character.  And in the Zodiac Legacy, the
 7   character from Northern Ireland, Liam, is the
 8   ram character, correct?
 9         A.    According to your document, it
10   just says Ireland.  Can I --
11         Q.    Okay.  And are you saying that --
12         A.    I'm just saying what yours says.
13         Q.    Which character are you saying is
14   from Northern Ireland, or are you now saying
15   that neither character's from Northern Ireland?
16         A.    All I'll say is what mine refers
17   to.  Mine refers to he's the son of a poor
18   Irish family, his cousins are involved with the
19   IRA, and yours says you're from Ireland.
20         Q.    So your dog character, you're
21   saying, therefore, was the source of
22   inspiration for the ram character?
23         A.    My character from Ireland -- I
24   have a character from Ireland, and you do as
25   well --
```

Page 239

CONFIDENTIAL

```
 1              Q.    Okay.
 2              A.    -- which is counterintuitive to a
 3      Zodiac team.
 4              Q.    Okay.  Are you saying that there
 5      are -- the characters who are similar are your
 6      dog character and Zodiac Legacy's ram
 7      character?
 8              A.    No.  No.
 9              Q.    It's just the fact that there are
10      two characters, albeit with different powers,
11      that are Irish?
12              A.    Correct.
13              Q.    Okay.  What is the next event in
14      the sequence of events that you say are similar
15      and protected expression?
16              A.    Okay.  So the recruitment begins.
17      And, again, I'm trying to -- I'm trying to be
18      respectful of everybody's time.  So my Rabbitt
19      character controls computers, has unusual power
20      over computers.  Duane, your pig character, has
21      unusual power over computers.
22              Q.    Okay.  So if I can pause there,
23      so you're saying the fact that your rat
24      character --
25              A.    Rabbitt.  Sorry.
```

Page 240

CONFIDENTIAL

1          Q.    Rabbitt character has power over
2     computers.  And which character in the Zodiac
3     Legacy are you saying?
4          A.    Duane, the pig character.
5          Q.    Okay.  So the Rabbitt and the pig
6     character; that's the similarity?  Okay.
7          A.    Correct.
8          Q.    What is the next event in the
9     sequence of events that you say are similar and
10    protected expression?
11         A.    Okay.  Well, those are the
12    countries that are rolled out.  So that's a big
13    plot point.  Recruiting the characters doesn't
14    have to be something that's written into a
15    story.  You don't have to do that in every
16    story.  So the fact that they included that as
17    a major plot point, and I did that as well as
18    my unique expression, the fact that so many
19    unusual coincidences happened to make them
20    very, very similar -- almost all the countries
21    are similar or identical -- is very, very
22    counterintuitive and unusual.
23         Q.    And you say the recruitment is the
24    same.  How were the characters recruited in
25    Zodiac Kids?

Page 241

CONFIDENTIAL

1          A.    In Zodiac Kids, he did a lot of
2  different things.  He appeared on cereal boxes,
3  on billboards and cell phones, and on a TV set.
4          Q.    Okay.  Is that how the characters
5  are recruited in Zodiac Legacy?
6          A.    No.
7          Q.    Okay.  What is the next similarity
8  in protected expression?
9          A.    Okay.  One of the biggest -- and
10 once again, I've just marked very, very
11 quickly.  This is very, very bare bones, bare
12 bones.  These concepts, like kids versus adults
13 is a big -- we talked about themes -- is a big
14 issue here, and that doesn't have to be.  You
15 don't have to have kids fighting adults.  You
16 don't have to have -- Zodiac fighting Zodiac
17 and you don't have to have kids fighting
18 adults.
19         Q.    Do you -- are you saying that kids
20 fighting adults is protected expression
21 original to you?
22         A.    In this context, in my expression,
23 yes.
24         Q.    Okay.
25         A.    Because, once again, there's a

                                    Page 242

CONFIDENTIAL

1          Q.    What's the next thing you believe

2     is similar and protected --

3          A.    Just so much information.  Sorry.

4     Again, on page 255 of yours:  This should be a

5     milk run, people.  Intel says their powers are

6     weaker than ours and we're trained combat

7     veterans.  They're just kids.

8               And that's just an example.  They

9     redo -- they'll visit a theme and they'll go

10    there again and again and again and again.

11    Again, not -- I mean, the coincidental

12    possibility of that is just nearly nothing.

13         Q.    What's the next element of

14    protected expression?

15         A.    9, they talk about a jet copter in

16    stealth mode.  Okay?  On page 441:  It's the

17    Vanguard plane, Carlos said, the one they used

18    to drop off the strike force in Greenland.

19    It's hovering in stealth mode.

20              Again, mine -- I'm trying to hurry,

21    but I'm not good at hurrying here.  Okay.  I got

22    to find 9.  I just threw all this together last

23    night.  My number 9 might have fallen off.  Let me

24    see.  Where did 9 go?

25              Okay.  There's multiple places,

Page 246

CONFIDENTIAL

1   but on 49, The jet copter pulls up kicking in

2   its bottom and wing rotors, which then gently

3   sets the plane down.  You know, a series of

4   explosion racks the jet copter.

5             Their photograph mimics underwing

6   rotors on the actual illustration of their

7   photograph on page 442.

8             Q.   Okay.  So is the similarity the

9   existence of a aircraft of some sort with

10  special features?

11            A.   No.  It's how it's used.  Their

12  expression -- they've taken my expression and

13  used it in the same way because when I express

14  it, it's used to create creative and literary

15  effect.  And they've taken that and used it to

16  try to obtain the same unique expression and

17  effect as I have.

18            So it's not just the fact that

19  they have it.  It's the fact that they use it

20  to create surprise and energy, oh, it's landing

21  in stealth mode.  So it's used the same way as

22  mine is used.

23            That one must have fallen off.

24  Number 9 must have fallen off.

25            Q.   Are we still in the sequence of

Page 247

CONFIDENTIAL

```
1  events, or are you just identifying things,
2  regardless of where they appear, are
3  similarities?
4          A.   It ends the exact same way as
5  well.
6          Q.   Okay.  How does your screenplay
7  end?  Can you direct me to the page?
8          A.   Okay.  Still looking for number 9.
9  And there's so many more things than this.
10         Q.   I have -- I'm looking at ANT3153
11  on your screenplay.  The last setting is
12  interior of the tower in San Francisco during
13  the day.
14         A.   I don't know what happened here.
15  Hold on.  Give me a second.  You guys are all
16  so much faster than me.  So what page did we
17  say?  Again, I'm sorry.
18         Q.   So I'm looking at, on your
19  screenplay, ANT3153.  I believe the last scene
20  is shown there.  It's interior of the tower San
21  Francisco during the day.
22         A.   Give me one second.  I'll find it.
23         Q.   And, also, if you're comparing to
24  the Zodiac Legacy, it's a three-book series, so
25  I don't know if you want to go get the third
```

Page 248

CONFIDENTIAL

```
 1             A.   Hold on.  Give me a second.  Not
 2    as fast as you guys.  Correct.
 3             Q.   Okay.  So the last scene in Zodiac
 4    Kids is a scene in the tower in San Francisco?
 5             A.   The exact last scene.
 6             Q.   Yes --
 7             A.   But toward the end --
 8             Q.   -- the last scene?
 9             A.   So a plot point or a beat or
10    wherever it fits, so far as in the expression
11    that the reader obtains the benefit from that
12    scene, which could be different in a novel than
13    a screenplay, is still, Dragon, let's get out
14    of here, the place is coming down around us.
15                  So it starts the same and it ends the
16    exact same.
17             Q.   Well, again, to be clear --
18                  MS. COLE:  Please let him finish his
19    answer.
20                  Were you done, John?
21                  THE WITNESS:  I had one more thing
22    I was going to jump in there.
23    BY MS. COX:
24             Q.   Okay.  On point that we're
25    discussing, when you say it ends the exact same
```

Page 250

CONFIDENTIAL

```
 1    way, your script ends in a tower in San
 2    Francisco.
 3              A.    Uh-huh.
 4              Q.    How are you saying that the Zodiac
 5    Legacy three-book series ends?
 6              A.    Okay.  So --
 7              MS. COLE:  Objection to the
 8    characterization of what we're talking about.
 9    BY MS. COX:
10              Q.    Did you -- I believe you said a
11    moment ago that they end the exact same way.  I
12    want to be clear, your screenplay ends in a
13    tower in San Francisco.
14              A.    Right.
15              Q.    Correct?
16              A.    Okay.  So -- so, again --
17              Q.    Is what I just said correct?  Is
18    the last scene in your screenplay in a tower in
19    San Francisco?
20              A.    That's correct.
21              Q.    Okay.  And what are you saying is
22    the last scene in the Zodiac Legacy?
23              A.    Okay.  So -- so what matters in a
24    story is the spine.
25              Q.    What are you saying is the last
```

Page 251

CONFIDENTIAL

```
 1   scene in the Zodiac Legacy?
 2           A.    Legacy.  Which one's Legacy?
 3   Yours.
 4           Q.    And so you are looking at the book
 5   Convergence, which is the first book in the
 6   three-book series, correct?
 7           A.    Uh-huh, correct.  The last scene?
 8   Okay.  The exact last scene -- it's not really
 9   set up as scenes.  But the last chapter and the
10   last page is 463.  Okay?  But the last beat
11   point or plot point or sequence point that
12   would be analogous from a novel to a
13   screenplay, okay, important things were the
14   energy, the climax of the situation, okay, is
15   going to be before that.  That's the
16   resolution.  Okay?
17           Q.    Okay.
18           A.    So, again, that's a different --
19   you can say the scene, but that's not exactly
20   it.  She's right.  The roof was cracking and
21   shattering breaking off in large chunks.  The
22   explosion had been the last straw.  A massive
23   chunk of ceiling crashed down followed by an
24   avalanche of rock.
25                 They put the exact same scene
```

Page 252

1    sequences, yes, it's novel form, but for the

2    same effect that I did in my screenplay.

3              Q.   Okay.  So you're drawing a

4    connection between a scene, an earlier than the

5    ending in yours, in a sphinx to, towards the

6    end of the first book in the three-book series

7    Zodiac Legacy, in a cave, correct?

8              A.   Correct.

9              Q.   Okay.  What is the next element of

10   protected expression that you say is similar?

11             A.   Okay.  So here's just an example

12   of banter.  Okay?  Again, I'm just tossing that

13   out.  In mine, Dobermane says -- this is on

14   page 62 -- Whistle while you work.  Talk about

15   fun.  My electro whip is operating at maximum

16   efficiency.  I bet I'll be able to flay the

17   skin right off those pain in the rear kids.

18             Whereas, Monkey, on page 269 of

19   your work, says, Monkey capered up grinning.

20   It's fun to hit kids, he said to Ox, isn't it?

21             So, again, are they exact?  No.

22   But do they have the same effect as an

23   expression?  Yes.  So they're taking my

24   expression and they're using it for the same

25   purpose as I used mine.

Page 253

CONFIDENTIAL

```
1              A.    Well, Willenbrink from University
2     of Dayton.
3              Q.    He would have been associated with
4     the law clinic?
5              A.    Correct.  And I spoke to the law
6     clinic where Arthur went to -- he was getting
7     his LLM.  I believe it was University of
8     Southern California.
9              Q.    Arthur is reference to?
10             A.    Parnak Kochyan.
11             Q.    Yeah.  Is he an attorney now?
12             A.    He didn't finish his last class,
13    from what I understand.  He's got one credit or
14    something.
15             Q.    How did you find out about the
16    Screenwriting Expo 5 happening in Los Angeles
17    in October 2006?
18             A.    I don't recall, but I think I
19    found out about it from a magazine.
20             Q.    Had you ever gone to a
21    screenwriting Expo previously?
22             A.    No.
23             Q.    Did you ever go to a Screenwriting
24    Expo after that one?
25             A.    No.
```

Page 287

CONFIDENTIAL

1          Q.    What was it about the ad or

2     whatever promotion you saw about the

3     Screenwriting Expo that caused you to want to

4     go?

5          A.    It's very hard to gain access to

6     Hollywood.  You have to have a deal to get an

7     agent.  You have to have an agent to get a

8     deal.  It's extremely hard to break in.  It's

9     nearly impossible.  It's the biggest little

10    town in the planet.  And so it's very, very

11    tight community breaking in.  And when the

12    possibility of access is there, I thought it

13    would be worth pursuing.

14         Q.    Did you go to learn about

15    screenwriting?

16         A.    Yes.

17         Q.    Were you aware that there were --

18    every day there was programs and seminars on

19    the tools of screenwriting?

20         A.    I mean, I'm sure there's -- and I

21    read some books on screenwriting.

22         Q.    So you signed up for the -- I

23    believe the gold package?

24         A.    Correct.

25              MS. COX:  I'm handing the court

Page 288

CONFIDENTIAL

```
 1   reporter a document to be marked as Exhibit 21.
 2              (Exhibit 21 was marked for
 3              identification.)
 4   BY MS. COX:
 5         Q.   So this is a document produced by
 6   you.  It's a scan of a physical lanyard pass,
 7   the gold pass.  It has your name on it.  Do you
 8   recall how much you paid for the gold pass?
 9         A.   I believe it was about $300.
10         Q.   And how much more was that than
11   the lesser tier?
12         A.   I believe it was $75.
13         Q.   And what did you get with the gold
14   pass that you didn't get with the next rung
15   down?
16         A.   I don't recall.
17         Q.   The dates here you can see on
18   the pass faintly is from October 19th to the
19   22nd.  October 19th, 2006 was a Thursday, the
20   22nd was a Sunday.  Do you recall whether you
21   were there for the entirety of the expo?
22         A.   I think we've got a document that
23   shows that I had pitch meetings scheduled
24   Friday, Saturday, and Sunday.
25         Q.   Okay.  Do you know whether you
```

Page 289

CONFIDENTIAL

```
 1    were there on Thursday?
 2           A.    I believe Justin and my wife and
 3    kids dropped me off at the airport Thursday
 4    night.
 5           Q.    Okay.  Dropped you off at the
 6    airport?
 7           A.    In Cincinnati to fly to LA.
 8           Q.    In Cincinnati?  Okay.
 9           A.    That's my recollection.
10           Q.    So you would have flown there and
11    gotten there in person for Friday?
12           A.    That's my recollection.
13           Q.    Did you fly in with anyone?
14           A.    No.
15           Q.    Were you meeting anybody from Ohio
16    in Los Angeles?
17           A.    Arthur.
18           Q.    Was Mr. Kochyan also attending the
19    PitchFest?
20           A.    No.
21           Q.    Why was Mr. Kochyan in Los
22    Angeles, if you know?
23           A.    He was getting his LLM at the
24    University of Southern California, I believe
25    was the school.
```

Page 290

CONFIDENTIAL

```
 1            A.    Whatever he had in Los Angeles
 2    with him.
 3            Q.    And how long was that phone call?
 4            A.    It was probably short, stuff like
 5    are you going to need a ride to the airport,
 6    all that kind of stuff.
 7            Q.    Okay.  Five minutes, ten minutes?
 8            A.    It was short, is my recollection;
 9    ten minutes or less, probably.
10            Q.    Okay.  What else did you discuss
11    other than logistics about getting to the
12    airport?
13            A.    Well, just I was excited I met
14    with Disney.
15            Q.    Okay.  What specifically did you
16    say?
17            A.    I met with Disney, this is great.
18    You know, I wasn't happy about the lady I met
19    with.  I thought she was rude, you know.
20            Q.    And what was the name of the
21    person that you met with?
22            A.    I don't recall the name.
23            Q.    Okay.  She was a woman, you're
24    saying?
25            A.    Correct.
```

Page 294

CONFIDENTIAL

1          Q.    Okay.  Was she Asian?

2          A.    My recollection is she leaned

3    toward Asian with dark brown hair.

4          Q.    Okay.  Other than the color --

5          A.    Brown hair.

6          Q.    -- of her hair, when you say that

7    she leaned towards Asian, what do you mean?

8          A.    Darker complexion.

9          Q.    How long --

10         A.    Very short meeting, so it was not

11   like we were hanging out for hours.

12         Q.    Okay.  Did she wear glasses?

13         A.    Not to my recollection, no.

14         Q.    Was she tall, short?

15         A.    Medium, I think.

16         Q.    Okay.  What was her build?

17         A.    Medium.

18         Q.    Okay.  Did she have an accent?

19         A.    Not to my recollection.

20         Q.    Was her name Kathie?

21         A.    I mean, no, not to my knowledge.

22   She never introduced herself that way.

23         Q.    Okay.  So she never introduced

24   herself.  So are you saying that you never knew

25   her name?

                                    Page 295

CONFIDENTIAL

```
1            A.   Well, you show up at the
2    registration desk, and apparently -- there may
3    have been some preregistration, but my
4    recollection is that I showed up and they said
5    go over there and that's where you sign up for
6    the pitch meetings.
7            Q.   Okay.
8            A.   And so you go over there and you
9    look at this list of companies, and you have no
10   clue who any of them are.  And the one company
11   that I wanted, the whole reason I was there,
12   was Disney, and they were not available.  And
13   so they said sign up for some and then what
14   will happen is keep checking back and people
15   turn these tickets in, they might meet the
16   company that they're expecting to meet, they
17   might have something really good where somebody
18   options their screenplay right there and so
19   they leave and go back to Omaha or whatever.
20            And so I remember checking back and
21   Disney was not available.  And then I remember
22   checking back again and Disney was not available.
23   And then when I had almost kind of given up
24   hope -- and I kept buying new pitch tickets even
25   though I didn't really know who these companies
```

Page 300

CONFIDENTIAL

```
1   were, and I couldn't really afford it, but, again,

2   I wanted to stay in the mix.  And so then,

3   finally, I came back and, lo and behold, Disney

4   was available, and I snatched it up immediately.

5          Q.   Okay.  So you're saying that when

6   you got to Los Angeles on whatever, Friday, for

7   the expo, at that point you had not actually

8   signed up for any pitch meetings yet?

9              MS. COLE:  Objection to the

10  characterization.

11             You can answer.

12         A.   Again, I think there's some

13  documents that might say otherwise, but my

14  recollection is that I signed up onsite.

15  BY MS. COX:

16         Q.   Right.  But my point is, though,

17  when you say onsite, you mean physically in Los

18  Angeles --

19         A.   Correct.

20         Q.   -- at the Screenwriting Expo --

21         A.   Correct.

22         Q.   -- after you walked in the

23  doors --

24         A.   Correct.

25         Q.   -- that is the point at which
```

Page 301

CONFIDENTIAL

```
 1   you --
 2           A.    Correct.
 3           Q.    -- registered for specific pitches
 4   and paid for them?
 5           A.    Correct.  Now, Justin might have,
 6   Alex might have.  They might have been typing
 7   them in on the phone with me, but I know I
 8   definitely signed up for pitch meetings when I
 9   was onsite.
10           Q.    Okay.  And as far as you recall,
11   before you were onsite, you had not
12   preregistered and signed up for those pitch
13   meetings?
14           A.    Apparently we did somehow,
15   according to some documents.
16           Q.    What are you referring to here?
17           A.    I think there were some documents
18   that were produced that say there was some
19   preregistration.
20           Q.    Are --
21           A.    But I don't know how they did
22   that.  I mean, this is the Wild West here.  I
23   don't know if the lady, when I was on the
24   phone, with her put some in.  But so that's
25   not -- that process wasn't as clear.  The
```

Page 302

CONFIDENTIAL

```
 1   process that's very clear to me is when I was
 2   onsite.
 3           Q.   Okay.  Did you have any pitch
 4   meetings on the Friday?
 5           A.   I believe there were some listed
 6   in what they provided us.
 7           Q.   I'm saying, did you sign up for
 8   and pitch anyone on the Friday?
 9           A.   I think I scheduled pitch meetings
10   for every day that I could.
11           Q.   Okay.  So if you turn back to -- I
12   think this is the interrogatory responses,
13   would be exhibit -- I forget what exhibit we
14   designated that as.
15               MS. COLE:  It's 15.
16               MS. COX:   15.  Okay.
17   BY MS. COX:
18           Q.   So 15.  If you turn to page 7, rog
19   number 8.  It says, Identify all persons you
20   met at pitch meetings at the PitchFest.  You
21   write, Subject to and without waiving
22   objections and relying on Kathie Fong Yoneda's
23   declaration asserting she did not attend
24   PitchFest.
25               I want to pause there.  What
```

Page 303

CONFIDENTIAL

1      Q.   Okay.  Is this before filing the
2  litigation at some point in 2018, or is this in
3  2006?
4      A.   No.  It would have been in
5  anticipation of litigation, I think.
6      Q.   Okay.  So in 2018, you said you
7  were looking all over the Internet and Kathie
8  Fong Yoneda stuck out to you.  What do you mean
9  by that?
10     A.   Just -- I was looking for people
11  that were associated with PitchFests, and I'm
12  like, well, that might have been the person.
13     Q.   Okay.  Where did you come across
14  Kathie Fong Yoneda's name?
15     A.   I don't recall specifically, but
16  it was somewhere on the Internet associated
17  with PitchFests.
18     Q.   Okay.  What about her made you
19  believe that that might have been the person?
20     A.   Just the initial picture seemed
21  like it might have been the person I met with.
22     Q.   Okay.  So the picture.  What
23  about -- well, actually, previously you said
24  that the woman that you met with that you
25  believe was associated with Disney, you never

Page 307

CONFIDENTIAL

```
 1    got her name, correct?
 2              A.    Correct.
 3              Q.    Okay.  So you -- you don't
 4    actually have a name to cross-reference?
 5              A.    Correct.
 6              Q.    Okay.  So nothing about the name
 7    Kathie Fong Yoneda is what jumped out to you?
 8              A.    Correct.
 9              Q.    Okay.  What picture did you see of
10    Kathie Fong Yoneda?
11              A.    I don't recall, but some kind of
12    something, and I think she's got a blog
13    associated with PitchFests and things.  And I'm
14    like, my initial response was, that may have
15    been the person I met with.
16              Q.    Okay.  I'm not disputing that she
17    attends PitchFests and that she has a blog or
18    anything like that.  What led you to believe
19    that she was a representative of The Walt
20    Disney Company?
21              A.    All of her stuff she writes about.
22    She did a lot of work with Disney, apparently.
23              Q.    Okay.  So something on her blog
24    referenced that at some point she had worked
25    with Disney, and the look of a photo you saw of
```

Page 308

CONFIDENTIAL

1  her seemed vaguely familiar?

2          A.   Correct.

3          Q.   Okay.  And so Kathie Fong Yoneda

4  is Asian-Pacific Islander.

5          A.   Uh-huh.

6          Q.   Is that -- did the woman you met

7  with look Pacific Islander?

8          A.   May -- well, so, again, she had

9  dark hair and dark skin.

10         Q.   Okay.  So going back to the rog

11 response, your response to rog number 8, you

12 then say, Antony states he met with a

13 representative of The Walt Disney Company --

14         A.   Uh-huh.

15         Q.   -- Marcello Robinson and a

16 colleague of his from Asylum Management Group,

17 to the best of his recollection, and other

18 representatives from participants with whom he

19 was able to schedule pitch meetings?

20         A.   Yes.

21         Q.   How many pitch meetings in total

22 do you recall?

23         A.   There were several.

24         Q.   Okay.

25         A.   There were several.  We've got a

Page 309

1    But it was a work I was working on at the time.

2          Q.    What written materials did you

3    have with you relating to Artie?

4          A.    Nothing.

5          Q.    Okay.  What written materials did

6    you have with you relating to Zyborg?

7          A.    The screenplay.

8          Q.    And was that typewritten?

9          A.    Correct.

10         Q.    What materials did you have with

11   you relating to Zodiac Regiment Twelve?

12         A.    The screenplay and bios.

13         Q.    Were they typewritten?

14         A.    Yes.

15         Q.    How many copies did you bring with

16   you?

17         A.    A bunch.  A duffle full.

18         Q.    How many is a bunch?

19         A.    Just a bunch.  It was heavy.

20         Q.    More than 100?

21         A.    20 of each, probably.

22         Q.    And after giving the pitch on

23   Zodiac Regiment Twelve to Asylum Entertainment,

24   did you ask them whether they wanted to take a

25   copy of the screenplay?

Page 330

CONFIDENTIAL

1   meetings is the follow-up.  And it says, After

2   you pitch your story or screenplay, the

3   producer or production company may or may not

4   request to see a copy of your script.  If they

5   do request your script, proper protocol is to

6   mail them a copy a few days after the event

7   with a nice cover letter reminding them of your

8   meeting and their request.

9           Do you recall any of the folks that

10  you pitched to specifically requesting to see a

11  copy of any of your scripts?

12          A.   Asylum wanted Artie.

13          Q.   Okay.  So other than the work on

14  Artie from Asylum Entertainment, do you recall

15  anyone else requesting to get a copy of your

16  scripts?

17          A.   Disney took my scripts that day.

18          Q.   Okay.  So other than that, and

19  we'll get to that, did anyone else request to

20  see a copy of your script?

21          A.   I may have left copies with

22  people, but no one asked me for something after

23  the PitchFest if that's what we're --

24          Q.   Okay.  So you're saying Disney was

25  the only one -- the unnamed person at Disney

Page 338

CONFIDENTIAL

```
 1   was the only one who took a copy of your script

 2   themselves?

 3               MS. COLE:  Objection to

 4   characterization.

 5          A.   No.  I recall leaving them with

 6   other people.  I just can't identify who it

 7   was.

 8   BY MS. COX:

 9          Q.   Okay.

10          A.   I left them all over the place.  I

11   didn't -- I don't recall having a script left

12   when I came home.

13               MS. COX:  So the next document let

14   me mark as Exhibit 27.

15               (Exhibit 27 was marked for

16               identification.)

17               MS. COLE:  Thank you.

18   BY MS. COX:

19          Q.   So this is a handwritten note page

20   produced by you, ANT750?

21          A.   Uh-huh.

22          Q.   Is this your handwriting?

23          A.   Yes.

24          Q.   Okay.  At the bottom of the page

25   it says Expo Pitch Meetings.  Is this the
```

Page 339

CONFIDENTIAL

1  document that you're referring to earlier about

2  the page listing folks that you pitched to?

3          A.   I think so.

4          Q.   Okay.  So I'm taking you up about

5  halfway through the page.  It says Friday -- or

6  Fry, dash, Asylum, and then it says 240.

7              Do you see that?

8          A.   Yes.

9          Q.   Okay.  Do you understand that to

10  be a reference to Asylum Entertainment?

11          A.   Probably.

12          Q.   Okay.  So then I'm going to take

13  you to Concept Entertainment -- or do you see,

14  I don't know, about three-quarters down the

15  page it says Concept --

16          A.   Uh-huh.

17          Q.   -- Saturday, 11:35 a.m.

18              Do you see that?

19          A.   Yes.

20          Q.   Your understanding, that refers to

21  Concept Entertainment?

22          A.   Likely.

23          Q.   Okay.  Next, David Greathouse

24  Productions.  Do you see at the top of the page

25  there's -- it says 9:30, Bold Films; 9:45,

Page 340

CONFIDENTIAL

1   David Greathouse Productions?

2           A.   Yes.

3           Q.   Or Gatehouse.  I'm sorry.

4           A.   Yes.

5           Q.   Okay.  And then underneath that,

6   11:15 is Landscape Entertainment?

7           A.   Yes.

8           Q.   And then again at 11:35 it says

9   Concept.  I think that's a duplication of the

10  other reference to Concept, correct?

11          A.   Likely.

12          Q.   Okay.  So all together, we have

13  Asylum Entertainment, Concept Entertainment,

14  David Gatehouse Productions, Bold Films,

15  Landscape Entertainment.  There's also -- on

16  Sunday, there's a reference to Catchphrase

17  Entertainment Sci-Fi.

18               Do you see that?  Sunday is about

19  a third down the page.

20          A.   Yes.

21          Q.   Okay.  And also on Sunday we have

22  John Baldecchi Productions, correct?

23          A.   Yes.

24          Q.   Okay.  So that is seven pitches,

25  correct?

Page 341

CONFIDENTIAL

```
 1            A.    It looks that way.
 2            Q.    Okay.   There is no reference to
 3    The Walt Disney Company on this page, correct?
 4            A.    Correct.
 5            Q.    Okay.   This document, the
 6    handwritten notes, do you recall when you
 7    created this document?
 8            A.    I don't, but my guess was as soon
 9    as I got my schedule.
10               MS. COX:   Okay.   Handing a
11    document to be marked as Exhibit 28.
12               (Exhibit 28 was marked for
13               identification.)
14               MS. COX:   And this is -- it's a
15    native file so we've produced it to pdf.   So I
16    will tell you what it represents.
17               MS. COLE:   Okay.
18               MS. COX:   So -- sorry.   Go ahead.
19               MS. COLE:   Does it correspond to a
20    Bates number document, a placeholder?
21               MS. COX:   Yes.
22               MS. COLE:   Can I have the Bates
23    number for it?   Is this 28?
24               THE REPORTER:   Yes.
25               MS. COX:   So --
```

Page 342

CONFIDENTIAL

```
 1              MS. COLE:  You don't have it on here.
 2    Just if you can provide it to us.
 3              MS. COX:  No, I did.  I just lost
 4    my -- okay.  Here we go.  So the document that's
 5    been marked as Exhibit 28, it is a pdf printout of
 6    a native Excel file that is Donovan 62 --
 7    Donovan00000062, which is an Excel file.  Because
 8    there's wide gaps in the cells, it's -- the
 9    formatting is a little bit awkward, but I'll walk
10    you through it.
11    BY MS. COX:
12         Q.   So I'll represent to you that this
13    Excel file was produced by William Donovan.
14    He's one of the Screenwriting Expo former
15    owners.  The Excel is titled
16    2006.expo.antony.orders, and the document lists
17    online orders that were placed for the pitch
18    meetings.
19              So on page 1 that you'll see here,
20    the -- you'll see time stamps that were all on
21    October 10th, 2006.  So that's about a week --
22    a little over a week before the PitchFest
23    started.  Then I'm going to have you flip
24    forward, so page 3, you can see that your name
25    is listed with the jantony@fuse.net email
```

Page 343

CONFIDENTIAL

```
 1   address, and then your -- was that your address
 2   at the time, 1 Katherine Court?
 3           A.   Uh-huh, correct.
 4   BY MS. COX:
 5           Q.   Okay.  Then flipping forward more,
 6   if you go to page 5 -- so basically page 5, 6,
 7   and 7 are rows that should be read all
 8   together, but if we start with 5, you can see
 9   the same seven production companies, which
10   are listed on your handwritten sheet from
11   Exhibit 27, are written here.
12           A.   Uh-huh.
13           Q.   So you'll see at the top Asylum
14   Entertainment.
15                Do you see that?
16           A.   So page 5?
17           Q.   Yeah.  I'm on page 5.
18           A.   Uh-huh, yes.
19           Q.   Okay.  And then Concept
20   Entertainment, correct?
21           A.   Yes.
22           Q.   David Greathouse Productions, John
23   Baldecchi Productions, Catchphrase
24   Entertainment, Bold Films, and Landscape
25   Entertainment.  And those are the same
```

Page 344

CONFIDENTIAL

1    production companies that are listed on your

2    sheet titled Expo Pitch Meetings, correct?

3            A.    That looks accurate.

4            Q.    Okay.  And then if you turn to

5    page 6 and 7, you can see the specific times

6    here that are listed --

7            A.    Uh-huh.

8            Q.    -- line up with what you have on

9    your sheet?

10           A.    Uh-huh.

11           Q.    So, you know, which time on

12   Friday, which times on Saturday, and which

13   times on Sunday.  Sunday is listed on page 7.

14                 Do you see that?

15           A.    I do.

16           Q.    Okay.  So we have two documents

17   here, one created by you, one from the

18   organizers of the PitchFest showing that you

19   paid for seven pitches with seven production

20   companies on Friday, Saturday, and Sunday?

21           A.    Uh-huh.

22           Q.    None of which involve The Walt

23   Disney Company?

24           A.    Correct.

25           Q.    Okay.  So when was it that you are

Page 345

CONFIDENTIAL

```
1    saying that you purchased a pitch to pitch to
2    The Walt Disney Company?
3            A.   So, once again, once you go in
4    there, Walt Disney was not available.  Okay?
5    And that's what they told me.  And so I was
6    very bummed out.  And they said, but keep
7    checking back.  Okay?  So I kept checking back,
8    checking back, checking back.  And it was at
9    least three or four times, and then finally it
10   was available, and I snatched it up.
11           Q.   Okay.  And when you say, finally
12   it was available, what was available?
13           A.   A pitch meeting with The Walt
14   Disney Company.
15           Q.   At what time and what day?
16           A.   I don't recall.  Oh, what time was
17   it scheduled?  Okay.  My recollection was
18   Saturday.
19           Q.   And what time?
20           A.   I don't recall the time.
21           Q.   Was it in the morning?
22           A.   I don't recall.
23           Q.   Was it before or after you had
24   pitched other companies?
25           A.   I don't recall.  It was a big -- a
```

Page 346

CONFIDENTIAL

```
 1          Q.   Okay.  What do you recall of how
 2   you pitched Zodiac Regiment Twelve when you
 3   spoke to the woman with dark hair?
 4          A.   Again, just generally, 12 kids
 5   that get, you know, the powers of the Chinese
 6   Zodiac, something along those lines, or 12
 7   superpowers of Chinese Zodiac that kids get.
 8   And superhero team that is recruited from all
 9   around the world and big concept.  I remember
10   just talking about a big concept.  Everyone
11   wanted big concept, high concept stuff.
12          Q.   What do you recall of what the
13   woman with the dark hair said to you when you
14   came up to her table?
15          A.   She was dismissive and rude, in my
16   opinion, being from the Midwest.  She said,
17   well, you know, there's a chicken in the
18   Chinese Zodiac, right?  And I was like, well,
19   yeah.  Well, what are you going to have,
20   chicken man with chicken powers?  And I said --
21   I was kind of taken aback.  I was a little
22   irritated.  And I said, well, no.  He's like a
23   MacGyver and a James Bond together.  He's
24   actually a very, very cool character.  And
25   she's kind of (witness making sound), whatever.
```

Page 349

CONFIDENTIAL

```
 1   She was very dismissive.  I was disappointed in
 2   that part.
 3          Q.   Are you saying she had a Midwest
 4   accent?
 5          A.   I don't recall an accent.  I had a
 6   Midwest accent probably.
 7          Q.   Oh, you had a Midwest accent.
 8   Okay.  Did she say anything else in response to
 9   your pitch on either Zyborg or Zodiac Regiment
10   Twelve?
11          A.   I said, well, I'll leave these
12   with you.  And she took them and she said,
13   well, we'll get back to you if there's any
14   interest.  But it wasn't like super like, yeah,
15   yeah, yeah.
16          Q.   Did she say anything else other
17   than the comment about chicken powers and that
18   last comment?
19          A.   Not much, no.  It was very quick.
20          Q.   Okay.
21          A.   She was very --
22          Q.   Did it last less than five
23   minutes?
24          A.   It was probably the five.  I mean,
25   I tried to take the five minutes with everybody
```

Page 350

CONFIDENTIAL

```
 1   I could.  But, I mean, that's a fast amount of
 2   time.  You don't get much time.
 3            Q.   When you first got up to the
 4   table, since she didn't introduce herself and
 5   you didn't ever learn her name, what, if
 6   anything, was said before you started in on
 7   your pitch?
 8            A.   I said, you know, hi.  Disney,
 9   right?  She's like -- kind of just nodded,
10   wasn't polite about it at all.  And I said,
11   well, I'm excited to meet you kind of a thing.
12   And I said, well, you know, Zodiac Regiment
13   Twelve or Zodiac Kids, I went into it.
14            Q.   Do you have any idea of what this
15   woman's role was with a -- The Walt Disney
16   Company or any other affiliate?
17            A.   No.
18            Q.   Do you have any idea what Walt
19   Disney Company affiliate she may have been
20   associated with?
21            A.   No.
22            Q.   Do you recall any other
23   distinguishing features or characteristics of
24   this person?
25            A.   Business, dressed businessy,
```

Page 351

CONFIDENTIAL

```
1    businessy, but dismissive, patronizing.
2          Q.    Did she have a wedding ring on?
3          A.    Don't recall.
4          Q.    Okay.  So you don't actually have
5    copies of any of the -- whatever version of the
6    Zodiac Regiment screenplay and bios that you
7    had at the time of the PitchFest, correct?
8          A.    Correct.
9          Q.    Okay.  And why is that?
10          A.    Because I was tweaking it a little
11    bit afterwards as well.  But it's materially
12    the same materials.
13          Q.    Do you have the hard drive that
14    you were using to work on it at around that
15    time?
16          A.    I think we overrode -- or I think
17    we produced the one that we had.  So that's the
18    only one I have.
19          Q.    But you don't have an electronic
20    or hard copy file of the character bios or the
21    script as it existed in October 2006?
22          A.    I mean, the 2005 version, whatever
23    we produced, and whatever the final copy is --
24    you know, the final copy is very close to what
25    I produced.
```

Page 352

CONFIDENTIAL

```
 1   the one list, but it wasn't comprehensive.  If
 2   you're looking for more, I need the bios.
 3   Sorry.
 4          Q.   Well, let me ask you this.  Out of
 5   your 12 Zodiac characters for the kids on the
 6   Zodiac team, do you recall out of those 12 how
 7   many of the same countries appeared in the
 8   characters in the Zodiac Legacy Convergence?
 9          A.   I mean, I think nearly all.
10          THE WITNESS:  Thank you.
11          A.   Okay.  So -- so Tommy's from
12   America.  Randy Daniels is from America.
13   Rooster's from Britain.  Leah's from South
14   Africa.  Sandy O'Halleran's from Ireland,
15   connections in Northern Ireland, looks like.
16   Juanita Maria Diego is from Mexico.  Fe Lion is
17   from India.  Francois Descartes is from France.
18   Braxton Blake is from Canada.  Guthrie Hammond
19   is from Austria.  And then we've got Brazil and
20   New Zealand.
21          Q.   So out of the 12, how many are the
22   same country?
23          A.   I mean, I'd have to -- if we have
24   our -- there we go.  Okay.  And then, of
25   course, Lee Ching is, you know, from China.  So
```

Page 387

CONFIDENTIAL

```
 1    they've got Jasmine is Chinese.  We got
 2    Steven -- their characters I'm naming now --
 3    he's USA.  We got Kim, she's USA.  I've got
 4    more than one person from the United States.
 5    So do they.  We can really splice this stuff
 6    up.  Duane, once again, who's South Africa.
 7    Liam, who's Ireland.  Roxanne, France.  Carlos
 8    is Mexico.  Now, he -- I don't think Carlos
 9    ends up having a Zodiac power of theirs.  But
10    the country's the same.  That's the ones they
11    have listed here.
12              Let me see the Vanguard.  Maxwell,
13    theirs, from China, again.  Josie is from
14    Australia.  Ours is from New Zealand is what I
15    was saying, but Oceania.  Malik is another one
16    of theirs from the United States.  Nicky is
17    theirs from England.  Vincent is another of
18    theirs that's from the United States.  Celine
19    is listed as unknown.  That's the snake
20    character of theirs.  And then Thiago is
21    Brazil, too.
22              Q.   Would it be fair to say that ten
23    of the 12 countries that you chose for your
24    Zodiac characters also appear in the characters
25    in the Convergence?
```

Page 388

CONFIDENTIAL

```
 1              A.   Yeah, that's what it looks like,
 2    what we just read off.
 3              Q.   You also talked about the
 4    similarities in the powers that were given to
 5    certain of the characters.  Were there any
 6    other similar powers that you did not have a
 7    chance to discuss earlier?
 8              A.   Well, so, for example, Fe Lion can
 9    paralyze her opponents and --
10              Q.   Which animal character is she?
11              A.   Fe Lion is the tiger character.
12              Q.   Okay.  And then their story?
13              A.   And their story -- and, again, she
14    has the ability to kind of manipulate people
15    with her ability to stare at people and stop
16    them.  And they use that with both Maxwell and
17    the snake character, I believe.
18              Q.   Which one is Maxwell in their
19    story?
20              A.   He is their -- he's the leader of
21    the Vanguard and the evil Zodiac, I guess.
22              Q.   Is he one of the animals?
23              A.   No.  He's their -- he's the adult
24    defense war contractor.  Ours says defense
25    contractor.  He's their war contractor.
```

Page 389

CONFIDENTIAL

1          A.   That should have been the only

2     one.  But you can look at my final version and

3     they should be very close.

4          Q.   Okay.  So you're saying the final

5     version, the one from 2010, so four years

6     later?

7          A.   That was -- yes.  It was forwarded

8     in 2010.

9          Q.   Okay.  So the version from 2010 is

10    called Zodiac Kids.  The version from 2005 is

11    called Zodiac Regiment Twelve.  Which one are

12    you saying it's closer to?

13         A.   I mean, we would have to look at

14    them side by side, but they're very similar.

15         Q.   Well --

16         A.   I would say they're materially the

17    same.

18         Q.   Well, we can do that.  So we have

19    Exhibit 30 here.  This is the version that you

20    copyrighted and that you have stated in a

21    signed declaration is the closest to what you

22    have that was submitted to folks at the

23    PitchFest.

24         A.   Uh-huh.

25         Q.   And if you turn to Exhibit 12,

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1          IN WITNESS WHEREOF, I have

2     hereunto set my hand and seal of office at

3     Dayton, Ohio, on this 16th day of September

4     2022.

5

6

7

8

PATTI STACHLER, RMR, CRR

9     NOTARY PUBLIC, STATE OF OHIO

My commission expires 10-5-2023

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 419

1   JOHN ANTONY vs. BUENA VISTA BOOKS, INC.

2   John Antony (JOB NO. 5431307)

3            E R R A T A   S H E E T

4   PAGE 37 LINE 10 CHANGE "moved to"

5   to "moved."

6   REASON    Transcription error

7   PAGE 45 LINE 20 CHANGE "taught in"   to

8   "taught."

9   REASON    Transcription error.

10  PAGE 206 LINE 2 CHANGE "I"   to "It."

11  ~ Transcription error

12  REASON

13  PAGE 352 LINE 16 CHANGE "overrode"   to

14  "Over-wrote."

15  REASON    Transcription error

16  PAGE 369 LINE 16 CHANGE "except"   to

17  "as."

18  REASON    Transcription error

19  PAGE____ LINE____ CHANGE

20

21  REASON

22

23                              Oct. 3, 2022

24  WITNESS   John Antony          Date

25

                                    Page 422