# EXHIBIT 11

*ZODIAC REGIMENT 12*

Character Bios

1. TOMMY HOTO, JR. *age 16*
   Code Name – DRAGON
   Palladrium Skateboard he can mentally control. Indestructible.
   Supreme martial artist.
   Son of a strict Japanese-American executive

2. RANDY DANIELS *age 16*
   Code Name – PALOMINO
   Extremely strong legs
   Has the speed and endurance of a wild horse.
   Daughter of a Montana rancher
   Her mother disappeared at age 3.

3. SPENCER WICKE VI *age 18*
   Code Name – ROOSTER
   Can create high tech gadgets very quickly and with scant materials.
   Son of a wealthy British family.

4. ELEAH SANDFOSS *age 16*
   Code Name – CONDA
   Power to contort her body like a snake.
   Expert jungle fighter. Can control snakes.
   Daughter of South African businessman and African Queen said to be descended from the
   Queen of Sheba.

5. SANDY O'HALLERAN *age 17*
   Code Name – K-9
   Has the power to move earth.
   Has powerful sense of smell.
   Son of poor Irish family.
   Cousins are involved with the IRA.

6. JUANITA MARIA DIEGO *age 14*
   Code Name – RABBITT
   ~~Crippled from~~ *Is confined to a wheelchair*
   Has the power of luck.
   Is unnaturally good with computers
   Parents live in Mexico.

7. PRINCESS ODIRA PATEL *age 17*
   Code Name – FE LION
   Has the power of the tiger to paralyze its victim by staring at it.
   Indian princess of very powerful family
   Currently betrothed in an arranged marriage she doesn't want

DEFENDANT'S
EXHIBIT
*11*
9-13-22
PENGAD 800-631-6989

8. FRANCOIS DESCARTES *age 16*
   Code Name – RAT TAIL
   Explosives expert
   Has the ability to hide in unusual places
   Raised by grandparents who were underground fighters in WWII *in France.*

9. BRAXTON BLAKE   *age 18*
   Code Name – RAZORBACK
   Has exceptional battle skills
   Almost impossible to hit because he reacts so quickly
   Has twin forearm palladium "finblades" that can spin in any direction and can be fired like
   buzzsaws
   Canadian son of lumberjack *turned* tuned businessman

10. GUTHRIE HAMMOND  *age 15*
    Code Name – OX
    Extremely strong
    Has the power to shift the tipping point of any object allowing him to move almost anything
    Training in Austria to be a professional concert pianist

11. PATACKA PADUA   *age 14*
    Code Name – TANG
    Has the power to control various waves in the electromagnetic spectrum
    Family is from Amazon Basin in Brazil

12. VIRGINIA JANATOBA  *age 13*
    Code Name – SHEEP          *any*
    Has the power to change the coefficient of friction on ant surface making it slippery or sticky
    Her large family lives in New Zealand

ANT000320

ZODIAC REGIMENT 12 CHARACTER BIOS

1. TOMMY HOTO, JR., age 16
   Code Name – DRAGON
   Palladrium Skateboard he can mentally control
   Indestructible
   Supreme martial artist
   Son of a strict Japanese-American executive

2. RANDY DANIELS, age 16
   Code Name – PALOMINO
   Extremely strong legs
   Has the speed and endurance of a wild horse
   Daughter of a Montana rancher
   Her mother disappeared at age 3

3. SPENCER WICKE VI, age 18
   Code Name – ROOSTER
   Can create high tech gadgets very quickly and with scant materials
   Son of a wealthy British family

4. ELEAH SANDFOSS, AGE 16
   Code Name – CONDA
   Power to contort her body like a snake
   Expert jungle fighter. Can control snakes
   Daughter of South African businessman and African Queen said to be descended from
   the Queen of Sheba

5. SANDY O'HALLERAN, age 17
   Code Name – K-9
   Has the power to move earth
   Has powerful sense of smell
   Son of poor Irish family
   Cousins are involved with the IRA

6. JUANITA MARIA DIEGO, age 14
   Code Name – RABBITT
   Is confined to a wheelchair
   Has the power of luck
   Is unnaturally good with computers
   Parents live in Mexico

7. PRINCESS ODIRA PATEL, age 17
   Code Name – FE LION
   Has the power of the tiger to paralyze its victim by staring at it
   Indian princess of very powerful family

ANT000321

ANT000322

Currently betrothed in an arranged marriage she doesn't want

8. FRANCOIS DESCARTES, age 16
   Code Name – RAT TAIL
   Explosives expert
   Has the ability to hide in unusual places
   Raised by grandparents who were underground fighters in France during WWII

9. BRAXTON BLAKE, age 18
   Code Name – RAZORBACK
   Has exceptional battle skills
   Almost impossible to hit because he reacts so quickly
   Has twin forearm palladium "finblades" that can spin in any direction and can be fired
   like buzzsaws
   Canadian son of lumberjack turned businessman

10. GUTHRIE HAMMOND, age 15
    Code Name – OX
    Extremely strong
    Has the power to shift the tipping point of any object allowing him to move almost
    anything
    Training in Austria to be a professional concert pianist

11. PATACKA PADUA, age 14
    Code Name – TANG
    Has the power to control various waves in the electromagnetic spectrum
    Family is from Amazon Basin in Brazil

12. VIRGINIA JANATOBA, age 13
    Code Name – SHEEP
    Has the power to change the coefficient of friction on any surface making it slippery or
    sticky
    Her large family lives in New Zealand

ANT000323

Zodiac Regiment 12 Bios _Character Bios_

1. TOMMY HOTO, JR., age 16
   Code Name – DRAGON
   Palladrium Skateboard he can mentally control
   Indestructible
   Supreme martial artist
   Son of a strict Japanese-American executive

2. RANDY DANIELS, age 16
   Code Name – PALOMINO
   Extremely strong legs
   Has the speed and endurance of a wild horse
   Daughter of a Montana rancher
   Her mother disappeared at age 3

3. SPENCER WICKE VI, age 18
   Code Name – ROOSTER
   Can create high tech gadgets very quickly and with scant materials
   Son of a wealthy British family

4. ELEAH SANDFOSS, AGE 16
   Code Name – CONDA
   Power to contort her body like a snake
   Expert jungle fighter. Can control snakes
   Daughter of South African businessman and African Queen said to be descended from the
   Queen of Sheba

5. SANDY O'HALLERAN, age 17
   Code Name – K-9
   Has the power to move earth
   Has powerful sense of smell
   Son of poor Irish family
   Cousins are involved with the IRA

6. JUANITA MARIA DIEGO, age 14
   Code Name – RABBITT
   Is confined to a wheelchair
   Has the power of luck
   Is unnaturally good with computers
   Parents live in Mexico

7. PRINCESS ODIRA PATEL, age 17
   Code Name – FE LION
   Has the power of the tiger to paralyze its victim by staring at it
   Indian princess of very powerful family
   Currently betrothed in an arranged marriage she doesn't want

ANT000324

While battling their opposites in the Chinese ZODIAC, each hero must also confront their inner fears and the normal conflicts involved in growing up.

The task of training ZR-12 is given to fight as a team to LEE CHING, the ANCIENT ONE. He is an AVATAR — an other-worldly being who serves ORDER. Although he appears as an old Asian man, he is actually at least thousands of years old. With his disciple, STEVE FIN, they must stop LIN CHING, (the Ancient ONES cousin and eternal nemesis) from resurrecting the SCIONS OF CHAOS, and ZR-12's opposing team, dragging the world into a horrific nightmare where CHAOS reigns and ORDER ceases to exist.

ANT000325

8. FRANCOIS DESCARTES, age 16
   Code Name – RAT TAIL
   Explosives expert
   Has the ability to hide in unusual places
   Raised by grandparents who were underground fighters in France during WWII

9. BRAXTON BLAKE, age 18
   Code Name – RAZORBACK
   Has exceptional battle skills
   Almost impossible to hit because he reacts so quickly
   Has twin forearm palladrium "finblades" that can spin in any direction and can be fired like buzzsaws
   Canadian son of lumberjack turned businessman

10. GUTHRIE HAMMOND, age 15
    Code Name – OX
    Extremely strong
    Has the power to shift the tipping point of any object allowing him to move almost anything
    Training in Austria to be a professional concert pianist

11. PATACKA PADUA, age 14
    Code Name – TANG
    Has the power to control various waves in the electromagnetic spectrum
    Family is from Amazon Basin in Brazil

12. VIRGINIA JANATOBA, age 13
    Code Name – SHEEP
    Has the power to change the coefficient of friction on any surface making it slippery or sticky
    Her large family lives in New Zealand

ANT000326

# ZODIAC KIDS - TREATMENT

Dear Steven,

ZODIAC KIDS is the new X-MEN for the YUGIO age. It has the same potential as POWER RANGERS and Teenage Mutant Ninja Turtles. With the Last Airbender coming out, the timing is great.

ZODIAC KIDS is the story of the formation of the modern cosmic Delta Force known as the ZODIAC REGIMENT of 12. (ZR-12). Every age of earth has had the need for ORDER to battle CHAOS, and 12 amulets are passed down from age to age, giving the recipient the powers of their respective animal in the CHINESE ZODIAC.

ANT000327

ANT000328



Zodiac Killers (2002)

Screenplay
Rio

## ZODIAC KIDS – TREATMENT

ZODIAC KIDS is the X-MEN of the YUGIO age. It has the same potential as POWER RANGERS and TEENAGE MUTANT NINJA TURTLES. With THE LAST AIRBENDER coming out, the timing is great.

ZODIAC KIDS is the story of the formation of the modern cosmic Delta Force known as the ZODIAC REGIMENT 12 (ZR-12). Every age of earth has had the need for ORDER to battle CHAOS, and 12 amulets are passed down from age to age, giving the recipients the powers of their respective animal in the Chinese Zodiac.

While battling their opposites in the Chinese Zodiac, each hero must also confront their inner fears and the normal conflicts involved in growing up. The task of training ZR-12 to fight as a team is given to LEE CHING, the ANCIENT ONE. He is an AVATAR – an otherworldly being who serves ORDER. Although he appears as an old Asian man, he is actually thousands of years old. With his disciple STEVE FIN, they must stop LIN CHING (the ANCIENT ONE's cousin and eternal nemesis) from resurrecting ZR 12's opposing team, the SCIONS OF CHAOS, and dragging the world into a horrific nightmare where CHAOS reigns and ORDER ceases to exist.

ANT000329

ZODIAC REGIMENT 12 CHARACTER BIOS

1. TOMMY HOTO, JR., age 16
   Code Name – DRAGON
   Palladrium Skateboard he can mentally control
   Indestructible
   Supreme martial artist
   Son of a strict Japanese-American executive

2. RANDY DANIELS, age 16
   Code Name – PALOMINO
   Extremely strong legs
   Has the speed and endurance of a wild horse
   Daughter of a Montana rancher
   Her mother disappeared at age 3

3. SPENCER WICKE VI, age 18
   Code Name – ROOSTER
   Can create high tech gadgets very quickly and with scant materials
   Son of a wealthy British family

4. ELEAH SANDFOSS, AGE 16
   Code Name – CONDA
   Power to contort her body like a snake
   Expert jungle fighter. Can control snakes
   Daughter of South African businessman and African Queen said to be descended from
   the Queen of Sheba

5. SANDY O'HALLERAN, age 17
   Code Name – K-9
   Has the power to move earth
   Has powerful sense of smell
   Son of poor Irish family
   Cousins are involved with the IRA

6. JUANITA MARIA DIEGO, age 14
   Code Name – RABBITT
   Is confined to a wheelchair
   Has the power of luck
   Is unnaturally good with computers
   Parents live in Mexico

7. PRINCESS ODIRA PATEL, age 17
   Code Name – FE LION
   Has the power of the tiger to paralyze its victim by staring at it
   Indian princess of very powerful family

ANT000330

Currently betrothed in an arranged marriage she doesn't want

8. FRANCOIS DESCARTES, age 16
   Code Name – RAT TAIL
   Explosives expert
   Has the ability to hide in unusual places
   Raised by grandparents who were underground fighters in France during WWII

9. BRAXTON BLAKE, age 18
   Code Name – RAZORBACK
   Has exceptional battle skills
   Almost impossible to hit because he reacts so quickly
   Has twin forearm palladium "finblades" that can spin in any direction and can be fired like buzzsaws
   Canadian son of lumberjack turned businessman

10. GUTHRIE HAMMOND, age 15
    Code Name – OX
    Extremely strong
    Has the power to shift the tipping point of any object allowing him to move almost anything
    Training in Austria to be a professional concert pianist

11. PATACKA PADUA, age 14
    Code Name – TANG
    Has the power to control various waves in the electromagnetic spectrum
    Family is from Amazon Basin in Brazil

12. VIRGINIA JANATOBA, age 13
    Code Name – SHEEP
    Has the power to change the coefficient of friction on any surface making it slippery or sticky
    Her large family lives in New Zealand

ANT000331