# EXHIBIT 25







ANT001277


