# EXHIBIT 28

| | |
|---|---|
| 19244 10/10/2006 2:49:00 PM | New Order |
| 19244 10/10/2006 2:49:00 PM | New Order |
| 19244 10/10/2006 2:49:00 PM | New Order |
| 19239 10/10/2006 2:40:00 PM | New Order |
| 19239 10/10/2006 2:40:00 PM | New Order |
| 19232 10/10/2006 2:18:00 PM | New Order |
| 19232 10/10/2006 2:18:00 PM | New Order |

Page 1                                                                                          Sheet1



DEFENDANT'S EXHIBIT 2F 9-13-22

| Shipping | John | Antony | jantony@fuse.net | 8599927860 | 1 Katherine Court | Highland Heights | KY | US | 41076 |
| Shipping | John | Antony | jantony@fuse.net | 8599927860 | 1 Katherine Court | Highland Heights | KY | US | 41076 |
| Shipping | John | Antony | jantony@fuse.net | 8599927860 | 1 Katherine Court | Highland Heights | KY | US | 41076 |
| Shipping | John | Antony | jantony@fuse.net | 8599927860 | 1 Katherine Court | Highland Heights | KY | US | 41076 |
| Shipping | John | Antony | jantony@fuse.net | 8599927860 | 1 Katherine Court | Highland Heights | KY | US | 41076 |
| Shipping | John | Antony | jantony@fuse.net | 8599927860 | 1 Katherine Court | Highland Heights | KY | US | 41076 |
| Shipping | John | Antony | jantony@fuse.net | 8599927860 | 1 Katherine Court | Highland Heights | KY | US | 41076 |

Sheet1

Sheet1

| | | |
|---|---|---|
| Payment Received in Full | LinkPointAPI | 2:40 |
| Payment Received in Full | LinkPointAPI | 11:35 |
| Payment Received in Full | LinkPointAPI | 9:45 |
| Payment Received in Full | LinkPointAPI | 9:15 |
| Payment Received in Full | LinkPointAPI | 9:40 |
| Payment Received in Full | LinkPointAPI | 9:30 |
| Payment Received in Full | LinkPointAPI | 11:15 |

| Time | Event | Reference |
|---|---|---|
| PM | Pitch to Asylum Entertainment | (Table 16) |
| AM | Pitch to Concept Entertainment | (Table 33) |
| AM | Pitch to David Greathouse Productions | (Table 29) |
| AM | Pitch to John Baldecchi Productions | (Table 21) |
| AM | Pitch to Catchphrase Entertainment | (Table 24) |
| AM | Pitch to Bold Films | (Table 12) |
| AM | Pitch to Landscape Entertainment | (Table 27) |

Sheet1

2:40 PM, Friday Oct. 20()Asylum Entertainment (Table 16)()You Must be at Room R-Ballroom 15 Minutes Before Your Scheduled Time
11:35 AM, Saturday Oct. 21()Concept Entertainment (Table 33)()You Must be at Room R-Ballroom 15 Minutes Before Your Scheduled Time
9:40 AM, Sunday Oct. 22()Catchphrase Entertainment (Table 24)()You Must be at Room R-Ballroom 15 Minutes Before Your Scheduled Time
9:30 AM, Saturday Oct. 21()Bold Films (Table 12)()You Must be at Room R-Ballroom 15 Minutes Before Your Scheduled Time
11:15 AM, Saturday Oct. 21()Landscape Entertainment (Table 27)()You Must be at Room R-Ballroom 15 Minutes Before Your Scheduled Time

Page 6

Sheet1

| Time/Date | Production | Location | | | | |
|---|---|---|---|---|---|---|
| 9:45 AM, Saturday Oct. 21 | David Greathouse Productions (Table 29) | You Must be at Room R-Ballroom 15 Minutes Before Your Scheduled Time | 25 | 25 | False | 1 |
| | | | 25 | 25 | False | 1 |
| | | | 25 | 25 | False | 1 |
| 9:15 AM, Sunday Oct. 22 | John Baldecchi Productions (Table 21) | You Must be at Room R-Ballroom 15 Minutes Before Your Scheduled Time | 25 | 25 | False | 1 |
| | | | 25 | 25 | False | 1 |
| | | | 25 | 25 | False | 1 |