# EXHIBIT 200

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| JOHN ANTONY, | ) | Case No: 2:18-cv-00205-DLB-CJS |
| | : | |
| Plaintiff, | ) | Judge David L. Bunning |
| | : | |
| vs. | ) | Magistrate Judge Candace J. Smith |
| | : | |
| BUENA VISTA BOOKS, INC. | ) | |
| | : | |
| Defendant. | ) | |

## EXPERT REPORT OF PROFESSOR DAVID HULL



EXHIBIT
200 - full

## TABLE OF CONTENTS

Page

I.    Background and Expertise ...................................................................................................1

II.   Assignment .........................................................................................................................2

III.  Summary of Opinions..........................................................................................................2

IV.   History of the Chinese Zodiac ...........................................................................................5

V.    Standard Features of the Modern Chinese Zodiac ..............................................................7

    A.    Structure of the Chinese Zodiac..............................................................................7

    B.    The Chinese Zodiac as Horoscope..........................................................................8

    C.    Chinese and Chinese-American Associations with Animals Featured in Chinese Zodiac.....................................................................................................10

VI.   The Chinese Zodiac in Modern Times...............................................................................15

    A.    The Spread of Chinese Culture in the United States.............................................15

    B.    The Chinese Zodiac in the United States...............................................................17

    C.    The Chinese Zodiac in Literature, Film, and Other Creative Works....................22

        1.    The Chinese Zodiac Is Commonly Depicted as Associated with or Capable of Conferring Supernatural Powers ...........................................22

        2.    Such Uses of the Chinese Zodiac Are Consistent with the Literary and Film Treatment of Other Asian and Western Mythology .................27

VII.  Plaintiff's Screenplay Reflects Common Tropes Related to the Chinese Zodiac and a Generic Understanding of Chinese Culture..............................................................29

    A.    Plaintiff's Screenplay Reflects Common Tropes Related to the Chinese Zodiac and Its Animals .......................................................................................29

    B.    Plaintiff's Screenplay Reflects Other Tropes About China...................................31

## EXPERT REPORT OF PROFESSOR DAVID HULL

I.      **Background and Expertise**

I am an Associate Professor of Chinese Language and Literature at Washington College in Chestertown, Maryland.  I received a bachelor's degree in East Asian Languages and Cultures in 2003 and a master's degree in East Asian Languages and Cultures in 2006 from the University of California, Santa Barbara.  As part of my undergraduate education, I lived in China for a year and studied Chinese language, culture, literature, and history at Beijing Normal University and Peking University.  I received a Ph.D in Modern Chinese Literature in 2012 from the University of California, Los Angeles.  During my graduate studies, I spent one summer in Tokyo, Japan and one summer in Beijing, China taking language and culture courses.

I have focused my career on Chinese language, literature, and culture.  From 1996 to 2000, I served in the United States Army in signals intelligence; I studied the Chinese language as part of my role.  I then taught English in China for one year after leaving the Army.  As an academic, I conduct research on 20th-century Chinese literature and translation theory.  I have translated several important Chinese works, including novels and scripts.  I have spent approximately 1.5 years total conducting research in China, including on a predissertation fellowship in Shanghai in 2009-10 and a semester-long sabbatical in Hong Kong and Shanghai in 2019.

During my time working as a professor at liberal arts colleges since 2013, including in my current role at Washington College, I have prepared and taught courses on a broad array of subjects relating to Chinese language, literature, and culture.  At Washington College, I am the only Chinese language and literature professor, so I teach everything from the Chinese language to the canonical classics of Chinese literature to surveys of film and pop culture in China and throughout East Asia.  My courses include Stories of the Strange, a survey of the mythological

1

"Other" in Chinese culture and literature; survey courses covering Chinese literature; a course entitled East Asian Pop Culture; and a new course on narrative in video games, which includes Chinese works. These courses cover, among other things, the early mythology of China, including stories related to the Chinese zodiac, and the way these myths appear in current-day literature, video games, film, and other media. I also advise the Chinese Culture Club and help run Asian-focused events on campus, such as the Lunar New Year Festival and Chinese food nights.

My CV is attached as Exhibit A. Apart from in this litigation, I have never been retained as an expert witness.

## II.     Assignment

I have prepared and delivered this report in connection with *Antony v. Buena Vista Books, Inc.*, No. 2:18-cv-205-DLB-CJS, currently pending in the United States District Court for the Eastern District of Kentucky. I have been retained by counsel for Buena Vista Books, Inc. and am being compensated for my time at the rate of $350 per hour. If I testify in this matter, I will be compensated at the same hourly rate.

At counsel's request, I have provided in this report an account of the origins and development of the Chinese zodiac, its traditional characteristics, and its uses in modern film, literary, and other works. All resources I have relied on while preparing this report are cited in the footnotes to this report.

## III.    Summary of Opinions

In this report, I provide a brief history of the Chinese zodiac, an account of the Chinese zodiac's standard features, and a description of characteristics associated in Chinese culture with the animals of the Chinese zodiac. I then describe the Chinese zodiac's introduction into American culture and its many appearances in film, television, and literary works. Finally, I

2

address certain features of Plaintiff's screenplay that are drawn from Chinese culture and tradition or from American interpretations of Chinese culture and tradition. A high-level summary of my report appears below.

*History and Standard Features of the Chinese Zodiac:* The Chinese zodiac is a traditional Chinese mythological concept composed of twelve animals, each of which represents a single year in a repeating twelve-year cycle. The Chinese zodiac originated in astrological concepts that first arose in China as early as the Warring States Period over 2,500 years ago (475-221 BCE), and matured over the centuries into a stable configuration of twelve animals with associated characteristics. The Chinese zodiac is commonly represented visually as a circle, with the twelve zodiac animals arrayed around the circle in a set order that repeats, or cycles, eternally.

The Chinese zodiac has been used for centuries for purposes of predicting people's futures, and has developed in modern times into a horoscope system akin to the Western zodiac horoscope. All people have an assigned zodiac animal based on the year of their birth, and each zodiac animal is traditionally associated with character traits that are shared by people born under that animal's sign. The specific character traits that horoscopes assign to each zodiac animal can vary; for example, a person born in the year of the Ox might be regarded as reasonable and determined by one horoscope, and egotistical by another. But all Chinese zodiac horoscopes share the same basic premise: that one's zodiac animal helps shape one's real-world character.

*Chinese and Chinese-American Associations with Animals Featured in the Chinese Zodiac:* In Chinese folklore and tradition more broadly, the individual animals of the Chinese zodiac are commonly associated with particular character traits. For example, pigs are

3

associated with heroism and good fortune, rats are associated with treacherous or tricky behavior, and dragons are associated with power and with martial arts, particularly kung fu. These associations are derived from popular mythology, literature, idioms, and modern-day cultural products like kung fu films and are widely recognized.

*The Chinese Zodiac in Modern Times:* The Chinese zodiac permeated American culture beginning in the mid-twentieth century and is a shared cultural reference point for Americans of all backgrounds. By the turn of the twenty-first century, Americans regularly encountered the Chinese zodiac in a variety of contexts. For example, Chinese restaurants across the country have for decades used placemats that feature the Chinese zodiac and educate diners about its twelve-year cycle, its standard animal signs, and the relationship between zodiac signs and people's character traits and abilities. The Chinese zodiac also often appears in literature and film, in educational settings, and during annual Lunar New Year parades and festivals nationwide. A body of English-language film and literature drawing on the Chinese zodiac emerged beginning at least in the 1990s. These works commonly conceive of the Chinese zodiac as having magical or supernatural features or involve teams of superheroes with powers derived from the animals of the Chinese zodiac.

*Chinese Zodiac and Cultural Tropes in Plaintiff's Work:* Plaintiff's screenplay, which I have reviewed, reflects many of the concepts described above and shares features with other works that draw on the Chinese zodiac for inspiration. For example, his screenplay features two teams of twelve superhero characters, each with powers derived from a zodiac animal, that are formed on a cyclical basis. This reflects the basic characteristics of the Chinese zodiac, including the idea of twelve zodiac animals, the cyclical nature of the zodiac, and the notion that one's zodiac animal confers certain personal characteristics in the real world. Additionally,

4

Plaintiff's characters have particular powers and character traits that are consistent with traditional Chinese and Chinese-American understandings of each zodiac animal.

Plaintiff's screenplay also draws heavily on other tropes about China that appear in Western film and literature. For example, Plaintiff's screenplay features a supernatural battle between order and chaos waged by two otherworldly beings. This reflects the *jianghu*, a concept from kung fu literature of a liminal space inhabited by martial artists and other superpowered beings, who engage in epic battles between good/stability and evil/chaos. Plaintiff's screenplay also incorporates, if imperfectly, the well-known Chinese yin/yang concept, which signifies the need for balance between complementary qualities (such as order and chaos).

### IV.    History of the Chinese Zodiac

The Chinese zodiac is derived from ancient Chinese astrology. Although the early history of the Chinese zodiac is difficult to trace, it is clear that, as early as the Warring States Period over 2,500 years ago (475-221 BCE), Chinese philosophers were developing the core astrological concepts that gave rise to the modern Chinese zodiac.[1] For example, the concept of a twelve-year cycle, derived from the apparent length of Jupiter's orbit, emerged during this period.[2] Around the same time, Chinese philosophers began to divide the physical world into the Five Phases: Fire, Water, Earth, Metal, and Wood.[3] Chinese philosophers also divided the heavens into four palaces (quadrants), one for each cardinal direction, and linked animals and colors to each palace: the Blue-Green Dragon of the East Palace, the Vermilion Bird of the South

---

[1] Endymion Porter Wilkinson, *Chinese History: A New Manual* 548-50, Harvard University Asia Center for the Harvard-Yenching Institute (5th ed. 2018).

[2] *Id.* at 550, 568.

[3] *Id.* at 515, 546, 570.

Palace, the White Tiger of the Western Palace, and the Snake Coiled around a Tortoise of the Northern Palace.[4]

These methods of describing the natural world were used in ritual and governmental activities during this period.[5]  For example, as early as the third century BCE, new imperial dynasties would reinforce the legitimacy of their rule by identifying themselves with one of the Five Phases; the new phase was portrayed as replacing the phase associated with the previous dynasty.[6]  Similarly, ancient Chinese scholars often used the concept of the Five Phases to explain how great cultural heroes achieved success.[7]

Over centuries, these astrological concepts permeated Chinese popular culture and evolved into a folk system for marking the passage of time.[8]  The base unit of this system was a twelve-year cycle, with animal avatars assigned to each year: Rat, Ox, Tiger, Rabbit, Dragon, Snake, Horse, Goat, Monkey, Rooster, Dog, and Pig.[9]  Five cycles were combined into a larger sixty-year cycle based on the Five Phases, such that each year in the sixty-year cycle had a unique signifier (e.g., Fire Rooster, Water Tiger).[10]  This system, called the *ganzhi* or "stems and branches" system, allowed people to track events over a sixty-year period.  The *ganzhi* system

---

[4] *Id.* at 546.

[5] *See* Brian E. McKnight, *Law and Order in Sung China* 455-57, Cambridge University Press (1992).

[6] Wilkinson, *supra* note 1, at 7.

[7] *Id.* at 747.

[8] *Id.* at 567-69, 593.

[9] *Id.* at 570.

[10] *See* Benebell Wen, *The Tao of Craft: Fu Talismans and Casting Sigils in the Eastern Esoteric Tradition* 181, North Atlantic Books (2016).

and the accompanying zodiac signs ultimately spread widely and became a common and popular method of referencing time in China.[11]

These concepts, including the sixty-year *ganzhi* system, were used for purposes of predicting the fate of individuals as early as the Three Kingdoms period (221-265 CE).[12]  By the tenth century, printed calendars were publicly distributed and were widely used to select auspicious dates for personal activities.[13]  These astrological systems remained in use over the centuries and developed horoscope-like functions, influenced in part by the growing awareness in China of Indian and Western astrological practices.[14]

## V.       Standard Features of the Modern Chinese Zodiac

The Chinese zodiac remains a feature of modern Chinese culture today.  In this section, I discuss characteristics that consistently appear in modern Chinese representations of the Chinese zodiac or that are associated with the twelve zodiac animals.

### A.       Structure of the Chinese Zodiac

Today, the Chinese zodiac continues to consist of twelve zodiac animals, each occupying a year before giving over to the next animal at Lunar New Year.[15]  The Chinese zodiac is still regarded as cyclical, with a twelve-year cycle that repeats five times, each time under the

---

[11] Wilkinson, *supra* note 1, at 548-49.

[12] Shigeru Nakayama, *Characteristics of Chinese Astrology*, 57:4 Isis 448-49 (1966).

[13] *Id.* at 449.

[14] *See id.* at 450-54.

[15] *See, e.g.*, *The Chinese Zodiac: Which Animal Are You?*, China Daily (Feb. 2, 2016), https://www.chinadaily.com.cn/culture/2016-02/02/content_23356709.html.

auspices of one of the five phases of the physical world (wood, water, earth, metal, and fire), to create a sixty-year cycle.  That sixty-year cycle then repeats perpetually.[16]

### B.   The Chinese Zodiac as Horoscope

In Chinese and Chinese-American popular culture today, the Chinese zodiac functions as a horoscope, with each animal serving as an astrological sign based on birth year.[17]  As with horoscopes based on the Western zodiac, horoscopes based on the Chinese zodiac make the claim that one's zodiac sign contributes to one's real-world character traits or marriage prospects.  As the Chinese government newspaper *China Daily* has explained on its English-language website, "[d]ifferent people born under each zodiac sign are believed to have different personalities that represent animals of the year," and "people consult with their zodiac signs for compatibility before getting married."[18]  Because horoscopes are an informal, popular-culture product, there is little consistency to the traits that horoscope authors associate with each animal of the Chinese zodiac.

The following chart provides examples from both Chinese and American sources of modern English-language horoscopes based on the Chinese zodiac:

---

[16] Theodora Lau & Laura Lau, *The Handbook of Chinese Horoscopes: 40th Anniversary Edition* xx-xxv, North Atlantic Books (2019).

[17] *See The Chinese Zodiac: Which Animal Are You?*, *supra* note 15.

[18] *See The Chinese Zodiac: Which Animal Are You?*, *supra* note 15; *see also* Sabrina Liao, *Chinese Astrology: Ancient Secrets for Modern Life* (2000); *Marriage Compatibility by Bazi, Marriage Bazi Matching and Analysis*, Your Chinese Astrology, https://www.yourchineseastrology.com/calendar/bazi/marriage-compatibility/ (last visited Mar. 28, 2023); Karin Taylor Wu, *Calculating the BaZi: The GanZhi/Chinese Astrology Workbook* 18 (2017); *Find Out Which Chinese Zodiac Sign You're Most Compatible With*, Women's Health (Feb. 23, 2023), https://www.womenshealthmag.com/sex-and-love/a39194473/chinese-zodiac-compatibility/.

| Animal | *China Daily* Horoscope [China][19] | Restaurant Placemat Horoscope [Cincinnati metropolitan area, United States][20] | Astrology.com Horoscope [United States][21] |
|---|---|---|---|
| Rat | Intelligent, adaptable, quick-witted, charming, artistic, sociable | Ambitious, honest, prone to spending freely, with few lasting friendships | Wise, unique, intelligent, crafty, determined, inventive, intense, acquisitive, ruthless, nervous |
| Ox | Loyal, reliable, thorough, strong, reasonable, steady, determined | Bright, patient, inspiring to others, outstanding parent | Honest, contemplative, observant, determined, cautious, loyal, self-righteous, stubborn, petty, egotistical, judgmental, overly cautious |
| Tiger | Enthusiastic, courageous, ambitious, leadership, confidence, charismatic | Aggressive, courageous, candid, sensitive | Outspoken, adventurous, unconventional, enthusiastic, aggressive, arrogant, short-tempered, anxious |
| Rabbit | Trustworthy, empathic, modest, diplomatic, sincere, sociable, caretakers | Lucky, talented, articulate, affectionate, shy, peaceful | Intuitive, even-tempered, gentle, faithful, compassionate, clever, pessimistic, insecure, vain, overly cautious, finicky |
| Dragon | Lucky, flexible, eccentric, imaginative, artistic, spiritual, charismatic | Eccentric, passionate, healthy | Courageous, intelligent, charismatic, passionate, impetuous, inflexible, brash |
| Snake | Philosophical, organized, intelligent, intuitive, elegant, attentive, decisive | Wise, intense, beautiful, vain, has a temper | Wise, enigmatic, intuitive, sympathetic, mesmerizing, sensual, beautiful, hedonistic, vain, malicious, overly materialistic, duplicitous |
| Horse | Adaptable, loyal, courageous, ambitious, intelligent, adventurous, strong | Popular, attractive to the opposite sex, ostentatious, impatient | Virile, easygoing, witty, honest, outspoken, impatient, impulsive, self-centered |

---

[19] *The Chinese Zodiac: Which Animal Are You?*, *supra* note 15.

[20] ANT001290.

[21] *Chinese Zodiac*, Astrology.com, https://www.astrology.com/chinese-zodiac (last visited Apr. 7, 2023).

| Animal | *China Daily* Horoscope [China][19] | Restaurant Placemat Horoscope [Cincinnati metropolitan area, United States][20] | Astrology.com Horoscope [United States][21] |
|--------|-------------------------------------|----------------------------------------------------------------------------------|---------------------------------------------|
| Sheep | Tasteful, crafty, warm, elegant, charming, intuitive, sensitive, calm | Elegant, creative, timid, prefers anonymity | Intelligent, romantic, charming, compassionate, gentle, disorganized, lazy, pessimistic, timid, indecisive, anxious, gullible |
| Monkey | Quick-witted, charming, lucky, adaptable, bright, versatile, lively, smart | Intelligent, influential to others, achiever, easily discouraged and confused | Confident, charming, humorous, exuberant, popular, distrustful, arrogant, opportunistic, erratic, manipulative, dishonest |
| Rooster | Honest, energetic, intelligent, flamboyant, flexible, diverse, confident | Pioneering spirit, devoted to work and knowledge, selfish, eccentric | Charming, witty, honest, blunt, capable, talented, brave, self-reliant, controlling, insensitive, narrow-minded, selfish, reckless |
| Dog | Loyal, sociable, courageous, diligent, steady, lively, adaptable, smart | Loyal, honest, generous, stubborn, selfish | Animated, likable, witty, sincere, cooperative, protective, helpful, pessimistic, cynical, paranoid, overly aggressive, stubborn |
| Pig | Honorable, philanthropic, determined, optimistic, sincere, sociable | Noble, chivalrous, with lifelong friends, prone to mental strife | Intelligent, thoughtful, creative, responsible, curious, noble, gullible, materialistic, insecure, hot-tempered |

C.   **Chinese and Chinese-American Associations with Animals Featured in Chinese Zodiac**

Just as, in American culture, we might say someone is as "quiet as a mouse," the twelve animals featured in the Chinese zodiac have come to be associated with particular characteristics in the Chinese and Chinese-American traditions. Some widely recognized characteristics are discussed below.

10

**Rat:** Chinese folkloric tales about the origins of the zodiac, memorialized in English language works from at least 1995, characterize the rat as a trickster and untrustworthy.[22]  In one common version of the story, several animals took part in a race.  The rat betrayed the cat by not waking the cat up to participate.  The rat then won the race by tricking the ox to carry him across a river, while the cat slept through the entire race and missed out on the chance to become a zodiac animal.[23]  Reflecting the same perception, an idiom dating from at least the Han Dynasty (approximately 202 BCE to 220 CE) characterizes the rat as untrustworthy: 鼠窃狗盗, meaning "a petty thief like a rat or dog."  Similarly, *The Tiger's Apprentice*, a 2003 book by a Chinese-American author, draws on Chinese mythology and features a rat character who is initially portrayed as sly and backstabbing.[24]

**Ox:** In Chinese culture the ox is often regarded as strong and diligent, but not very intelligent.  These traits are apparent in the story of the zodiac race recounted above, in which the rat relied on the ox's strength and diligence (and lack of common sense) to win the race.  Additionally, a common Chinese insult, 笨牛, means to be as dumb as an ox.  Another old idiom, 九牛二虎之力, dates from at least the Yuan Dynasty (1271-1368 CE) and means "to have the force of nine oxen and two tigers"—a reflection of the traditional Chinese cultural association between oxen and strength.[25]

---

[22] Ed Young, *Cat and Rat: The Legend of the Chinese Zodiac* (1995).

[23] There are numerous similar stories portraying the Rat as treacherous.  *See, e.g.*, *Behind the Chinese Zodiac: The Rat and the Cat*, The Royal Mint, https://www.royalmint.com/stories/celebrate/the-story-of-the-animals-behind-the-chinese-zodiac-the-rat-and-the-cat/ (last visited Feb. 12, 2023); Natsuki Takaya, 1 *Fruits Basket* 13 (2016).

[24] Laurence Yep, *The Tiger's Apprentice* 34-37 (2021 ed.).

[25] *Hanyu Da Cidian*, Hanyu Da Cidian Chubanshe (1993, with Supplement 2010 reprint), *available on* Pleco Chinese Dictionary application.

**Tiger:** Chinese tradition also associates tigers with power and strength.  In *The Water Margin*, a text at least as old as the mid-1500s that is regarded as one of the so-called Four Great Works of Chinese Fiction, the hero Wu Song displays his superhuman strength by killing a vicious man-eating tiger bare-handed at the Jingyang Ridge.  In the story, the tiger is a nearly supernatural threat, which can only be overcome by a person with incredible abilities.[26]

**Dragon:** The dragon is a particularly important figure in Chinese culture.  Traditionally, the five-clawed dragon is seen as an emblem of power and dominance, representing the emperor and masculine prowess.  This is most notably seen in imperial court robes, which bore elaborate dragon designs.[27]  The Han Dynasty historian Sima Qian records that the birth of the first emperor of the Han Dynasty was portended by a dragon appearing before his mother.  The emperor was said to have a dragon-like face and seventy-two (a very lucky number) moles on his thigh.  It was also said that when he passed out from drinking at the inn, the serving women would see an image of a dragon floating over him.[28]  The connection between the Chinese emperor and the dragon existed from ancient times and grew stronger over the centuries.[29]

Additionally, in modern kung fu cinema, kung fu masters—including Jackie Chan and Bruce Lee—associate themselves with dragons, going so far as to include the Chinese character for "dragon" in their stage names (成龍 and 李小龍, respectively).  In the classic kung fu films *Enter the Dragon* and *The Way of the Dragon*, the titular dragon is Bruce Lee.

---

[26] Shi Nai'an, *The Water Margin: Outlaws of the Marsh* 262-73 (2010).

[27] *See Imperial Dragon*, American Museum of Natural History, https://www.amnh.org/exhibitions/mythic-creatures/dragons/imperial-dragon (last visited Feb. 12, 2023).

[28] Qian Sima, *Records of the Grand Historian: Han Dynasty I* 51 (2d ed. 1993).

[29] Keith J. Wilson, *Powerful Form and Potent Symbol: The Dragon in Asia*, 77:8 The Bulletin of the Cleveland Museum of Art 286–323 (1990).

**Snake:** Chinese tradition often associates snakes with evil.  For example, a Ming Dynasty idiom, 龙蛇混杂, can be translated as "dragons and snakes mingled together," meaning that good people (dragons) and bad people (snakes) appear in the same place.  Chinese literature also sometimes characterizes snakes as demons.  A famous story in *The Record of the Listener*, dating from the Song Dynasty (960-1279 CE), involves an emperor commanding a Daoist to go to the imperial border to destroy a nest of local demon snakes, which represent local resistance to the empire.[30]

**Horse:** In Chinese tradition, horses are commonly celebrated for their strength and endurance.  Most famously, the horse Red Hare, depicted in the classic 14th-century novel, *Romance of the Three Kingdoms*, was so strong and untiring that it was traded multiple times in political negotiations.[31]  Similarly, the mythical *Qianli Ma*, or the "Thousand Li Horse," was said to be too fast to be tamed and capable of galloping one thousand *li* per day (about 310 miles).[32]  Another horse famed for its endurance and strength was the "Blood-Sweating Horse," said to be from Central Asia.[33]  These horses became so famous that they appear as mounts in one of the most popular recent kung fu novels, as near-mythical beasts fit to carry a mythical hero.[34]

---

[30] Hong Mai, *Record of the Listener: Selections of Chinese Supernatural Stories* 159-62 (Alister D. Inglis tr., 1st ed. 2013).

[31] Luo Guanzhong, *The Romance of the Three Kingdoms* 42-3 (Martin Palmer tr. 2018) (describing Red Hare as "tearing [and] lunging" so quickly that "a duststorm starts").

[32] Theresa Bane, *Encyclopedia of Beasts and Monsters in Myth, Legend and Folklore* 267 (2016).

[33] Luo Guanzhong, *Three Kingdoms: A Historical Novel* 42-43 (1994).

[34] Jin Yong, *A Hero Born: The Definitive Edition* 260-64 (Anna Holmwood tr. 2019).

13

**Monkey:** Monkeys have a special place in Chinese folklore, thanks to the famous Monkey King, Sun Wukong. This character is a protagonist in another of the Four Great Works of Chinese Fiction, *The Journey to the West*. The Monkey King is agile and fearsome, and only the Buddha himself is capable of containing and focusing his energy.[35] This understanding of monkeys appears throughout Chinese culture. For example, a poem in the *Classic of Poetry*, an ancient collection of Chinese poetry dating from the 11th-7[th] century BCE, includes the line "Do not teach a monkey to climb trees"[36]—a reference to the monkey's natural agility and climbing skill. The classic Daoist text *The Zhuangzi* repeatedly highlights the agility of monkeys.[37] "Monkey-style kung fu" is also a popular form of martial arts that is said to mimic the cleverness and agility of the monkey.[38]

**Rooster:** In Chinese folklore, the rooster's crow is celebrated as a powerful weapon to dispel ghosts. As in many cultures, in China the rooster's crow symbolizes the coming of the dawn and fighting back against the darkness that is symbolized by the spectral dead. The *Liaozhai Zhiyi*, a famed Qing Dynasty collection of strange tales, contains the succinct line: 鸡鸣，鬼乃去, or "The rooster crowed, and the ghost fled."[39]

---

[35] Cheng'en Wu, *The Journey to the West* (Anthony Yu tr. 2012).

[36] *Book of Poetry*, Jiao Gong - Chinese Text Project, https://ctext.org/book-of-poetry/jiao-gong (last visited Mar. 28, 2023).

[37] Tzu Chuang, *Wandering on the Way: Early Taoist Tales and Parables of Chuang Tzu* 68, 109, 194 (2000) (including, for example, a parable describing a monkey as "grasp[ing] the branches with its hands and feet or wrap[ping] around them with its tail, moving nimbly among them").

[38] 猴拳 - 搜狗百科, https://baike.sogou.com/v464647.htm (last visited Mar. 28, 2023).

[39] 聊斋志异/第 08 卷 - 维基文库，自由的图书馆, https://zh.wikisource.org/wiki/%E8%81%8A%E9%BD%8B%E5%BF%97%E7%95%B0/%E7%AC%AC08%E5%8D%B7 (last visited Feb. 12, 2023).

**Pig:** The most famous pig in Chinese mythology comes from *The Journey to the West*. In that story, he is originally the Water God of Heavenly Reeds, a formidable warrior who commands the heavenly navy. He is later punished and sent to live on Earth as a pig; there, he engages in combat against the Monkey King.[40]

## VI.     The Chinese Zodiac in Modern Times

The Chinese zodiac continues to exist, in much the same form, in modern China. In the last century, it has also become a familiar concept in the United States. I discuss below the spread of Chinese culture within the United States, the introduction of the Chinese zodiac into American popular culture, and the extensive body of literature, film, and television that incorporates the Chinese zodiac.

### A.     The Spread of Chinese Culture in the United States

Starting in the mid-1800s, small numbers of immigrants from China moved to the western areas of the United States to provide manual labor.[41] Over 100,000 people of Chinese descent lived in the United States by the late 1800s.[42] After legal restrictions on immigration to the United States were lifted in the second half of the twentieth century, and as China experienced political upheaval, the number of Chinese Americans grew significantly.[43]

These immigrants introduced features of Chinese culture and folklore into the United States. Additionally, after World War II, GIs who had been stationed in East Asia brought back

---

[40] Wu, *supra* note 35, at 380-82.

[41] Robert Barde, *The Bancroft Library: Chinese Immigration to the United States - A Digital Archive*, https://bancroft.berkeley.edu/collections/chinese-immigration-to-the-united-states-1884-1944/about.html (last visited Jan. 29, 2023).

[42] *Id.*

[43] *Id.*

awareness of local cultures, including Chinese culture, to the United States.[44]  Moreover, driven

by Cold War considerations, the United States government and popular media broadcast stories

about Chinese Americans to broader American audiences.[45]

In the 1970s, Bruce Lee—a Chinese American born in San Francisco—popularized his

brand of kung fu within the United States.  Bruce Lee's 1973 martial arts movie *Enter the

Dragon* was one of the most profitable movies ever made in the United States, and was in part

responsible for bringing martial arts films and other films with elements of Chinese culture into

mainstream American culture.[46]

Chinese restaurants also drove familiarity with Chinese culture within the United States.

As early as the late 1840s, Chinese people were operating restaurants within the country.[47]  In

the early twentieth century, Chinese cuisine in San Francisco—where a major share of the

Chinese population lived at the time—began to attract tourist attention.  Pamphlets published by

the city in the 1950s featured Chinatown's restaurants as an enticement to tourists.  By 1960,

there were around six thousand Chinese restaurants in the United States.  Restaurant owners

discovered that an Americanized version of Chinese food was in great demand, and soon canned

---

[44] *See* Bill Hume and John Annarino, *When We Get Back Home From Japan* (1953), *available at* http://archive.org/details/when-we-get-back-home-from-japan (last visited Apr. 16, 2023).

[45] *See* Ellen D. Wu, *"America's Chinese": Anti-Communism, Citizenship, and Cultural Diplomacy during the Cold War*, 77:3 Pacific Historical Review 391-422 (2008), *available at* https://doi.org/10.1525/phr.2008.77.3.391.

[46] Clay Risen, *Bob Wall, Martial Arts Master Who Sparred With Bruce Lee, Dies at 82*, The New York Times (Feb. 11, 2022), https://www.nytimes.com/2022/02/11/us/bob-wall-dead.html.

[47] Erica J. Peters, *A Path to Acceptance: Promoting Chinese Restaurants in San Francisco, 1849–1919*, 97:1 Southern California Quarterly 5-28 (2015), *available at* https://doi.org/10.1525/scq.2015.97.1.5.

and frozen versions of Chinese food appeared in local grocery stores.[48] Liberalized American immigration rules led to continued growth, and by 2016 the United States had over 45,000 Chinese restaurants—more than the number of McDonald's, KFC, Pizza Hut, Taco Bell, and Wendy's restaurants combined.[49]

**B.    The Chinese Zodiac in the United States**

With the spread of Chinese culture within the United States, the Chinese zodiac has become a familiar part of American popular culture.  People in the United States, even those with little knowledge of Chinese culture, regularly encounter the Chinese zodiac in daily life.  As one writer and museum curator put it, "the Chinese zodiac has been a common cultural symbol among non-Chinese in the U.S. for many years."[50]

By the late 1960s, there is evidence of the Chinese zodiac appearing on placemats in Chinese restaurants around the country in much the same form as one would find it today.[51] Books, articles, and think-pieces describe the Chinese zodiac placemat as a cultural touchstone: "Regardless of whether you have any Chinese heritage or cultural connections, if you've ever eaten at a Chinese-American restaurant, you probably remember something about what your birth year means within the Chinese zodiac."[52]  Indeed, the placemat has such an important place

---

[48] Laresh Jayasanker, *Chinese and Indian Restaurants in the San Francisco Bay Area since the 1960s*, 94:4 California History 23-44 (2017).

[49] *A Very Brief History of Chinese Food in America*, Time (Feb. 8, 2016), https://time.com/4211871/chinese-food-history/.

[50] Jaya Saxena, *Where Did the All-Too-Familiar Chinese Zodiac Placemat Come From?*, Eater (June 18, 2019), https://www.eater.com/2019/6/18/9347323/chinese-zodiac-paper-placemats-chinese-american-restaurants (quoting Kian Lam Kho).

[51] *See Takeout Astrology: The Zodiac Placemat*, Duck Pie (Feb. 5, 2014), https://duckpie.com/2014/02/04/210/ (discussing history of supplier of placemats to Chinese restaurants).

[52] *See* Saxena, *supra* note 50; *see also* Vito Signorile, *Reflections on a Chinese Placemat: The Rational and the Real in Visual Structure*, 8 Visual Sociology 52 (1993) ("In a Chinese

in American cultural memory that it has become the focus of nostalgic humor, including a

"Jewish Zodiac Placemat" that replaces the zodiac animals with Jewish-American food items,[53]

and a parody version that filters the Chinese zodiac through the lens of "21st-century hipsters."[54]

In a key scene in the second episode of the popular cartoon *Jackie Chan Adventures*, which aired

in 2000, a character used a Chinese zodiac restaurant placemat to explain a central premise of the

show—the existence of magical talismans associated with the animals of the Chinese zodiac[55]:



---

restaurant I frequent, one of the pastimes available to customers waiting for their order is to read the placemat" which "described and explained the Chinese calendar" and "gave what amounts to a Chinese version of the horoscope."); Sharon Fiffer, *Life According to a Paper Placemat*, Chicago Tribune (Jan. 31, 2014), https://www.chicagotribune.com/opinion/ct-xpm-2014-01-31-ct-perspec-0131-chinese-20140131-story.html (reminiscing about 1987 visit to Chinese restaurant with "paper place mat" bearing "[t]he signs of the Chinese zodiac"); Sabrina Liao, *Chinese Astrology: Ancient Secrets for Modern Life* 1-2 (2000) (describing how author's astrological career "all started with a paper place mat from a Chinese restaurant" displaying the Chinese zodiac).

[53] *See Jewish Zodiac Placemat*, Haggadahs-R-Us, https://haggadahsrus.com/product/jewish-zodiac-placemat/ (last visited Feb. 2, 2023).

[54] *21st-Century Zodiac Placemat*, San Diego Reader, https://www.sandiegoreader.com/news/2019/dec/25/hipster-21st-century-zodiac-placemat/ (last visited Feb. 2, 2023).

[55] *Jackie Chan Adventures*, season 1, ep. 2 (dir. Phil Weinstein & Frank Squillace, 2000).



In Chinese language and culture classes, and in education more broadly, the Chinese zodiac and associated concepts like the Lunar New Year are often used as a hook to introduce students to Chinese culture.  Indeed, the second chapter in the Chinese language text that I've used for several years in teaching college courses includes substantial discussion of the Chinese zodiac.[56]  In my experience, students are rarely ignorant of the Chinese zodiac when the topic arises in class.  In fact, many already know their Chinese zodiac sign before coming to class.

Outside of the education context, Americans regularly encounter the Chinese zodiac in the annual Lunar New Year celebrations that take place across the United States.  The Lunar New Year marks the transition between years of the Chinese zodiac.  For example, on January 22, 2023, the Year of the Tiger ended, and the Year of the Rabbit began.  For Americans of Chinese, Japanese, Korean, and Vietnamese descent, among others, the Chinese New Year has immense cultural significance.  Asian-American communities in towns and cities of every size often host large parades that are open to the general public.

---

[56] Cynthia Ning and John S. Montanaro, *Encounters: Global Chinese Language and Culture* 41-68 (2012).

For example, Los Angeles celebrated its 124th annual Lunar New Year parade in 2023, while San Francisco's annual parade dates from the 1860s.[57] New York City has had Lunar New Year parades since at least 1937.[58] Houston has held a parade since 1997.[59] Boston has just announced that the Lunar New Year will be considered an official holiday in the city.[60] Washington College, where I teach, holds a Lunar New Year celebration for the student body and local community where people can eat Chinese food, learn how to write Chinese characters, and enjoy Chinese music. The Kentucky Chinese American Association has held Lunar New Year celebrations since at least 2006.[61] The Chinese American Association of Cincinnati has held Chinese New Year banquets since at least 2007.[62]

---

[57] *SF Chinese New Year Parade Lights up Downtown with Thousands in Attendance*, ABC7 San Francisco (Feb. 5, 2023), https://abc7news.com/san-francisco-chinese-new-year-parade-lunar-of-the-rabbit-celebration/12772025/.

[58] *The History of Lunar New Year and Where to Celebrate the Holiday in New York City in 2023*, Brown Harris Stevens (Jan. 23, 2023), https://www.blog.bhsusa.com/post/the-history-of-lunar-new-year-and-how-it-is-celebrated-in-nyc; Marshall Sprague, *Chinatown Plans Fete*, The New York Times (Jan. 31, 1937).

[59] *Texas Lunar Fest*, Texas Lunar Festival, http://www.texaslunarfest.net/home.html (last visited Mar. 15, 2023).

[60] *Boston Designates Lunar New Year as an Official City Holiday*, WBUR, https://www.wbur.org/news/2023/02/22/lunar-new-year-boston-designated-holiday (last visited Mar. 15, 2023).

[61] *2006-01-21 Chinese New Year Celebration*, Kentucky Chinese American Association, https://www.kycaa.org/PhotoGallery.html (last visited Feb. 12, 2023).

[62] *Events*, Chinese American Association of Cincinnati, http://caacohio.org/events/ (last visited Feb. 12, 2023).

Just this year, the White House held a Lunar New Year celebration,[63] as did the

Metropolitan Museum of Art.[64]  Vogue featured a zodiac-themed fashion spread.[65]  The

NASDAQ held a special opening-bell ceremony with the Chinese Consulate General in New

York City.[66]  McDonald's created an entire augmented reality and virtual reality experience

centering on the Year of the Rabbit.[67]

When the Cincinnati Bengals made it to the Superbowl in 2022—the Year of the Tiger—

Cincinnati's Skyline Chili featured "Year of the Tiger" branding on its cups,[68] and news

coverage emphasized the connection between the team and the Zodiac animal.[69]  In 2023, the

Seattle Kraken and Brooklyn Nets (and international teams like the Vancouver Canucks and

Manchester City, F.C.) all released uniforms and other merchandise featuring the Lunar New

---

[63] *Biden Holds White House's First-Ever Lunar New Year Reception, in Mass Shootings' Shadow*, ABC News (Jan. 26, 2023), https://abcnews.go.com/Politics/biden-holds-white-houses-lunar-new-year-reception/story?id=96700563.

[64] *Lunar New Year Festival: The Year of the Rabbit*, The Metropolitan Museum of Art, https://www.metmuseum.org/events/programs/met-celebrates/festivals-and-special-programs/lunar-new-year-festival-the-year-of-the-rabbit (last visited Feb. 12, 2023).

[65] *Ring in the New! Fun, Festive Fashion to Celebrate the Lunar New Year*, Vogue (Jan. 19, 2023), https://www.vogue.com/article/lunar-new-year-fashion-cai-guo-qiang-winter-2023.

[66] *Nasdaq Celebrates Chinese New Year with In-Person Opening Bell*, China Global Television (Jan. 26, 2023), https://news.cgtn.com/news/2023-01-26/Nasdaq-celebrates-Chinese-New-Year-with-in-person-opening-bell-1gUxCY2XoMU/index.html.

[67] *Hop Into the Year of the Rabbit with Karen X Cheng*, McDonald's, https://www.mcdonalds.com/us/en-us/asian-pacific-americans/en/community.html (last visited Feb. 2, 2023).

[68] BV-00015642; BV-00015643.

[69] *It's the Year of the Tiger: Bengals Historic Season Coincides with Chinese New Year Celebration*, WLWT (Jan. 27, 2022), https://www.wlwt.com/article/its-the-year-of-the-tiger-bengals-historic-season-coincides-with-chinese-new-year-celebration/38894556.

Year Rabbit. [70]  The sporting equipment company Wilson launched an official NBA Lunar New Year Rabbit Basketball.[71]

In short, people who live in the United States are regularly exposed to the Chinese zodiac in daily life.

### C.     The Chinese Zodiac in Literature, Film, and Other Creative Works

Given the Chinese zodiac's ubiquity within the United States, it has been featured for decades in popular works, including comic books, movies, television shows, and books.  These works include stories in which the Chinese zodiac is associated with supernatural powers or superhero figures.

#### 1.     The Chinese Zodiac Is Commonly Depicted as Associated with or Capable of Conferring Supernatural Powers

Popular works have imagined the animals of the Chinese zodiac as associated with supernatural powers, which are then transferred to or harnessed by people.  Many stories feature people transforming into zodiac animals or taking on powers associated with zodiac animals.  Several of these stories involve heroes or superheroes engaged in the battle of good versus evil.

---

[70] *Kraken Celebrate Lunar New Year with Warm-up Jerseys Designed by Local Artist*, Seattle Refined (Jan. 21, 2023), http://seattlerefined.com/lifestyle/kraken-celebrates-lunar-new-year-with-special-warm-up-jerseys-designed-by-local-artist; *Brooklyn Nets to Host Chinese New Year Celebration Game Presented by 華人青年 (Wah Yan Ching Nin)*, NBA (Jan. 24, 2023), https://www.nba.com/nets/news/brooklyn-nets-to-host-chinese-new-year-celebration-game-presented-by-wah-yan-ching-nin; *Canucks Unveil New Lunar New Year Jersey They'll Wear Next Week*, Offside (Jan. 20, 2023), https://dailyhive.com/vancouver/canucks-lunar-new-year-jersey-2023-rabbit; *Manchester City Celebrate the Year of the Rabbit With Limited-Edition Jersey Capsule*, Hypebeast (Jan. 10, 2023), https://hypebeast.com/2023/1/manchester-city-year-of-the-rabbit-limited-edition-puma-jersey.

[71] *Chinese New Year 2023 Year of Rabbit Basketball - Limited Edition*, Basketball Jersey World, https://www.basketballjerseyworld.com/products/chinese-new-year-2023-year-of-rabbit-basketball-limited-edition (last visited Jan. 29, 2023).

*The Tiger's Apprentice*, published in 2003 by Laurence Yeh, is illustrative.  This book, the first in a series, tells the story of an Asian-American teenaged boy who teams up with powerful creatures from the Chinese zodiac and other Chinese folklore on a globe-trotting adventure to defeat a team of adult bad guys who are using their powers for evil.[72]  The book is currently being adapted into a major motion picture slated for release in 2023; the film will feature a "Chinese American boy [who] discovers that he is part of a long lineage of magical protectors known as the Guardians" and that, "in order to have a fighting chance against the evil forces that threaten the world, he must first bring the estranged Zodiac animal warriors back together as a unified team."[73]  The film's official title sequence—launched on Chinese New Year in 2022—features a visual representation of the Chinese zodiac[74]:



---

[72] Yep, *supra* note 24.

[73] *The Tiger's Apprentice*, IMDB, https://www.imdb.com/title/tt5834410/?ref_=ttpl_ov (last visited Apr. 7, 2023).

[74] *The Tiger's Apprentice (2023 Movie | Title)*, IMDB (Feb. 1, 2022), https://www.youtube.com/watch?v=4Bdz6LJoPLI.

Similarly, no less a figure than Jackie Chan developed a series of cartoons (running September 9, 2000 to July 8, 2005), video games, and books collectively called the *Jackie Chan Adventures*. These works depict the search by Jackie and his team for powerful talismans associated with the twelve Chinese zodiac signs[75]:



Each talisman conveys a power that can be used by the wearer, as listed below.[76]

---

[75] *Twelve Talismans*, Jackie Chan Adventures Wiki, https://jackiechanadventures.fandom.com/wiki/Twelve_Talismans (last visited Apr. 18, 2023) (reproducing talismans from cartoon series).

[76] *Jackie Chan Adventures* (dir. Phil Weinstein & Frank Squillace, 2000-2005).

| Zodiac Animal | Associated Power |
| --- | --- |
| Rat | Ability to bring inanimate objects to life |
| Ox | Super strength |
| Tiger | Ability to wield multiple talismans and to split into yin and yang versions of oneself |
| Rabbit | Super speed |
| Dragon | Ability to shoot fire |
| Snake | Invisibility |
| Horse | Healing |
| Sheep | Astral projection |
| Monkey | Ability to shapeshift into other animals |
| Rooster | Telekinesis |
| Dog | Immortality and rejuvenation |
| Pig | Thermal vision, allowing the holder to shoot fire beams from his eyes, to see invisible objects, and to see in the dark |

The Japanese manga *Fruits Basket*, by Natsuki Takaya, involves a family that is possessed by the animals of the Chinese zodiac and cursed to morph into animal forms during challenging situations.[77] That series—which began in 1998—was a *New York Times* bestseller, is considered one of the best-selling manga series of all time, and was adapted into two films and a television show.[78]

*Z-Force Zodiac Force*, a cartoon series that was in development by 2006,[79] was intended to feature "12 young guys" whose "worlds are suddenly changed forever when they're chosen to carry on the heroic legacy of the Z~Force Power Animal champions from ancient ages."[80] The chosen teenagers gain the ability to transform into Chinese zodiac-powered superheroes[81]:

---

[77] *See* BV-00011712; Takaya, *supra* note 23.

[78] *See id.* Another work, *Little Eyes*, involves mechanical pets modeled on the animals of the Chinese zodiac that are capable of surveillance. *See* BV-00011791.

[79] *See* BV-00014292.

[80] Ramin Zahed, *Get Ready for Chinese Zodiac Action!*, Animation Magazine (Nov. 2, 2010), https://www.animationmagazine.net/2010/11/get-ready-for-chinese-zodiac-action/.

[81] *Z-Force Episode 1 – "United We Stand"* (2009), *available at* https://vimeo.com/6664421.



The 2015 *Chinese Zodiac Romance* series, by bestselling author Rachel Slate, is another example of this genre. It features characters that shift into Chinese zodiac animals for purposes of saving the world from evil.[82] The ad copy for the first book reads:

> He's a Tiger. She's a Rabbit. She'll entrance him. He'll devour her.
>
> After the Red Death devastates the world, Lucy Yeoh flees to the tropical safe haven of Malaysia, straight into the arms of Sheng. Who just might be as delusional as he is sexy. **Sheng claims only twelve Chosen warriors of the Chinese Zodiac can restore balance to the world and save humanity, and she's one of them: the Rabbit.** Long furry ears and fluffy bunny tail included.
>
> Li Sheng leads the Chosen, and that means commanding Lucy's Rabbit to submit to his Tiger. Easier said than done when she undermines his authority at every turn, and seduces him to the limits of his darkest desires. But wait until she makes his Tiger roar...
>
> ***Trancing the Tiger* introduces a hot new breed of shifters, set in a post-apocalyptic world where Chosen warriors must battle demonic forces—and the desires of their hearts—to restore the balance of yin and yang before humanity is destroyed forever.**
>
> If you love dirty-talking alpha heroes, tough heroines who challenge them, exotic cultures, and unique twists on mythology, don't miss out on this scorching hot series.[83]

---

[82] Rachael Slate, *Trancing the Tiger* (2015), https://www.amazon.com/Trancing-Tiger-Chinese-Zodiac-Romance/dp/150851965X (last visited June 7, 2023).

[83] *Id.* (emphasis added).

2.      **Such Uses of the Chinese Zodiac Are Consistent with the Literary and Film Treatment of Other Asian and Western Mythology**

It is unsurprising that the Chinese zodiac is frequently associated with supernatural powers or superheroes in literature and film for several reasons.

First, the association between zodiac animals and supernatural powers is a natural extension of the fact that, as discussed above, the Chinese zodiac commonly functions as a horoscope; people imagine themselves as having characteristics that flow directly from their association with their assigned zodiac animal.  It is a small step from that concept to stories about people taking on a zodiac animal's supernatural traits or powers.

Additionally, Chinese and other Asian folklore has long been used as the basis for such stories.  The Monkey King has spawned legions of books, movies, and games that imagine the Monkey King as a modern-day superhero.  *The Journey to the West*, the source text for the Monkey King, has been adapted and retold in uncountable ways.  For example, *American Born Chinese*, a 2006 graphic novel by Gene Luen Yang, is a coming-of-age story involving a Chinese-American high school boy who encounters the Monkey King and his son and is catapulted into a series of adventures related to his heritage and identity.[84]  *The Monkey Prince*, a DC comics series written by Yang and first published in 2011, similarly tells the tale of a young man who discovers that he is the son of the Monkey King and has related powers.[85]  In the *Fear Itself* series of Iron Man comics within the Marvel universe, dating from 2011, the Monkey King

---

[84] Gene Luen Yang, *The Monkey Prince* (2006).  The graphic novel has also been adapted as a television show.  *See American Born Chinese*, Disney, https://ondisneyplus.disney.com/show/american-born-chinese (last visited June 19, 2023).

[85] Gene Luen Yang, *Monkey Prince #1* (Jan. 21, 2022), https://www.dc.com/comics/monkey-prince-2022/monkey-prince-1.

has a staff that confers supernatural powers.[86]  The blockbuster series of movies beginning with 2008's *Kung Fu Panda* includes a monkey character derived from the Monkey King, as well as many animals from the Chinese zodiac that occupy heroic roles.[87]  The Monkey King also appears in many video games as a playable character with supernatural powers, including *DOTA 2*,[88] *Smite*,[89] *League of Legends*,[90] *Fortnite*,[91] and *Black Myth: Wu Kong*, which is scheduled for release this year.[92]  And perhaps most influential of all, the juggernaut *Dragon Ball* series, which originated in the 1980s, features a protagonist, based on the Monkey King, who defends the Earth against villains with supernatural powers.[93]

This is similar to how other Asian folklore and the Western zodiac have been used as the basis for superhero tales.  *Sanjay's Super Team*, an Oscar-nominated Pixar short from 2015, presents Hindu gods as superheroes in a modern setting.[94]  A short, non-exhaustive list of the way Western zodiac signs have been used in superhero literature includes Marvel Comics'

---

[86] Joshua Hale Fialkov and Juan Doe, *Fear Itself: Monkey King #1* (2011).

[87] *Kung Fu Panda*, DreamWorks, https://www.dreamworks.com/movies/kung-fu-panda (last visited Feb. 12, 2023).

[88] *Monkey King*, DOTA 2, https://www.dota2.com/hero/monkeyking (last visited Apr. 18, 2023).

[89] *Sun Wukong: The Monkey King*, Smite, https://www.smitegame.com/gods/sun-wukong (last visited Apr. 18, 2023).

[90] *Wukong: The Monkey King*, https://universe.leagueoflegends.com/en_US/champion/monkeyking/ (last visited Apr. 18, 2023).

[91] *Save the World | Homebase Status Report*, Fortnite (Jan. 24, 2022), https://www.fortnite.com/news/save-the-worlds-newest-update-1-24-2022.

[92] *Black Myth: WuKong*, IGN, https://www.ign.com/games/black-myth-wukong (last visited Feb. 12, 2023).

[93] Akira Toriyama, *Dragon Ball Z: Vol. 1* (2003), https://www.simonandschuster.com/books/Dragon-Ball-Z-Vol-1/Akira-Toriyama/Dragon-Ball-Z/9781569319307.

[94] *Sanjay's Super Team*, Pixar (2015), https://www.pixar.com/sanjays-super-team.

Zodiac supervillain team (which debuted in 1970), Darkhorse Comics' *Zodiac Starforce* series

(which debuted in 2015), and Disney's *Star Darlings* property (also from 2015).[95]

**VII.   Plaintiff's Screenplay Reflects Common Tropes Related to the Chinese Zodiac and a Generic Understanding of Chinese Culture**

Plaintiff's screenplay, which I have reviewed, reflects many of the features that I have

discussed above in relation to the history and modern usages of the Chinese zodiac.

Additionally, it contains many other elements that are not original, but rather reflect Chinese

tropes or tropes from Western works about China.

**A.   Plaintiff's Screenplay Reflects Common Tropes Related to the Chinese Zodiac and Its Animals**

Plaintiff's screenplay features a straightforward application of the tropes related to the

Chinese zodiac that I have previously discussed.  To begin, the screenplay involves two teams of

twelve characters, which form and reform on a cyclical basis over centuries.[96]  As I have

explained, the number twelve is fundamental to the Chinese zodiac, as is the idea that the zodiac

cycles continuously over time.[97]

Additionally, Plaintiff's superhero characters are each associated with an animal of the

Chinese zodiac.[98]  In his Complaint, Plaintiff describes these characters as having certain powers

---

[95] *Zodiac (Cartel) Members, Enemies, Powers*, Marvel Entertainment, https://www.marvel.com/teams-and-groups/zodiac-cartel (last visited Feb. 2, 2023); Kevin Panetta, *Zodiac Starforce #1* (Aug. 26, 2015), https://www.darkhorse.com/Comics/28-942/Zodiac-Starforce-1; *Star Darlings*, Disney, https://books.disney.com/stardarlings/ (last visited June 1, 2023).

[96] *See, e.g.*, John Antony, *Zodiac Regiment 12* 1, 7, 23 (undated); John Antony, *Zodiac Regiment 12 Character Bios* (undated).

[97] *See supra* Part V(A).

[98] *See* Antony, *Zodiac Regiment 12 Character Bios*, *supra* note 96.

and character traits.[99]  Many of those powers and character traits, as described by Plaintiff, are consistent with the traditional Chinese and Chinese-American associations with the animals of the Chinese zodiac that I have discussed above[100]:

| Zodiac Animal | Characteristics in Plaintiff's Work | Traditional Chinese/Chinese-American Cultural Associations |
|---|---|---|
| Rat | Traitorous | A trickster; untrustworthy |
| Ox | Extremely strong | Strong; diligent |
| Tiger | Powerful | Strong; powerful |
| Dragon | Powerful; martial artist | Powerful; kung fu/martial arts |
| Snake | Evil | Evil/demonic |
| Horse | Extremely strong and fast, with great endurance | Extremely strong and fast, with great endurance |
| Rooster | Has sonic field weapon | Voice with power to dispel evil |
| Pig | Exceptional battle skills and reflexes | Associated with formidable mythological warrior |

Additionally, like works that came before and after it—such as *The Tiger's Apprentice*, *Jackie Chan Adventures*, and *Z-Force Zodiac Force*[101]—Plaintiff's screenplay features Chinese zodiac-powered heroes, some of whom are teenagers.[102]  As I have explained, this is commonplace in literature and film building on the Chinese zodiac and builds on the centuries-old understanding that one's Chinese zodiac animal confers real-world character traits.[103]

---

[99] I have reviewed paragraphs 20-22, 38, and 40 of Plaintiff's Complaint and base my understanding of Plaintiff's descriptions of those characters on those paragraphs, regardless whether Plaintiff's descriptions of those characters are reflected in his screenplay or character bios.

[100] *See supra* Part V(C).  I do not address powers and character traits that are rooted in other sources, such as Western tradition.  For example, Plaintiff's rabbit character has the power of luck, *see* Antony, *Zodiac Regiment 12 Character Bios*, *supra* note 96 at 3, which is a commonplace Western association with rabbits.

[101] *See supra* Part VI(C)(1).

[102] *See* Antony, *Zodiac Regiment 12 Character Bios*, *supra* note 96.

[103] *See supra* Part VI(C)(1).

### B.    Plaintiff's Screenplay Reflects Other Tropes About China

Plaintiff's screenplay reflects not only tropes associated with the Chinese zodiac, but also other tropes related to Chinese culture.

Plaintiff's screenplay appears to draw on martial arts fiction, an ancient genre in China with many well-settled tropes.[104]  In Chinese culture, and in particular the martial arts realm, there is a concept called the *jianghu*, meaning the "realm of rivers and lakes."  This is a liminal space inhabited by martial artists, kung fu masters, and superpowered wandering warriors who stand outside the normal world and are focused on justice and training.[105]  The *jianghu* is the space of the battle between good and evil, stability and chaos, and any number of secret societies.[106]  This is shown in popular kung fu-inspired movies like *Crouching Tiger, Hidden Dragon*, the *Kill Bill* trilogy, and even *The Matrix* series, where the heroes and villains both exist in a parallel world that dips into the world of normal people.  Plaintiff's screenplay also echoes these themes, in the otherworldly characters of Lin Ching and Lee Ching and in the supernatural battle between order and chaos that they wage using their respective armies.

Plaintiff's work contains other nods to Chinese culture, though it sometimes betrays a misunderstanding of that culture.  For example, Plaintiff's screenplay contains references to the

---

[104] *Wuxia*, TV Tropes, https://tvtropes.org/pmwiki/pmwiki.php/Main/Wuxia (last visited Feb. 12, 2023).

[105] *Paper Swordsmen: Jin Yong and the Modern Chinese Martial Arts Novel* 17-19 (John Christopher Hamm ed. 2006).

[106] Helena Yuen Wai Wu, *A Journey Across Rivers and Lakes: A Look at the Untranslatable Jianghu in Chinese Culture and Literature*, 7 452F 58-71 (July 23, 2012), https://452f.com/en/untranslatable-jianghu-chinese-culture/.

Chinese yin/yang concept.  This concept is widely recognized in the United States and is often represented using this symbol[107]:



In China, the yin/yang concept signifies any fundamental pair of complementary qualities.  For example, hot and cold are qualities that could be said to be in opposition.  Heat is traditionally characterized as yang, and cold as yin; as something becomes colder, it necessarily becomes less hot.  Neither hot nor cold is necessarily good or evil, and each has its causes and uses.  In some representations, yang is associated with activity and construction and yin is associated with passivity and destruction[108]; the reverse is rarely, if ever, true.  A chronic lack of balance between yin and yang can cause trouble or even catastrophe.[109]

   Plaintiff's screenplay calls the villainous characters associated with chaos "Yang" and the heroic characters associated with order "Yin."[110]  If Plaintiff's story were based on a full understanding of the yin/yang concept, one would expect the nomenclature to be reversed and

---

[107] *Yin and Yang*, Wikipedia, https://en.wikipedia.org/wiki/Yin_and_yang (last visited June 7, 2023).

[108] Wing-tsit Chan, *A Source Book in Chinese Philosophy* 244 (1973).

[109] *Readings in Classical Chinese Philosophy* 229 (P. J. Ivanhoe and Bryan W. Van Norden eds., 2d ed. 2005).

[110] Antony, *Zodiac Regiment 12*, *supra* note 96 at 12, 20.

his warring groups to reach balance at the end, rather than for one group to overcome the other. Indeed, at least one other work involving heroes with powers derived from the Chinese zodiac—*Trancing the Tiger*—uses the yin/yang concept in this manner.[111]

The character names in Plaintiff's screenplay also betray a shallow understanding of Chinese or other Asian cultures. Plaintiff names an ostensibly Chinese character Steve Fin, but that is not a Chinese surname. Another main character, Tommy Hoto (also called Thomas Chins in places), is said to be half Japanese and half Caucasian, but Tommy's Japanese grandfather is surnamed Ding—a Chinese, not Japanese, surname.[112] Plaintiff's ancient beings are named Lee Ching and Lin Ching and are said to be related—but Plaintiff has inadvertently given his related characters different surnames (Lee and Lin), not realizing that in Chinese surnames come before given names.

Plaintiff's screenplay thus draws on Chinese culture, or Chinese culture as filtered through an American perspective, in a variety of respects.

Respectfully submitted,

Date: 6/20 , 2023                            _____

---

[111] *See supra* Part VI(C)(1).

[112] Plaintiff's work mashes up elements from other Asian cultures within the ostensibly Chinese-focused realm of his screenplay. For example, his screenplay features samurai, Antony, *Zodiac Regiment 12*, *supra* note 96 at 61, but the samurai are a Japanese warrior caste, Michael Wert, *Samurai: A Very Short Introduction* 4 (2021). Samurai were real warriors sworn to serve lords who exerted actual political authority in Japanese society. *Id.* Plaintiff also seems to have confused Chinese and Japanese culture in other ways. For example, a Chinese kung fu master is referred to as "Shihan," *see* Antony, *Zodiac Regiment 12*, *supra* note 96 at 44, which is a Japanese term, *see* 師範, Jisho, https://jisho.org/search/%E5%B8%AB%E7%AF%84 (last visited Apr. 2, 2023).

33

# Exhibit A

# DAVID N.C. HULL

529 CANNON STREET, CHESTERTOWN, MD 21620          805-403-5456          DHULL3@WASHCOLL.EDU

## EDUCATION

### UNIVERSITY OF CALIFORNIA, LOS ANGELES, CALIFORNIA

Ph.D. Modern Chinese Literature                                                                 2012
    Dissertation: Narrative in Mao Dun's Eclipse Trilogy: A Conflicted Mao Dun
    Committee: Theodore Huters (Chair), Jack Chen, Andrea Goldman, David Schaberg, Michael Heim
    Exam Fields: Modern Chinese Literature, Classical Chinese Literature, Translation Theory and History

### UNIVERSITY OF CALIFORNIA, SANTA BARBARA, CALIFORNIA

M.A. East Asian Languages and Cultural Studies                                    2006
    Thesis: Un-Translated: The Short Stories of Lin Shu

B.A. East Asian Languages and Cultural Studies                                     2003

## ACADEMIC APPOINTMENTS

| | |
|---|---|
| WASHINGTON COLLEGE, CHESTERTOWN, MARYLAND | 2015- |
|     Assistant Professor of Chinese Language, Literature, and Culture | |
| UNIVERSITY OF PUGET SOUND, TACOMA, WASHINGTON | |
|     Visiting Assistant Professor of Chinese | 2013-2015 |
| UNIVERSITY OF CALIFORNIA, LOS ANGELES, CALIFORNIA | |
|     Lecturer | 2013 |
|     Teaching Fellow/ ABD Lecturer | 2012 |
|     Teaching Fellow | 2010-2012 |
|     Teaching Assistant | 2006-2008 |
| UNIVERSITY OF CALIFORNIA, SANTA BARBARA, CALIFORNIA | |
|     Lecturer | 2006 |
|     Teaching Assistant | 2005-2006 |
|     Reader | 2003-2004 |
| RED RIVER ADVANCED TECHNICAL TRAINING CENTRE, SHENYANG, PRC | |
|     English Instructor | 2000-2001 |

PUBLICATIONS
_____

"Value in What is Saved and What is Lost: Textology in Mao Dun's *Eclipse*." *Frontiers of Literary Studies in China*. Vol 10, no. 2 2016.

EDITING:

"Mao Dun" in *Twentieth-Century Literary Criticism*. Trudeau, Lawrence J. ed. Farmington Hills, Mich: Gale, Cengage Learning. Vol 299. 2014.

TRANSLATION:

FICTION: NOVELS, PLAYS, AND LONG-FORM:

张天翼 Zhang Tianyi. "洋泾浜奇侠" *The Pidgin Warrior*.  London: Balestier Press 2017.

茅盾 Mao Dun. "動搖" *Waverings*. Hong Kong: Research Centre for Translation, Chinese University of Hong Kong Press. 2014.

FICTION: EXCERPTS AND SHORT STORIES

李静 Li Jing. "鲁迅" *Lu Xun* (selections).  *Chinese Literature Today*. Vol 8 Number 2. University of Oklahoma Press. 2020

飞氘 Fei Dao. "一个末世的故事" "A Story of the End of the World" in *The Sound of Salt Forming*. University of Hawai'i Press. 2016.

艾伟 Ai Wei. "菊花之刀" "The Chrysanthemum Blade" *Chinese Literature Today,* Vol 4 Number 2. Oklahoma University Press. 2014.

茅盾 Mao Dun. "動搖 (選)" "Waverings (Selections)." *Renditions*, 80. Autumn 2013.

茅盾 Mao Dun. "動搖 (選)" "Waverings (Selections)." *Renditions*, 79. Spring 2013.

飞氘 Fei Dao.  "魔鬼的头颅" "The Demon's Head." *Renditions* 77/78. Fall 2012.

茅盾 Mao Dun. "動搖 (選)" "Waverings (Selections)." *Renditions*, 75. Spring 2011.

FICTION: REPUBLISHINGS

艾伟 Ai Wei. "菊花之刀" "The Chrysanthemum Blade" *Short Fiction from 2000 Anthology* (Title Not Confirmed).  Chinese Literature Today Book Series, Oklahoma University Press. (Forthcoming)

飞氘 Fei Dao. "魔鬼的头颅" "The Demon's Head" in *The Reincarnated Giant: Chinese Science Fiction in the Twenty-First Century: Taiwan, Hong Kong, and China*. Mingwei Song and Ted Huters, Eds. New York: Columbia University Press. 2018.

OTHER ACADEMIC TRANSLATIONS:

程凯 Cheng Kai. "现代文学研究" "Modern Literature Studies." Chapter Forthcoming in the World Humanities Report (https://worldhumanitiesreport.org/ ).

何吉贤 He Jixian. "当代文学研究" "Contemporary Literature Studies." Chapter Forthcoming in the World Humanities Report (https://worldhumanitiesreport.org/ ).

巴战龙 Ba Zhanlong. "少数民族地区双语教育" "Bilingual Education in Ethnic Minority Areas." Chapter Contracted for the World Humanities Report (https://worldhumanitiesreport.org/ ).

孙晓萌, 张天伟, Sun Xiaomeng and Zhang Tianwei. "非常用语教育和发展" "Education and Development in Less Commonly Taught Languages." Chapter Contracted for the World Humanities Report (https://worldhumanitiesreport.org/ ).

赵杨 Zhao Yang. "推广普通话对中国经济社会发展的贡献" "The Contribution to China's Social Economy of Promoting Mandarin." Chapter Contracted for the World Humanities Report (https://worldhumanitiesreport.org/ ).

茅盾 Mao Dun. "新猶太文學概觀" "An Introduction to New Jewish Literature." *In geveb: A Journal of Yiddish Studies* (Editor/co-translator, 2020. https://ingeveb.org/texts-and-translations/a-survey-of-new-jewish-literature-1)

李静 Li Jing. "话剧《大先生》编剧李静访谈" "An Interview with The Playwright Of Lu Xun, Li Jing." *Chinese Literature Today*. Vol 8 Number 2. University of Oklahoma Press. 2020

赖和 Lai Ho. "希望我們的喇叭手吹奏激勵民眾的進行曲" "May Our Buglers Play a March to Inspire the People." *Taiwan Literature in English Translation*, 15. 2002.

黃榮洛 Huang Jung-lo. "客家人迎媽祖" "The Hakka People's Welcoming of Mazu." *Taiwan Literature in English Translation*, 14. 2002.

REVIEWS:

Review of *Taking China to the World: The Cultural Production of Modernity*, Theodore Huters. *Chinese Literature Essays Articles Reviews* (Forthcoming).

Review of *Imperfect Understanding: Intimate Portraits of Chinese Celebrities*, Wen Yuan-ning and Christopher Rea, eds. *China Review International*, vol. 24 no. 3, p. 225-227. University of Hawai'i. 2017.

Review of *A Hero Born: Legends of the Condor Heroes I*, by Jin Yong, Anna Holmswood, trans., *Modern Chinese Literature and Culture*, 2018. http://u.osu.edu/mclc/book-reviews/hull/

CONFERENCES, WORKSHOPS AND TALKS

Invited Lecture and Discussion for the University of Liverpool.
"Translating Satire in *the Pidgin Warrior*"                    April, 2021(Online)

Invited Panelist: Seminar on Innovation in Chinese Language Education – University of Maastricht Confucius Institute, Dongbei University of Finance and Economics
"Teaching Chinese Through Building Video Games"          July 2020 (Online)

NPR Education interview on having students make podcasts as research projects
                                                           (Feb 27, 2020, broadcast cancelled)

Invited Lecture to the School of Chinese at Hong Kong University
"Zhang Tianyi's Satire in the Pidgin Warrior"
                                                           Hong Kong, 2019 (Canceled due to public unrest)

Interview by Carla Nappi for *New Books in East Asian Studies* on the Translation of *The Pidgin Warrior*
                                                           2018

Panelist: Innovative Approaches to Teaching East Asia to Undergraduates, Southwest Conference on Asian Studies
> "The Familiar Made Foreign: Finding the Liberal Arts for Chinese Students"
>> Dallas, 2017

Invited Talk on the Egge Collection: Collins Library, University of Puget Sound
> "Documenting the Slide from Hope to Chaos: The Road to Tiananmen"
>> Tacoma, 2015

Interview by Carla Nappi for *New Books in East Asian Studies* on the Translation of *Waverings*
> 2015

Panel Organizer and Panelist: Swindling by the Book: Chinese Stories of Fraud and Deception, Association of Asian Studies
> "Zhang Tianyi's Swindling for National Salvation"   Chicago, 2015

Panel Organizer and Panelist: Transforming the Canon: The Reconstruction of Modern Chinese Literature, Association of Asian Studies
> "Conflicted: Mao Dun's Reconstruction of Eclipse"   Toronto, Canada 2012

Panelist: Role of Translation in Nation Building, Nationalism and Supranationalism Conference.  Indian Translator's Association
> "The Creation of a Modern Ideological Translation in China."   Delhi, India, 2010

Panelist: The Translator's Visibility Conference. University of California
> "Lin Shu's Translations:  Transformations and Successful Errors."   Santa Barbara, 2010

Translator: Fudan University Workshop in Scholarly Translation.
> "Lin Shu's Translations" (Qian Zhongshu, 1963).   Shanghai, PRC, 2009

Conference Co-Organizer and Panelist: China Undisciplined Conference, University of California.
> "A Wavering Representation in Mao Dun's Dongyao"   Los Angeles, 2009.

OTHER RELATED WORK

| | |
|---|---|
| Expert Witness | 2022- |
| Antony v. Buena Vista Books, Inc., No. 2:18-cv-205-DLB-CJS | |
| *Chinese Translation Toolkit* | 2022- |
| Laboratory for Analytic Sciences, NC State University | |

SERVICE

| | |
|---|---|
| Associate Chair of the World Languages and Cultures Department | Fall 2023- |
| Host of the *Flock to Faculty* Podcast | 2023- |
| First Year Seminar | 2016 Fall & Spring, '17, '18, '20, '21, '22 '23 |
| First Year Advising | 2016, '17, '18, '20, '21, '22, '23 |

| | |
|---|---|
| Director of the Asian Studies Minor | 2017- |
| Advisor for the Chinese Student Union (Later Chinese Culture Club) | 2017- |
| Co-Advisor for the Washington College Veterans Association | 2017- |
| Summer Advising including "What Your Professors Expect of You" Panel | 2017- |
| Admissions and Financial Aid Committee | 2017-2018, 2022- |
| Search Committee – French TT | 2022-3 |
| Academic Resources and Services Committee | 2018-22 (Chair '20-'21) |
| Ad-Hoc Committee: Office Space Task Force | 2020-1 |
| Search Committee – Director for International Admissions | 2018 |
| Ad-Hoc Committee: Revamp Arts Day | 2018 |
| Search Committee – Chinese VAP | 2017 |

FELLOWSHIPS AND AWARDS

| | |
|---|---|
| Faculty Enhancement Award | 2019 |
| Burlington Northern Curriculum Development Grant | 2013 |
| PEN Translation Fund Grant Award for *Waverings* | 2010 |
| Pre-Dissertation Fellowship at East China Normal University, Shanghai | 2009-2010 |
| UCLA Graduate Research Mentorship (Yearlong) | 2008-2009 |

LANGUAGES

English – Native                              Chinese – Near Native

PROFESSIONAL ASSOCIATIONS

Association for Asian Studies

Modern Language Association

RELATED EXPERIENCE

UNIVERSITY OF CALIFORNIA EDUCATION ABROAD PROGRAM

| | |
|---|---|
| Beijing Normal University | Summer 2002 |
| Peking University | 2002-3 |

WORLDLINK EDUCATION

| | |
|---|---|
| Tokyo | Summer 2007 |
| Beijing | Summer 2004 |

MILITARY

| | |
|---|---|
| United States Army MOS 98G Cryptologic Linguist | 1996-2000 |

DEFENSE LANGUAGE INSTITUTE, MONTEREY, CA

| | |
|---|---|
| Beginning Chinese Course | 1996-1997 |

PREVIOUS UNIVERSITY

Stephen F. Austin State University, Theatre/History          1991-1993

COURSES TAUGHT:

WASHINGTON COLLEGE, CHESTERTOWN, MARYLAND:
 First Year Seminar 101: Narrative in Revolution
 FYS 101: Digital Narratives
 International Languages and Cultures 351: Chinese Cinema: Ideology and the Box Office
 ILC 394: Stories of the Strange: From Fox Spirits to The Monkey King in Chinese Literature
 ILC 394: Chinese Literature Through the Ages
 Chinese 394: East Asian Pop Culture
 Chinese 101, 102, 201, 202

UNIVERSITY OF PUGET SOUND, TACOMA, WASHINGTON:
 Asian Languages & Cultures 335: The Chinese Classic Novel: Real Illusions, Virtuous Violence,
  and the Romance of the State
 ALC 325: Chinese Cinema: Ideology and the Box Office
 ALC 315: Narrative & Nation in Modern Chinese Literature
 ALC 215: Stories of the Strange: From Fox Spirits to The Monkey King in Chinese Literature
 Chinese 311: Chinese Thought: From the Dao to Mao
 CHIN 307: Through the Cinematic Lens: Old and New China in Film
 CHIN 305: Chinese Literary Texts
 CHIN 260: Situational Oral Expression
 CHIN 250: Culture and Communication
 CHIN 230: Grammar and Articulation

UNIVERSITY OF CALIFORNIA, LOS ANGELES, CALIFORNIA
 Chinese 151: Chinese Literature in Translation: Modern Literature
 CHIN 50: Chinese Civilization
 CHIN 70: Classics of Chinese Literature
 GE Cluster 21CW: Lost In Translation: Chinese Perspectives on Modernity

As Teaching Fellow/Assistant or Reader:

 UCLA:
 General Education Cluster 21A, B: History of Modern Thought
 CHIN 1, 2, 3, 8: Elem. Chinese, Including Summer Intensive

 UCSB:
 EACS 4A, B: East Asian Cultural Traditions
 EASC/HIST 80: East Asian History
 EACS 183: Journey of the West
 EACS 159: Japanese Film