# EXHIBIT 202

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

CASE NO.: 2:18-cv-00205-DLB-CJS

JOHN ANTONY,

    Plaintiff,

v.

BUENA VISTA BOOKS, INC.,

    Defendant.

## PLAINTIFF'S DESIGNATION OF EXPERT AND DISCLOSURE OF EXPERT WITNESS TESTIMONY

The Plaintiff, JOHN ANTONY, through undersigned counsel, hereby designates his expert witness in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court and state that the following persons may be called to provide expert testimony or present evidence at trial on behalf of the Plaintiff.

**I.    RETAINED EXPERTS**

Cedar Boschan
Boschan Corp.
10866 Washington Blvd., #1205
Culver City, CA 90232
(424) 248-8866

Ms. Boschan may be called to testify as to (1) value of what a reasonable arms-length negotiated license would have been between Antony and Defendant; (2) value of Defendant's revenues generated by exploitation of Plaintiff's Work; (3) Any of Defendant's Proven Costs; (4) Potential Interest from Defendants failure to license and/or compensate Plaintiff through royalty; (5) Damages to Plaintiff via costs incurred; and (6) any other subjects or opinions referenced in her report or in subsequent deposition testimony, including reasonable inferences arising therein..

Any necessary report, curriculum vitae, and testifying history will be produced to Defendants.



EXHIBIT 202
9-5-23
Boschan

Plaintiff reserves the right to call any expert designated by Defendant or called by Defendant at hearing or trial. Plaintiff further reserves the right to solicit testimony from any person identified by any party as a fact witness in this case, which may require such witness to rely upon their specialized knowledge, training, experience, education, or expertise in a particular filed or which may be considered "opinion" testimony. It is expected that such persons and any non-retained persons would provide testimony consistent with any and all records they have generated and/or any testimony or statements provided to any person or party and within the realm of their expertise and training.

Plaintiff may also solicit expert testimony from any party in this case. It is expected that any opinions solicited from such parties would be opinions provided within the realm of their expertise and consistent with their business records and/or consistent with deposition testimony or statements provided on such subjects.

Plaintiff reserves the right to supplement this designation. Plaintiff reserves the right to designate additional experts and Plaintiff's experts reserves the right to supplement, amend, or modify any of the opinions expressed in their reports as additional information may become available through discovery and at trial.

Plaintiff reserves the right to solicit testimony from any witness, lay or otherwise, who may have relevant opinions within the realms of their expertise.

DATED: July 10, 2023          Respectfully submitted,

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN (*Admitted Pro Hac Vice*)
joel.rothman@sriplaw.com
CRAIG A. WIRTH (*Admitted Pro Hac Vice*)
Craig.wirth@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff John Antony*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on July 10, 2023 a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

/s/ Joel B. Rothman
JOEL B. ROTHMAN

## SERVICE LIST

Mr. Glenn D. Pomerantz
Ms. Erin Cox
Munger, Tolles & Olson LLP
350 South Grand Avenue
50th Floor
Los Angeles, CA 90071
glenn.pomerantz@mto.com

Mr. Robert B. Craig
Taft Stettinius & Hollister, LLP
50 East RiverCenter Blvd.
Suite 850
Covington, KY 41011
craigr@taftlaw.com
Attorneys for Buena Vista Books, Inc.