# EXHIBIT 207

# CEDAR BOSCHAN



## CURRICULUM VITAE

☎ (424) 248-8866

🐦 @BoschanCorp

**Linked**in

✉ cedar@boschan.com

## CURRENT PRACTICE

Cedar M. Boschan has a two-decade record of excellence in forensic accounting. Ms. Boschan founded IP & damages consulting firm **Boschan Corp.** in 2015 to provide to law firms and their clients compliance audit, forensic accounting, valuation, and other specialized expert services.

## PAST EXPERIENCE

*Faculty – Los Angeles College of Music (2016 – 2019)*
Taught royalty accounting and applied economics at private college in Pasadena

*Principal – Green Hasson & Janks, LLP (2013 – 2015)*
Led the forensics and contract audit department

*Partner – Hurewitz, Boschan & Co., LLP (2009 – 2013)*
Royalty and profit participation audits, litigation support and consulting

*Manager – Miller, Kaplan, Arase & Co., LLP (2008 – 2009)*
Compliance audits, corporate analysis

*Manager – Wolinsky, Becker & Hurewitz, LLP (2001 – 2008)*
Royalty accounting and participation examinations, IP and damages valuations, due diligence services

EXHIBIT 207
9-5-23
Boschan

207

---

**1 | CURRICULUM VITAE**

**BOSCHAN CORP.**
10866 Washington Blvd., #1205
Culver City, CA 90232

Phone: (424) 248-8866
Web Site: boschan.com
ClientService@Boschan.com

**B**

# CURRICULUM VITAE

## THOUGHT LEADERSHIP

Cedar Boschan has spoken at South by Southwest (SXSW), the Beverly Hills Bar Association, Loyola Law School and the University of Southern California.

*Accounting Today, KTLA 5 News, USA Today, The Wall Street Journal, Billboard, Rolling Stone,* and *The Daily Journal* have featured interviews and/or quotes of Ms. Boschan.

## EDUCATION

*Recent Courses Include:*

- Discounted Cash Flow (DCF) and Other Valuation Methodologies @ New York Institute of Finance (2023)
- Advanced Valuation @ New York University (2022)
- Statistics @ Massachusetts Institute oof Technology (2019)

*University of Southern California 1995-1999; B.S. in Music Industry;* Studied:

- Accounting
- Calculus
- Data Processing
- Legal Writing
- Macroeconomics
- Math for Business &
- Economics
- Microeconomics



2 | CURRICULUM VITAE

BOSCHAN CORP.
10866 Washington Blvd., #1205
Culver City, CA 90232

Phone: (424) 248-8866
Web Site: boschan.com
ClientService@Boschan.com

# CURRICULUM VITAE



## CEDAR BOSCHAN

## EXPERT TESTIMONY

- Greer v. Electronic Arts
- Proprietary Technologies, Inc. v. Danaher Corp., et al.
- Samir Abu Lughod v. Suhail Calis, et al.
- Robert Azinian v. Vachik Abadisians
- In re: Estate of Lou Rawls
- Art & Coin Television, LLC, et al. v. Havas LLC, et al.
- In re: Craig Lyons Schelske
- Saurer et al. v. Gadfly Dist., et al.
- Mayorga v. Fancher DBA Frontier Records
- Artemis Realty Capital Advisors, LLC and Arc Retail 1, LLC v. Freeman, Freeman & Smiley LLP, et al.
- Julia Riva & Four Jays Music Company v. Jophe Jones, et al.
- O'Donnell & Salvatore v. Microsoft
- Bronner v. Hardy, et al.
- Tangent Games, LLC v. Sony Interactive Entertainment, LLC

### BOARD SERVICE:

Executive Committee Member
Beverly Hills Bar Association
(2009 – 2019)

Board Director
Trilite
(2020-2023)

Treasurer & CFO
ROAR As One
(2017 – 2022)

National Treasurer
Association of Independent Music Publishers
(2012 – 2016)

Board Director
The CCC
(2009 – 2013)

---

BOSCHAN CORP.
10866 Washington Blvd., #1205
Culver City, CA 90232

Phone: (424) 248-8866
Web Site: boschan.com
ClientService@Boschan.com



3 | CURRICULUM VITAE