**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 18-205-DLB-CJS**

**JOHN ANTONY**                                                              **PLAINTIFF**

**v.**                                              **JUDGMENT**

**BUENA VISTA BOOKS, INC.**                                      **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered contemporaneously today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure,

**IT IS ORDERED and ADJUDGED** as follows:

(1)     **JUDGMENT** is entered **in favor of Defendant Buena Vista Books, Inc.** on Count I of Plaintiff John Antony's Second Amended Complaint (Doc. # 48);

(2)     This matter is hereby **STRICKEN** from the Court's active docket; and

(3)     This is a **FINAL and APPEALABLE** Order, and no just cause for delay exists.

This 19th day of January, 2024.



Signed By:
_David L. Bunning_
**United States District Judge**

K:\DATA\ORDERS\Cov2018\18-205 Judgment.docx