UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION - COVINGTON

CASE NO.: 2:18-CV-00205-DLB-CJS

JOHN ANTONY,

    PLAINTIFF,

v.

BUENA VISTA BOOKS, INC. SUCCESSOR
TO DISNEY BOOK GROUP, LLC,

    DEFENDANT.

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JOHN ANTONY

Pursuant to L.R. 83.6(a), the undersigned counsel, Craig Wirth, respectfully moves for permission to withdraw as counsel for Plaintiff John Antony ("Antony"), and that the court permit the withdrawal of Craig Wirth, Joel Rothman and the law firm of SRIPLAW, P.A., as well as local counsel J. Allan Cobb and Cobb Law PLLC.

In support of this motion, the undersigned advises the court that counsel has good cause to withdraw from representation. Counsel has incurred expenses/costs as outlined in its engagement letter with Antony, which Antony is required to pay. To date Mr. Antony has been unwilling/unable to pay the invoice on the costs incurred since the below substituted in as counsel one year ago. The scope of engagement between Antony and SRIPLAW is not for an appeal. Mr. Antony filed a *pro se* appeal of the Court's January 19, 2024 Judgment (ECF No. 169) on February 15, 2024. This firm is not representing Antony in any appeal.

There is no hearing on any motion for judgment or dismissal within twenty-one days. At present, Antony has not retained substitute counsel.

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

Counsel has conferred with Erin Cox, counsel for Buena Vista, and has confirmed that Buena Vista does not oppose the Motion to Withdraw.

A copy of this Motion is being served concurrently to Plaintiff John Antony with the filing on ECF.

Mr. Antony will be unrepresented at the time. Mr. Antony's contact information require pursuant to L.R. 83.6 is as follows:

jpantony27@gmail.com ;

1 Katherine Court
Highland Heights, KY 41076

(859) 992-7860

WHEREFORE, the undersigned counsel respectfully requests the Court grant the withdrawal of SRIPLAW, P.A. and Cobb Law PLLC

DATED: February 16, 2024                           Respectfully submitted,

                                          */s/  Craig Anthony Wirth*
**Craig Anthony Wirth**
craig.wirth@sriplaw.com
SRIPLAW, P. A.
21301 Powerline Rd
Ste. 100
Boca Raton, FL - 33433
(561) 990-2474 - Telephone


                                          */s/  Joel Benjamin Rothman*
**Joel Benjamin Rothman**
joel.rothman@sriplaw.com
SRIPLAW, P. A.
21301 Powerline Road
Suite 100
Boca Raton, FL - 33433
(561) 404-4335 - Telephone

561.404.4353 - Facsmile

*Counsel for Plaintiff John Antony*

## SERVICE LIST

Robert B. Craig
50 East Rivercenter Boulevard
Suite 850
Covington
KY
41011
craigr@taftlaw.com

Glenn D. Pomerantz
350 South Grand Avenue
50th Floor
Los Angeles
CA
90071-3426
glenn.pomerantz@mto.com

Erin J. Cox
350 South Grand Avenue
50th Floor
Los Angeles
CA
90071-3526
erin.cox@mto.com

Usha C. Vance
350 South Grand Avenue
50th Floor
Los Angeles
CA
90071-3426
usha.vance@mto.com